UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | ) | |
|---|---|---|
| NEIL SCALA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO: 302cv:00755(MRK) |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | |
|     Defendant. | ) | |
| | ) | |

**MOTION FOR SUMMARY JUDGMENT
OF THE DEFENDANT, AMERICAN AIRLINES, INC.**

NOW COMES defendant, American Airlines, Inc. and pursuant to Rule 56 of the Federal Rules of Civil Procedure hereby moves for the entry of summary judgment. As more fully set forth in the accompanying memorandum of law, statement of undisputed facts and exhibits, the defendant is entitled to summary judgment as plaintiff, Neil Scala cannot make out an essential element of his claim for personal injury under the Warsaw Convention as a matter of law.

WHEREFORE, the defendant, American Airlines, Inc. respectfully request that its Motion for Summary Judgment be **ALLOWED**.

    Respectfully Submitted,
    The Defendant
    AMERICAN AIRLINES, INC.
    By their Attorneys,

    By:_____
        Darren Sinofsky, Federal Bar No. CT21118
        Morrison, Mahoney & Miller, LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT  06103
        (860) 616-4441

912441v1

By:_____
Tory A. Weigand, Pro Hac Vice
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

2

912441v1

## CERTIFICATION

  This is to certify that a copy of the foregoing has been mailed, postage prepaid to the following counsel of record on this ___ day of _____, 2003.

John F. Wynne, Jr., Esq.
Buckley & Wynne
685 State Street
New Haven, CT 06510

                _____
                Darren E. Sinofsky

912441v1

see court order dated 8/21/03
case transferred to Judge Mark R. Kravitz,
USDC
141 Church Street
New Haven, CT  06510

912441v1