UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| NEIL SCALA,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. NO: 302cv:00755(MRK)<br>)<br>)<br>)<br>) |

DEFENDANT, AMERICAN AIRLINES, INC.'S
LOCAL RULE 9(c)(1) STATEMENT

Pursuant to D.Conn.L.Civ.P. (9)(c)(1), defendant, American Airlines, Inc. hereby sets forth a concise statement of material facts as to which there is no genuine issue to be tried. This statement is submitted in support of its Motion for Summary Judgment.

1.    Plaintiff, Neil Scala, was a passenger aboard American Airlines Flight No. 1566 between Aruba and Puerto Rico on December 15, 2000. Complaint (**Exhibit 1**).

2.    The flight was part of a round trip between Aruba and Connecticut, where Mr. Scala resides. (Id.)

3.    Mr. Scala, a retiree, was returning with his wife from a time share they own in Aruba. Mr. Scala and his wife go to both Aruba for four weeks and St. Martin for four weeks each year and have been doing so since 1987. N. Scala depo. at 14-17 (**Exhibit 2**); P. Scala depo. at 6, 14, 56 (**Exhibit 3**).

4.    Mr. Scala is 68 years of age, and was 66 at the time of the alleged incident. N. Scala depo. at 5,9 (**Exhibit 2**),

5.    After arriving and staying in Aruba for four weeks, Mr. Scala boarded an American flight from Aruba to San Juan, Puerto Rico before connecting on another

American flight from San Juan to Hartford, Connecticut. N. Scala depo. at 19-20 (**Exhibit 2**).

6. Mr. Scala was sitting in business class next to his wife during the approximately one hour return flight from Aruba to San Juan. N. Scala depo. at 34 (**Exhibit 2**).

7. He asserts he asked a flight attendant for a "cranberry juice." N. Scala depo. at 34-35 (**Exhibit 2**).

8. Mr. Scala claims that the flight attendant went to the front of the cabin to the gallery and returned telling him they did not have any cranberry juice up front and that she would go get it out of coach. N. Scala depo. at 37-38 (**Exhibit 2**).

9. The flight attendant returned to Mr. Scala's seat shortly thereafter providing his wife a coke and Mr. Scala the drink. N. Scala depo. at 40. (**Exhibit 2**).

10. The drink was in a glass with ice and cranberry juice. N. Scala depo. at 40 (**Exhibit 2**).

11. Mr. Scala claims he was hot and "dying of thirst" and took a "gulp". He states he took a "big mouthful." N. Scala depo. at 42. (**Exhibit 2**).

12. Mr. Scala stated to the flight attendant "you put alcohol in here" to which the flight attendant purportedly apologized stating "I thought you ordered vodka and cranberry juice." (Id.)

13. Mr. Scala told the flight attendant to get him some water so he could "dilute this down." The flight attendant brought him a glass of water. N. Scala depo. at 43-44 (**Exhibit 2**).

912459v1

14. Mr. Scala claims that he subsequently turned bright red and broke into a sweat soaking through his clothes. N. Scala depo. at 46 (**Exhibit 2**). He also "felt sick", had an "upset stomach," and was "burning up." Id. at 48.

15. After another 30 to 45 minutes, the plane landed in San Juan and Mr. Scala and his wife went to meet their scheduled connecting flight. Mr. Scala was no longer sweating but still had an upset stomach. N. Scala dep. at 50 (**Exhibit 2**).

16. After being served the drink, Mr. Scala had no further contact and did not seek out any American personnel before boarding the connecting flight. N. Scala depo. at 51 (**Exhibit 2**).

17. Mr. Scala waited an hour and a half before boarding the connecting flight. N. Scala depo. at 52 (**Exhibit 2**).

18. Mr. Scala boarded the connecting flight to Connecticut and after another hour and a half Mr. Scala claims he started to get "angina", that his left arm started to hurt and he had trouble breathing. N. Scala depo. at 53-54 (**Exhibit 2**).

