Neil Scala
October 23, 2003

15

1    Q    And have you flown American Airlines?

2    A    It's the only one.  You don't have a

3  choice.

4    Q    So every time you've gone down every year

5  since 1987, you've flown American; is that right?

6    A    It's the only one that goes out of

7  Hartford, yeah.

8    Q    Prior to the December 2000 incident, had

9  you had any problems or incidents with American on

10  any of those flights?

11    A    No.

12    Q    When you go down to Aruba, do you stay at

13  a certain place?

14    A    We own a timeshare, Casa Del Mar.

15    Q    Is there a particular town that that's in?

16    A    I think they call it Oranjestad.  It's

17  similar to that.  I don't know if I got the

18  pronunciation right.

19    Q    Is it a timeshare condominium type of

20  place?

21    A    Yeah, it's a low-rise.  It's right on the

22  beach, right on the water.

23    Q    Do you have your own kitchen?

24    A    We have a two-bedroom, two-bath, living

25  room, dining room, kitchen.

Neil Scala
October 23, 2003

16

```
 1      Q     And how long do you go down there for?

 2      A     In this incident, we were going for four,

 3   now we're going for five weeks.

 4      Q     Do you go down -- is it the same time

 5   every year?

 6      A     Every year.

 7      Q     Between November and December?

 8      A     Correct.

 9      Q     Other than going down to Aruba to your

10   timeshare, would you vacation anywhere else?

11      A     Yeah, we go to St. Martin.   February to

12   March.

13      Q     How long have you been doing that?

14      A     Since '87.

15      Q     Do you have a place there?

16      A     We do.

17      Q     Another timeshare?

18      A     Correct.

19      Q     Have you missed any year going down to

20   either St. Martin or Aruba?

21      A     We missed Aruba one year.   My daughter had

22   aneurysms and the day we were going to leave, they

23   rushed her to the hospital and we canceled.

24      Q     Okay.   When you go down to St. Martin, who

25   do you fly with?
```

Neil Scala
October 23, 2003

17

```
1      A      American.

2      Q      Any of your flights since 1987 to

3   St. Martin or return trips other than the December

4   2000 incident, have you had any problems with

5   American?

6      A      Yes.  Once we came home through Miami and

7   it was a disaster.

8      Q      Was it delays?

9      A      Delays; the flight took off before we got

10  in; we had to stay overnight.  And my son coming

11  from Texas, my daughter in from Florida were home

12  waiting for us for Christmas, and we're stuck in

13  Miami.

14     Q      Did you lodge any complaint against

15  American about that?

16     A      Not really.

17     Q      Any other incidents that you had with

18  American on any of your flights?

19     A      The last winter that we were delayed in

20  St. Martin for six hours, we actually were in

21  Puerto Rico.

22     Q      What was the delay for?

23     A      I really don't -- first the plane was --

24  they had problems with the plane.  It was

25  something you've got to expect.
```

**EPPLEY COURT REPORTING**
**508.478.9795**

Neil Scala
October 23, 2003

19

```
 1      Q      How long is that leg of the trip, from
 2   Puerto Rico -- from Bradley to San Juan?
 3      A      It's about three, three and a half hours,
 4   something like that.  And it's about 45 minutes
 5   from there to the island.
 6      Q      Okay.  Are you provided a meal service
 7   during that flight?  Let's direct it toward the
 8   December 2000 trip.
 9      A      Yeah, they offered us a meal.
10      Q      Okay.  And did you have a beverage service
11   as well?
12      A      Correct.  Well, we travel business class.
13      Q      Okay.  And how long was the stayover in
14   San Juan?  Did you have to change planes?
15      A      Yeah.  It's only a short stayover.  It all
16   depends.
17      Q      How long?
18      A      It's anywheres from two to four hours.  It
19   all depends on how things work.
20      Q      Do you recall there being any issues in
21   connecting on to Aruba when you were on your way
22   down there in November of 2000?
23      A      Never had a problem.
24      Q      Okay.
25      A      Other than, you know, minor, something --
```

Neil Scala
October 23, 2003

20

1    nothing that's drastic.

2        Q     In any of your trips when you were in

3    Aruba, have you ever had the need to seek medical

4    attention?

5        A     No.

6        Q     And I take it you did not receive any

7    medical attention during your trip down while you

8    were in Aruba between November and December of

9    2000?

10       A     None, no.  Nobody gets sick in Aruba.

11       Q     So during the four -- so you said you were

12   there for four weeks in 2000?

13       A     Yes.

14       Q     And what did you do during that four

15   weeks?

16       A     Played tennis every day, golfed maybe two

17   or three times a week, swam, relaxed in the sun,

18   read books.  The normal things you do on vacation,

19   go out to eat.

20       Q     And would you bring your medications down

21   with you?

22       A     Definitely, yes.

23       Q     While you were down there, did you go out

24   to eat?

