Neil Scala
October 23, 2003

40

```
 1      A    Correct.
 2      Q    Did she have a diet Coke for your wife?
 3      A    I don't know if she had brought my wife
 4 the diet Coke first or brought it at the same
 5 time.  I really don't remember.  But I know my
 6 wife drank the Coke because she doesn't normally
 7 drink Coke.
 8      Q    But she ordered a Coke?
 9      A    Correct.
10      Q    Okay.  When she came to your table --
11 strike that.
12           -- to your seat, did you see what she had
13 in her hand?
14      A    When she came back the second time?
15      Q    Yes.
16      A    Yes, she had my drink.
17      Q    Okay.  What kind of cup or glass was it?
18      A    It's a round clear glass that they give
19 you.  It's not very big.
20      Q    Plastic?
21      A    No, it's glass.  It had ice in it and it
22 had cranberry juice in it.
23      Q    So you could see through the glass and you
24 could see the ice --
25      A    Correct.
```

```
 1     Q    -- and you could see the red juice.
 2     A    Right.
 3     Q    Did it have a lime or stirrer in it or
 4  anything?
 5     A    No.
 6     Q    Okay.  Now, when she handed it to you, did
 7  she hand it to you or did she place it on your
 8  tray?
 9     A    No, she handed it to me.
10     Q    Was your tray down?
11     A    You don't put trays down for drinks.
12  There's a center console where you lay the drinks.
13     Q    Okay.  Between you and your wife's seat?
14     A    Correct.
15     Q    So she just handed it to you?
16     A    Correct.
17     Q    Did she say anything to you when she
18  handed it to you?
19     A    No.
20     Q    Did you say anything to her when she
21  handed it to you?
22     A    Well, when she handed it to me -- we had
23  lunch at a pizza place there, in Aruba.  And the
24  wife and I were dying of thirst because we -- the
25  plane was late getting into Aruba and we sat in
```

```
 1   the airport in that heat and we were dying of
 2   thirst.
 3          She handed it to me and I gulped it.  And
 4   then I was speechless.  I couldn't talk to her.
 5          And that's when I says to her, "You put
 6   alcohol in here."
 7          And I asked her to get me some water so I
 8   could drink it quickly, put the alcohol down.
 9     Q    All right.  So she handed you the drink
10   and you took a drink?
11     A    I gulped it, yes.
12     Q    When you say "gulped it," how much did you
13   drink?
14     A    I took a big mouthful because I was dying
15   of thirst.
16     Q    Okay.  And you turned to her and you
17   said --
18     A    It was pure alcohol that I drank.
19     Q    She was still sitting right there?
20     A    She was standing right there.  And I
21   was --
22     Q    And what did she say when -- after you
23   said, "There's alcohol in it"?
24     A    She apologized.  She said, "I thought you
25   ordered vodka and cranberry juice."
```

Neil Scala
October 23, 2003

43

```
 1            She called it a Cape Cod.  I never knew
 2   what a Cape Cod was.
 3       Q    Okay.  I want to make sure I have it
 4   right.
 5            You said she was still standing by your
 6   seat when she gave you the alcohol.  You drank a
 7   sip or a gulp in front of her?
 8       A    Correct.
 9       Q    And then you turned to her and said "This
10   has got alcohol in it," correct?
11       A    I almost couldn't get it out because the
12   alcohol gagged me.
13       Q    Okay.  All right.  And you said to her,
14   "This has got alcohol" --
15       A    Correct.
16       Q    And then she says, "I thought you ordered
17   a cranberry juice and vodka"?
18       A    Correct.
19       Q    And what did -- what was the next thing
20   that either one of you said?
21       A    I says, "I don't drink alcohol.  Get me
22   some water so I can," you know, "dilute this
23   down."
24       Q    And what did she say?
25       A    She ran and got me a glass of water.
```

```
 1      Q     Did she run?
 2      A     Well, not run, but I mean --
 3      Q     So she left and went up to the front to
 4   get you a glass of water?
 5      A     Correct.
 6      Q     And did she bring you a glass of water?
 7      A     She brought me a glass of water.
 8      Q     And did you say anything to her --
 9      A     Yes.  I was very --
10      Q     Let me finish the question, Mr. Scala.
11   Let me finish, then you can answer.
12            When she came back from the front of the
13   plane, she had a glass of water in her hand; is
14   that correct?
15      A     Correct.
16      Q     And she had handed it to you.
17      A     Correct.
18      Q     She didn't put it on the tray; she handed
19   it to you?
20      A     She handed it to me.
21      Q     Did she say anything to you when she
22   handed it to you?
23      A     She just apologized.
24      Q     When you say "apologized," did she say
25   "I'm sorry"?
```

```
 1    A    "I'm sorry I gave you the wrong drink,"
 2  correct.
 3    Q    So you're saying -- when she handed you
 4  the glass of water, you're saying she said, "I'm
 5  sorry I gave you the wrong drink"?
 6    A    Correct.
 7    Q    Did she tell you that she thought you had
 8  ordered the vodka and cranberry?
 9    A    Correct, she did.
10    Q    Okay.  So she says, "I'm sorry I gave you
11  the wrong drink.  I thought you had ordered a
12  vodka and cranberry"?
13    A    Right.
14    Q    And what did you say in response?
15    A    I was really upset.  I guess I was a
16  little belligerent, because --
17    Q    What did you say?
18    A    I don't remember what I said.  I was
19  trying to hold back my furry, let me tell you.
20    Q    Did you drink the water?
21    A    Yes, I drank the water.
22    Q    Okay.  After she handed you the water and
23  she said, "I'm sorry, I thought" -- "I'm sorry I
24  gave you the wrong drink.  I thought you wanted a
25  vodka and cranberry," did you or her say anything
```