19. Mr. Scala called a flight attendant and asked for oxygen which was provided. He was asked whether he wanted the flight to make an emergency landing but refused saying "get me into Hartford where all the heart doctors are." N. Scala depo. at 54, 60 (**Exhibit 2**), further stating that Hartford was where his cardiologists were and where he had his heart operations. He also reported that he "had angina many a time and [previously] had arm pain." Id. at 61 (**Exhibit 2**).

20. The flight attendant, at this time, asked whether there was any medical personnel on board and two passengers, who were EMT's responded. Mr. Scala initially thought he might be having a heart attack. N. Scala depo. at 55-57 (**Exhibit 2**). The EMT's took Mr. Scala's blood pressure and kept track of his pulse. Id. at 57 (**Exhibit 2**).

3

21. Mr. Scala estimated he had the oxygen for about 45 minutes and further stated that the angina subsided but that his arm pain persisted. N. Scala depo. at 59 (**Exhibit 2**).

22. He remained on the flight until it reached Hartford for the remaining 2 to 2 ½ hours. He ordered a meal but did not eat it due to his upset stomach. N. Scala depo. at 54-55 (**Exhibit 2**).

23. At the time the plane arrived at Hartford Mr. Scala had an upset stomach and his left arm was hurting him. N. Scala depo. at 62-62 (**Exhibit 2**). He did not ask for any assistance and did not seek out any medical attention. Id. at 62-63 (**Exhibit 2**). The angina had resolved. Id. at 64 (**Exhibit 2**). By the time he arrived home from the airport (25 minutes) he no longer had any arm pain. Id. at 65,66 (**Exhibit 2**).

24. It was a Friday night when Mr. Scala returned home with his wife. P. Scala depo. at 44 (**Exhibit 3**). Mr. Scala felt fine noting only that on Sunday after taking a walk felt "a little angina" and stopped. He went walking again on Monday and felt it again and had some shortness of breath. He drove himself to the hospital. N. Scala dep. at 70-73 (**Exhibit 2**). Up until that time, Mr. Scala had no upset stomach, chest pain, arm pain or any shortness of breath. N. Scala depo. at 72 (**Exhibit 2**).

25. Mr. Scala went to Mid-State Hospital and then was sent to St. Francis Hospital where he saw a Dr. Sappington and a catheterization was performed. N. Scala depo. at 74-75 (**Exhibit 2**). Mr. Scala had had four or five catheterizations in the past. Id. at 76 (**Exhibit 2**). He was informed that there were no new blockages and that he "was all right" and released. He had no pain or shortness of breath and felt good. He had a normal sinus rhythm. N. Scala at 77, 79 (**Exhibit 2**); see **Exhibit 4**.

4

26. On January 5, 2001, Mr. Scala was seen at Mid-State Medical Center complaining of dizziness. He felt palpitations and an irregular heart beat but had no complaints of chest pain; shortness of breath or nausea. His history of atrial fibrillation was noted, he was treated and released the same day. **Exhibit 31**.

27. According to Mr. Scala, the alcohol allegedly provided to him on the plane caused him to turn bright red, have the sweats, angina and to be sick for three weeks. N. Scala depo. at 112 (**Exhibit 2**).

> Q. So what you attribute to the alcohol was you turned bright red, you had the sweats, you had the angina attack or pain, and that you were sick for three weeks. Do I have it right?
>
> A. Right.
>
> Q. Is there any other way or any other injury or pain or discomfort of any type that you attribute to the alcohol you had?
>
> A. None.

N. Scala Depo. at 112 (**Exhibit 2**).

28. Mr. Scala and his wife flew to St. Martin in February 2001 and stayed for four weeks. P. Scala depo. at 56 (**Exhibit 3**).