25       A     Occasionally.  I do -- I like to cook.  I

Neil Scala
October 23, 2003

25

1      A      Up until today.

2      Q      You don't drink beer?

3      A      I hate it.

4      Q      You don't drink wine?

5      A      I hate that more.

6      Q      Okay.  And you don't drink -- you don't

7      have any cocktails?

8      A      No.  In fact, the doctors asked me to

9      drink wine and I can't do it.

10     Q      Who was the doctor that suggested to you

11     to drink wine?

12     A      The cardiologist.  They said it would

13     relax me, but --

14     Q      Was that Dr. Zesk or is that another --

15     A      He said it wouldn't hurt me when I asked

16     him.  And I think it was Houser & Brown in St.

17     Raphael's, after the operation, sent me to a

18     dietician that said if I had a little wine with my

19     meals -- I tried it one time and that almost made

20     me sick.

21     Q      So was that -- when you tried the wine,

22     was that back around the time when you first had

23     your bypass surgery?

24     A      First bypass surgery.

25     Q      So that would have been back in 1983?

Neil Scala
October 23, 2003

30

1    been good ever since.

2        Q    Okay.  Those two times -- two other times

3    that you had atrial fibrillation since the

4    incident, that wasn't caused by any drink of

5    alcohol, was it?

6        A    No.

7        Q    Were you ever told what they were caused

8    by?

9        A    Just my heart just won't go back into

10   rhythm.

11       Q    Did they tell you or explain to you how it

12   got out of rhythm?

13       A    Well, they discovered it immediately after

14   I drank that alcohol.

15       Q    Okay.  I thought you said that you had two

16   instances where your heart went into fibrillation.

17       A    After.

18       Q    After the incident.

19       A    Well, they shocked me back in.

20       Q    Okay.  Why don't we stop.  I'm going to

21   walk through it so we can be clear on it.

22       A    Yeah.

23       Q    Now, prior to your return trip in December

24   of 2000 from Aruba to Connecticut, did you ever

25   tell American that -- anyone from American that

Neil Scala
October 23, 2003

31

```
1   you could not drink alcohol?
2       A    No.
3       Q    Did you ever tell American anything about
4   your underlying health condition?
5       A    No.
6       Q    Now, the return trip, how do you get from
7   your -- do you rent a car while you're down in
8   Aruba?
9       A    Yes.
10      Q    So I take it you take the rental car back
11  to the airport for your return trip?
12      A    That's right.  That's where you pick it
13  up, that's where you leave it.
14      Q    Do you recall how you were feeling that
15  day?
16      A    Fine.
17      Q    Did you have any problems?
18      A    None whatever.
19      Q    Did you take your medications?
20      A    Oh, yes.
21      Q    Do you have a routine where you take your
22  medications?
23      A    Correct.
24      Q    Do you take them in the morning?
25      A    In the morning.
```

Neil Scala
October 23, 2003

32

```
 1     Q    Do you need to take any other medications
 2  throughout the day?
 3     A    Only when I fly, I take Dramamine.
 4     Q    Did you take Dramamine that day?
 5     A    I did.
 6     Q    Were you taking Baycol at the time?
 7     A    I probably was.
 8     Q    Have you stopped taking that?
 9     A    Yes.  It's no longer a drug --
10     Q    Do you know why it's --
11     A    It's a statin.  Anyone anything with
12  statins, I can't --
13     Q    What was the Baycol for?
14     A    I can't tell you.
15     Q    Do you know why they stopped the Baycol?
16     A    Well, I was getting pains in my legs.  And
17  I checked it out with the doctor, why the pains
18  were in my legs, and the statins in Baycol were
19  affecting the muscles in my legs.
20     Q    Is this from Dr. Zesk?
21     A    No, that was Dr. Anderson.  And then she
22  gave me a blood test and she made me stop it
23  immediately.
24     Q    Were any other risks or problems ever
25  associated to Baycol or your use of it?
```

EPPLEY COURT REPORTING
508.478.9795

Neil Scala
October 23, 2003

33

```
 1      A     None that I know of.

 2      Q     Now, when you drove to the airport and

 3   prior to getting on the plane, did you talk with

 4   anybody from American about the flight?

 5      A     No.

 6      Q     Do you recall where you were sitting on

 7   the return flight?

 8      A     Well, we were in business class, and we

 9   were either the second or third seat from the end.

10      Q     From the end, from the front of the

11   aircraft?

12      A     The back.

13      Q     The back?

14      A     In business class.

15      Q     Okay.  Which is the front of the airplane?

16      A     Yeah.

17      Q     Were you sitting next to your wife?

18      A     Correct.

19      Q     Did you have an aisle seat?

20      A     I had the aisle seat.

21      Q     And she had the --

22      A     Window seat.

23      Q      -- window seat.

24            And there's only two; is that correct?

25      A     Correct.
```

**EPPLEY COURT REPORTING**
**508.478.9795**

Neil Scala
October 23, 2003

34

1    Q    Do you recall what kind of aircraft it

2  was?