Neil Scala
October 23, 2003

46

```
1   else?
2       A    No, we didn't.
3       Q    Okay.  And she -- where did she go after
4   that?
5       A    I think she went up to the galley and
6   spoke with the rest of the --
7       Q    Now, during any time prior to her leaving
8   after giving you the glass of water, did your wife
9   say anything while she was there?
10      A    No.  I don't think so.
11      Q    What was the next thing that happened?
12      A    I turned bright red.  And believe me, my
13  skin is darker than the natives from sun.  And
14  then I broke out into a sweat like you wouldn't
15  believe.  The chair was soaked that I was sitting
16  in.  I had to get out of it.  My clothes were
17  soaked like I was in the shower.
18           This happened within a matter of, I'd say,
19  30 or 40 seconds after I gulped that alcohol.
20      Q    Okay.  So you say you turned bright red
21  and you broke out in a sweat so much so that your
22  clothes were soaked and you soaked the seat; is
23  that correct?
24      A    I was soaked.
25      Q    Did you have a jacket on like you do
```

Neil Scala
October 23, 2003

47

```
 1  today?
 2      A    No.
 3      Q    Just a shirt?
 4      A    Just a shirt.
 5      Q    Short-sleeve shirt?
 6      A    Yes.
 7      Q    Did you sweat through the front of it?
 8      A    I sweated through everything: my pants, my
 9  shirt, even my shoes were wet.
10      Q    Okay.  So right through your sox.  Your
11  shoes were wet?
12      A    Everything.
13      Q    Your entire pants were wet?
14      A    Correct.
15      Q    Both legs, and right to the outside of
16  your pants, if anyone touched them, they would
17  find it wet?
18      A    Correct.  Even the seat was soaked.
19      Q    And your shirt was totally soaked.
20      A    Yes.
21      Q    And that took place within 30 to 40
22  seconds of having the drink?
23      A    Yes.  It happened instantly.
24      Q    What was the next thing that happened?
25      A    I got sick.  I felt terrible.  And we told
```

```
 1  the stewardess that I was getting sick.
 2      Q    Okay.  Who asked for the stewardess, you
 3  or your wife?
 4      A    I think the stewardess was coming by and I
 5  told her, I says, "I'm getting terribly sick."
 6      Q    This is the same stewardess that had
 7  brought you the --
 8      A    I don't remember if it was the same one or
 9  not.
10      Q    Okay.  When you asked -- when you got the
11  stewardess, you said -- what did you say
12  specifically?  "I am sick" or "I don't feel well"?
13      A    "I'm getting very sick," yeah, because I
14  knew something had gone wrong.
15      Q    All right.  When you say you were getting
16  very sick, what did you specifically feel?
17      A    I had an upset stomach and I was burning
18  up.
19      Q    You were hot?
20      A    Right.
21      Q    Okay.  So you had an upset stomach and you
22  felt very hot.
23      A    Oh, yeah.
24      Q    Okay.  Any other way that you felt that
25  you were sick?
```

```
 1  she just left?
 2      A    Correct.
 3      Q    Did she -- okay.
 4           What was the next thing that happened
 5  during that flight?
 6      A    Nothing much.  We landed and switched
 7  planes.
 8      Q    How soon after you received the drink was
 9  it until you landed in San Juan?
10      A    I can't say.
11      Q    Okay.  Did you stop sweating --
12      A    Maybe a half hour --
13      Q    I'm sorry, go ahead.  Maybe what?
14      A    Maybe a half hour, maybe 45 minutes,
15  something like that.
16      Q    Did you feel any better at the time you
17  landed?
18      A    Well, I started to cool down where I
19  wasn't sweating so much, you know, but my stomach
20  kept getting worse and worse.
21      Q    Okay.  So you still had an upset stomach?
22      A    Yeah, I still had the upset stomach.
23      Q    But you weren't sweating any more at the
24  time.
25      A    No.
```

```
 1      Q    At any other point in time did you tell
 2  any flight attendant that you didn't feel well?
 3      A    Well, when we got back on --
 4      Q    No, no.  Just stay with this flight.
 5      A    At that same flight, no.
 6      Q    Okay.  Did you say anything to the flight
 7  attendants after you got off the plane?
 8      A    No.
 9      Q    Or when you were getting off the plane?
10      A    No, not that I can recall.
11      Q    Did you have any further contact with the
12  flight attendant that served you the drink?
13      A    None.
14      Q    Did you have any other contact with any
15  other flight attendants before getting off the
16  plane?
17      A    Not that I can recall.
18      Q    When you got off the plane, did -- what
19  did you do?
20      A    Well, we -- when you get into -- when you
21  get into San Juan, you've got to pick up your
22  luggage and you've got to transfer and then you've
23  got to get back on the other plane, which
24  sometimes -- in fact, I think that time there we
25  did it with less than an hour and a half or two.
```