29. Noteworthy, is that no physician ever told Mr. Scala either prior or after this incident he could not have alcohol. P. Scala depo. at 9-10, 11 (**Exhibit 3**); N. Scala depo. at 24-25 (**Exhibit 2**). He just did not like it. N. Scala depo. at 24-25 (**Exhibit 2**); P. Scala depo. at 11 (**Exhibit 3**) ("if he wanted to drink he could and no physician has told him not to drink"). In fact, Mr. Scala testified that his cardiologists have suggested that he drink alcohol, like wine as it might be beneficial. N. Scala depo. at 25 (**Exhibit 2**). He testified they kept telling him to try it. Id. at 102. (**Exhibit 2**).

912459v1

30. In fact, sometime after the incident and within the last year Mr. Scala sipped his wife's alcoholic drink (vodka and tonic) a couple of times. P. Scala depo. at 9-10 (**Exhibit 3**).

31. In addition, as part of the ongoing care for his underlying heart condition which he has had since 1983, Mr. Scala wore a Holter monitor in January 2001, where he reported he "drank a glass of merlot". **Exhibit 5**.[1]

32. Prior to the incident in December 2000, which is the subject of the action, Mr. Scala received regular care and treatment for his underlying heart condition.

33. Mr. Scala had at various time bouts of chest pain prior to the incident and since and they were not caused or attributed to any alcohol. P. Scala depo. at 59-60 (**Exhibit 3**).

34. Mr. Scala had previously suffered various occasions where he developed atrial fibrillation and they were not caused or attributed to any alcohol. P. Scala depo. at 59-60 (**Exhibit 3**).

35. Mr. Scala underwent initial by-pass surgery for his heart in mid-1983. The surgery was needed due to severe and advanced coronary artery disease. See **Exhibit 6**.

36. Mr. Scala was hospitalized in or about August-September, 1985 for chest pain. He underwent a work-up including stress test and was released on his usual medicine regimen. **Exhibit 7**.

37. Mr. Scala underwent work-up and stress testing in October, 1986 due to complaints of chest pain. **Exhibit 8**.

---

[1] Mr. Scala was regularly asked to wear a Holter monitor which is a device to measure the rhythms of the heart while the patient conducts normal activities and records them in a log which is then provided to the physician to evaluate. P. Scala depo. at 68-70 (**Exhibit 3**); N. Scala depo. at 100-101 (**Exhibit 2**).

6

912459v1

38. Mr. Scala was required to be seen on an emergency basis in November, 1989 due to chest pain after exercise. The pain was noted to have been "provoked" by walking. **Exhibit 9**.

39. Mr. Scala underwent a catheterization procedure at St. Francis Hospital in January, 1990. The procedure was in follow-up to prior chest pain and nausea during a regular stress test. **Exhibit 10**. The catheterization procedure confirmed "triple vessel coronary artery disease with total occlusion of the left descending artery … and right coronary artery." Id. He was to continue to be treated medically, including the need to lower his cholesterol. Id.

40. In March, 1990, Mr. Scala was noted to have anginal episodes after walking. **Exhibit 11**.

41. In July, 1999, Mr. Scala was seen on a semi-urgent basis due to "subxiphoid [chest] pain" while playing tennis and underwent a stress test. **Exhibit 12**.

42. In October, 1992, Mr. Scala was noted to develop anginal episodes when he plays tennis. **Exhibit 13**.

43. In April, 1993, Mr. Scala was seen on a semi-urgent basis because of chest pain and was noted to have "a clear-cut history of exertional angina," which episodes were increasing including when walking. **Exhibit 13**.

44. On May 3, 1993, Mr. Scala underwent left heart catheterization, coronary angiography, and left ventriculography. **Exhibit 14**. The procedure was the result of Mr. Scala complaining of worsening angina and his recent admission to the hospital for an episode of angina. Coronary atherosclerotic heart disease was noted and confirmed with the findings unchanged from those in 1990 and Mr. Scala was to continue with his ongoing medical therapy. Id.