3    A    Not really.

4    Q    Okay.  Now, this flight, the first portion

5  of the flight, in December of 2000, was from Aruba

6  to San Juan; is that correct?

7    A    Correct.

8    Q    How long is that flight?

9    A    We were in the air about 45 minutes to 50

10 minutes.  I guess by the time you get on the plane

11 and get off, you're talking an hour and fifteen

12 minutes, something like that.

13    Q    And how long was the wait for the

14 connecting flight, if any?

15    A    It was very short, within two hours or so,

16 I think we were back on.

17    Q    During the hour-and-fifteen-minute flight

18 or 55-minute flight from Aruba to San Juan, were

19 you provided any meal service?

20    A    No.

21    Q    Okay.  Were you provided any beverage

22 service?

23    A    Correct.

24    Q    Okay.  And what did you have?

25    A    I asked for cranberry juice.  That's where

Neil Scala
October 23, 2003

35

1    I got the vodka.

2        Q    Okay.  So this -- the portion of the trip

3    from Aruba to San Juan is where you say you were

4    provided the drink you didn't order; is that

5    correct?

6        A    Correct.

7        Q    And that is the subject of your complaint

8    and suit, is it not?

9        A    Correct.

10        Q    So prior to ordering the beverage, did you

11    have any conversations with any of the flight

12    attendants or crew of the airline?

13        A    No.  She come around and asked us if we

14    wanted something to drink.

15        Q    Do you recall her name?

16        A    No.

17        Q    Do you recall anything -- what she may

18    have looked like?

19        A    Not really.

20        Q    Okay.  So she -- you recall her coming to

21    your seat and asking if you wanted anything to

22    drink?

23        A    Correct.

24        Q    Okay.  And what did you say?

25        A    I told her I'd like cranberry juice.

**EPPLEY COURT REPORTING**
**508.478.9795**

Neil Scala
October 23, 2003

37

```
 1   deposition?

 2      A     (No audible response)

 3      Q     Okay.  After you said you wanted a

 4   cranberry juice and your wife ordered a diet Coke,

 5   what is the next thing you saw?

 6      A     Well, the airline stewardess went up to

 7   the front of the cabin where they keep the

 8   beverages.  And she come running back and she

 9   says, "We don't have any cranberry juice upfront.

10   I've got to go get it out of coach."

11         I says, "Any juice, even water."  I says,

12   "It doesn't have to be cranberry juice."

13         "Oh, no."  She was very, you know,

14   helpful.  "I'll get you cranberry juice."

15         She went to the back of the plane, went

16   back up front, come out with the glass with

17   cranberry juice and vodka on top of it.

18      Q     When she came to your seat -- well, strike

19   that.

20         So after you saw her go up to the front

21   galley -- was there a galley up there?

22      A     Yeah, if you want to call it there.

23      Q     Could you see inside, what she was doing?

24      A     I couldn't see her doing it at that time,

25   no.
```

**EPPLEY COURT REPORTING**
**508.478.9795**

Neil Scala
October 23, 2003

38

```
 1      Q    Okay.  So the next thing you recall is her

 2  coming back to you and saying they didn't have any

 3  cranberry juice upfront, she had to go where?

 4      A    She went to coach.

 5      Q    Okay.

 6      A    The back of the plane.

 7      Q    And at that point you said to her --

 8      A    "Don't bother."  I says, "Just give me any

 9  juice."

10      Q    Or water?

11      A    Or water.

12      Q    Okay.  Did she hear you say that?

13      A    She did.  She said, "Don't worry, I'll get

14  it."

15      Q    And at that point did she go to the back

16  of the plane?

17      A    She did.

18      Q    Okay.  And did your wife say anything when

19  she had come by?

20      A    No.

21      Q    Have you told me everything you can

22  recall --

23      A    Yes.

24      Q    -- the flight attendant saying to you at

25  that point?
```

Neil Scala
October 23, 2003

39

```
 1      A    I think so, yes.

 2      Q    All right.  So she then returns to your

 3  seat?

 4      A    Correct, with the drink.

 5      Q    Did you see her serve anyone else before

 6  coming to you to serve you the drink?

 7      A    I can't recall that.

 8      Q    Okay.  So she comes to you.  Did she come

 9  from behind your seat or from the front?

10      A    No, she came from the front.  But I wasn't

11  paying that much attention to her.

12      Q    So if she went back -- in the back of the

13  plane, she must have walked by you again?

14      A    Correct.

15      Q    But you didn't see that?

16      A    I saw her walk back into the galley, but I

17  wasn't keeping an eye on her, see what she was

18  doing.

19      Q    Did you see whether she had anything in

20  her hand when she walked by you?

21      A    No, I didn't.

22      Q    Did you see what she did, if anything, in

23  the galley?

24      A    No, I did not.

25      Q    She then came to your seat with a drink?
```

EPPLEY COURT REPORTING
508.478.9795