Neil Scala
October 23, 2003

52

```
 1     Q     Do you have to go through customs?
 2     A     Yeah, but that's a joke at that time.
 3     Q     Okay.  So do you recall waiting for the --
 4   waiting to board the connecting flight?
 5     A     I think we got right on.
 6     Q     Okay.  Do you have to go to another gate?
 7     A     Yes, we walked to another gate.
 8     Q     So by the time you got through customs and
 9   walked to the gate, are you saying it was time to
10   board?
11     A     Yeah, it was about an hour and a half.
12     Q     Do you recall at all getting anything to
13   eat or drink while in the airport?
14     A     No, I didn't have nothing to eat.  My
15   stomach was so upset, I didn't -- we didn't have
16   time to do that, anyway.
17     Q     Okay.  Did you speak to anyone, any
18   airline or airport personnel, about the fact that
19   you didn't feel well --
20     A     No.  When we got back on --
21     Q     No, just stay with me.
22           -- while you were at the airport?
23     A     No other comments.
24     Q     Did you take any further medication while
25   you were in the airport?
```

```
 1    A    No.
 2    Q    Did you seek out any medical attention
 3  while you were in the airport?
 4    A    No.
 5    Q    And at this point, if I have it right,
 6  what you were feeling was an upset stomach?
 7    A    That's all, yeah.
 8    Q    Okay.  You reboarded the connecting
 9  flight?
10    A    Correct.
11    Q    And where were you sitting on that return
12  flight?
13    A    We were sitting approximately in the same
14  place.  We were in business class.
15    Q    Did you have the aisle seat?
16    A    Yes, I had the aisle.
17    Q    Your wife had the window seat?
18    A    Window seat, yeah.
19    Q    Did you talk to anyone before taking your
20  seat?
21    A    No.
22    Q    And what happened during that flight, the
23  return flight to Bradley?
24    A    Well, on the return flight to Bradley, I
25  started getting angina.  Then my left arm started
```

```
 1   to hurt me and I had trouble breathing.
 2           So I immediately called it to the
 3   attention of the airline stewardess and asked her
 4   if she had oxygen aboard.  And I took the oxygen.
 5   I knew that oxygen would help me because I
 6   couldn't breathe.
 7       Q    And --
 8       A    And they wanted to make an emergency
 9   landing, but alls I told her is "Get me into
10   Hartford where all the heart doctors are."
11       Q    This is -- how long is this flight again
12   from San Juan to Bradley?
13       A    It's about three, three and a half hours,
14   something like that.
15       Q    How long were you on the plane before you
16   started to feel angina or left arm pain?
17       A    Maybe an hour, hour and a half.
18       Q    Up until that point, you just still had
19   the upset stomach?
20       A    Just -- yeah.
21       Q    Okay.  Did you receive any meal service or
22   beverage service prior to that time?
23       A    I had ordered a meal but when it came, I
24   couldn't eat it.  I was too sick to eat it.
25       Q    By "sick," again you had an upset stomach?
```

```
 1    A    Yeah.
 2    Q    You were not having the sweats anymore,
 3  were you?
 4    A    Well, I was still wet, but I wasn't
 5  sweating anymore.
 6    Q    Did you have anything to drink before
 7  feeling this angina pain?
 8    A    No.
 9    Q    So about one and a half hours into the
10  flight, you stated you started to get angina; is
11  that correct?
12    A    Yes.
13    Q    Now, is angina chest pain?
14    A    Correct.
15    Q    And you also had left arm pain.  Your left
16  arm hurt?
17    A    The pain was traveling down my left arm
18  and I know what that meant.
19    Q    And you stated you couldn't breathe?
20    A    Right.
21    Q    Did you hit your call bell for the
22  stewardess or did you get one when they walked by?
23    A    I don't remember how I called her.  But I
24  did get her attention and asked her for oxygen.
25    Q    So it was a female, that you recall?
```