912459v1

45. In January, 1995, Mr. Scala was noted to have "tried stopping Cardizem on one occasions, but his angina returned" and he was told "not to gamble with activities such as this or he will end up with a heart attack one day." **Exhibit 15**.

46. In April, 1995, Mr. Scala was seen and noted to have "been developing angina with brisk walking" and underwent a stress test. **Exhibit 16**.

47. In May, 1995, Mr. Scala was noted to have "dull chest discomfort and some associated nausea" with concern about it representing "the possibility of balanced disease." **Exhibit 17**.

48. In June, 1995, Mr. Scala was hospitalized and underwent left heart catheterization, selective right and left coronary angiography, saphenous vein bypass graft and left ventriculography. The procedure was due to worsening angina and "severe three vessel atherosclerotic coronary disease." **Exhibit 18**.

49. In July, 1995, Mr. Scala complained of an episode of palpitations and was suspected to have had an episode of paroxysmal atrial fibrillation. **Exhibit 19**.

50. Beginning in July, 1997 through October 1997, Mr. Scala developed atrial fibrillation. He was likewise noted to have chest pain and shortness of breath. He was provided Coumadin and cardio converted back to normal sinus rhythm in October, 1997. In September, 1997 he complained of episodes of waking up in the early morning and gasping for air. **Exhibit 20**.

51. In March and April 1998, Mr. Scala developed atrial fibrillation and was complaining of anginal type pain. **Exhibit 21**.

52. In June and August, 1999, Mr. Scala developed and continued to follow-up for his atrial fibrillation. **Exhibit 22**.

53. Mr. Scala was admitted for atrial fibrillation and cardio converted in June, 1999. **Exhibit 23**.

54. In October, 1999, it was noted that Mr. Scala was 261 pounds and stopped taking Lanoxin with it further noted that he "wishes to take the gamble that the atrial fibrillation may come back but is taking no medications." **Exhibit 22**.

55. In August, 2000, Mr. Scala developed atrial fibrillation and angina. He was hospitalized for three days at St. Francis Hospital and underwent cardiac catheterization which "revealed a marked advance in native vessel disease." He was discharged to undergo anti-coagulation for one month prior to cardioversion. **Exhibit 24**.

56. On January 18, 2001, a month after the incident, it was noted that Mr. Scala "drank a glass of merlot" while wearing a Holter monitor. **Exhibit 5**.

57. In August, 2001, Mr. Scala was seen due to complaints of dizziness and irregular heat beat. He was treated and released. **Exhibit 6**.

58. In May, 2002, Mr. Scala was admitted for two days for a cardiac catheterization. It was noted that he "has a long-standing history of arteriosclerotic cardiovascular disease with previous coronary artery by-pass surgery twice. He had done well until several days prior to admission, when he developed several bouts of prolonged angina, associated with walking in the cold." The testing revealed "progression of his small native vessel disease." **Exhibit 26**.

59. In August, 2002, it was noted that Mr. Scala's weight, abnormal lipids and diabetes was "accelerating his arthrosclerosis quite rapidly." **Exhibit 27**.

        Respectfully Submitted,
        The Defendant
        AMERICAN AIRLINES, INC.
        By their Attorneys,

By:_____
    Darren Sinofsky, Federal Bar No. CT21118
    Morrison, Mahoney & Miller, LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT  06103
    (860) 616-4441

By:_____
    Tory A. Weigand, Pro Hac Vice
    Morrison, Mahoney & Miller, LLP
    250 Summer Street
    Boston, MA  02210-1181
    (617) 439-7500

912459v1

# CERTIFICATION

  This is to certify that a copy of the foregoing has been mailed, postage prepaid to the following counsel of record on this ___ day of _____, 2003.

John F. Wynne, Jr., Esq.
Buckley & Wynne
685 State Street
New Haven, CT 06510

            _____
            Darren E. Sinofsky

912459v1