```
 1    A     Yes.
 2    Q     Do you recall her name?
 3    A     No.
 4    Q     And you asked her for oxygen?
 5    A     Correct.  I asked her if she had oxygen
 6  onboard.
 7    Q     And did she bring the oxygen to you or did
 8  someone else?
 9    A     No.  Well, she got it and then she got
10  ahold of another airline stewardess, two of them.
11          And the first oxygen thing they gave me
12  didn't work so they got a second one that worked.
13    Q     When you asked her for the oxygen, did she
14  say anything to you?
15    A     She wanted to know what was wrong with me.
16    Q     And what did you tell her?
17    A     I told her "I'm having angina and I've got
18  the pains going down my arm."  I said, "I may be
19  having a heart attack."
20    Q     And what did she say?
21    A     Well, she wanted to know if there was any
22  medical assistance aboard, and two EMTs
23  volunteered.
24    Q     So after you said "maybe I'm having a
25  heart attack," what did she do?
```

```
 1    A    She asked for medical assistance.  Then
 2  she said the pilot, within ten minutes, could make
 3  an emergency landing and get me to a hospital.
 4    Q    Okay.  So she made an announcement on the
 5  plane?
 6    A    Yes.
 7    Q    And that's what you heard?
 8    A    Right.
 9    Q    Did she tell you that she would seek --
10  before she left and made the announcement, did she
11  tell you she would see if there was some medical
12  person onboard?
13    A    Correct.
14    Q    And then you heard her make that
15  announcement?
16    A    Yes.
17    Q    Did an EMT come to see you?
18    A    Yes, two of them, a man and a woman.
19    Q    Was that at about the time they brought
20  you the oxygen?
21    A    Yes.
22    Q    Okay.  And what did the EMT or EMTs do?
23    A    They took my blood pressure and pulse.
24  They kept track of the pulse and the blood
25  pressure.
```

Neil Scala
October 23, 2003

59

```
 1  upfront with us, and he monitored me all the way
 2  home.
 3      Q    And that was another two hours?
 4      A    Hour and a half, two.
 5      Q    Approximately?
 6      A    Yeah, usually.  I can't --
 7      Q    And while they were monitoring you, do you
 8  recall anything that they said to you or you said
 9  to them?
10      A    No, I can't.  I don't recall what we said.
11      Q    Did you have any more interaction before
12  you got off the plane or discussions with any of
13  the flight attendants?
14      A    No.  The angina started to subside but the
15  pain in my arm persisted.
16      Q    How long did you have the oxygen?
17      A    Maybe, just guessing, 45 minutes to an
18  hour.
19      Q    After that time, after the oxygen, you
20  were no longer having any shortness of breath?
21      A    No.  I could breathe pretty good once I
22  took the oxygen.
23      Q    So after about 45 minutes, was the only
24  discomfort that you had was the pain in your left
25  arm?
```

```
 1     A     Yeah.  Well, I still had the angina and
 2  the pain.
 3     Q     But the --
 4     A     The angina, by the time we landed, started
 5  to subside, so --
 6     Q     Now, you told me earlier that the flight
 7  attendant told you they could do an emergency
 8  landing in ten minutes --
 9     A     Correct.
10     Q     -- is that correct?
11     A     Yes, within ten minutes they could still,
12  in their flight path, go down.
13     Q     Right.  And what did you say when she told
14  you that?
15     A     I told her, I says, "Just get me into
16  Hartford," because that's where my cardiologists
17  are and that's where I had my heart operations.  I
18  knew that they were equipped to handle it.
19     Q     While you were there -- I'll strike that.
20           Do you recall your wife saying anything to
21  the flight attendants during this time?
22     A     I don't remember whether she spoke with
23  them.
24     Q     Did the flight attendants say anything to
25  you when you said, "no, just go to Hartford,
```

```
 1  that's where my doctors are"?
 2      A    Well, she just wanted to make sure that I
 3  was making the decision to go into Hartford, not
 4  them.
 5      Q    Did she talk with the EMTs about whether
 6  they should divert or not?
 7      A    No, not that I know of.
 8      Q    Did the EMTs feel like you were -- did
 9  they tell you what they thought was happening, if
10  anything?
11      A    They suggested maybe it was better to make
12  an emergency landing.  But I told them -- I said,
13  "No, I think" -- you know, "I've been through this
14  before and I know -- I think I can make it to
15  Hartford.  I've had angina many a time and I've
16  also had the pain going down my arm."
17      Q    That's what you told them?
18      A    Yeah.
19      Q    And did they say anything in response to
20  that?
21      A    No.  It was my decision to keep going.
22      Q    Okay.  I may have just asked you this, I
23  apologize.
24           At any point -- well, strike that.
25           At the time that you got off the plane --
```

1  strike that.
2       If I have it right, there was -- were
3  there any ambulance services or anybody meeting
4  you at the plane?
5       A    No.
6       Q    Were you asked whether you wanted any of
7  that to meet the plane?
8       A    No, not that I know of.
9       Q    At the time you -- prior to getting off
10 the plane, did any flight attendants or other crew
11 of American come up to you or talk with you in any
12 way?
13      A    They just wanted to make sure I could make
14 it on my own.
15      Q    Was there any discussions with you when
16 you got off the plane whether you had a ride or
17 how you were getting home?
18      A    No.
19      Q    Have you told me everything you can recall
20 about any discussions you had with anybody aboard
21 that flight?
22      A    I think I have.  Yeah.  It's pretty hard
23 to remember that far back for me.
24      Q    As far as you can recall, you've told me
25 everything you recall saying --

Neil Scala
October 23, 2003

63

```
1     A    Right.
2     Q    -- to anyone and anyone saying to you
3  onboard at the time?
4     A    Right.
5     Q    When you got off the plane, how did you
6  get home?
7     A    Drove home.
8     Q    Okay.  Did you drive?
9     A    I drove, yeah.
10    Q    Okay.  How long does it take you to get
11 home?
12    A    Twenty-five minutes.
13    Q    After you got off the plane, did you go
14 down and get your luggage?
15    A    Yes.
16    Q    Did you carry your luggage to the car?
17    A    Yeah.  We travel light, one suitcase.
18    Q    How were you feeling when you were in the
19 airport?
20    A    I was sick.
21    Q    Okay.  When you say "sick," what was your
22 problem?
23    A    I had an upset stomach and everything, and
24 my left arm was hurting me.
25    Q    You had an upset stomach, your left arm
```

```
 1  was hurting you.  Were you having any other pains
 2  or problems?
 3       A     No, the angina subsided.
 4       Q     When you say it "subsided," did it go
 5  away?
 6       A     Well, just about.
 7       Q     Okay.
 8       A     Just about went away.  So I knew, you
 9  know, this has happened before when I've done --
10  played tennis or walked.
11       Q     So this angina that you felt and the left
12  arm pain that you felt was the same or similar to
13  what you have felt before?
14       A     My left arm never hurt me when I played
15  sports or walk or something.  I just get the chest
16  pains.
17       Q     Okay.
18       A     And I don't get the upset stomach.
19       Q     Okay.  So you drove home that --
20       A     Right.
21       Q     What time did you arrive at Bradley, do
22  you know?
23       A     I think we get in late.  I believe it was
24  at night, but I don't know, 9:30, ten o'clock,
25  something like that.
```

```
 1    Q     And when you arrived home, how did you
 2  feel?
 3    A     I was sick.
 4    Q     Okay.
 5    A     I knew I'd have to -- that's when I called
 6  the cardiologist.  I knew I was in trouble.
 7    Q     So when you got home that night, you still
 8  felt sick?
 9    A     Yes.
10    Q     You had still had the arm pain?
11    A     No.
12    Q     Okay.
13    A     The arm pain had gone away.
14    Q     Okay.  So what problems were you having,
15  if any, when you got home?
16    A     I was just sick and tired.  I walked out
17  to the garage.  When I got to the garage, I was
18  exhausted.
19          And I told my wife I was going to go
20  walking in the square, which I do in the winter.
21  And I went around once and I was so tired, I drove
22  myself to the hospital.
23    Q     Okay.  Let's slow down a little bit.
24          You got home that night, which -- would
25  that have been a Saturday night?
```

```
 1    A    I think so.  I think it is a Saturday
 2  night when we get home.
 3    Q    So you arrived home sometime in the
 4  evening?
 5    A    Right.
 6    Q    And you drove home?
 7    A    Correct.
 8    Q    Take the luggage out and go inside?
 9    A    Yes.
10    Q    And when you got inside of the home on
11  that night that you returned, you still felt sick?
12    A    Yes.
13    Q    You were saying you didn't have any arm
14  pain at that time; is that right?
15    A    No, the pain from my arm had gone.
16    Q    Were you having any more angina pain?
17    A    No, I had thought I had passed everything.
18    Q    You still had an upset stomach?
19    A    I had the upset stomach.
20    Q    So you had an upset stomach.
21         And when you got home and you were in the
22  house, what did you do?
23    A    Well, we just go to bed after that.
24    Q    So you went to bed?
25    A    Mmm.
```

```
 1    Q    Did you call your doctor that night you
 2  returned?
 3    A    No, I called him Monday.
 4    Q    Well, this is Saturday?
 5    A    Yeah, I think it's Saturday.  Sunday I
 6  thought I had beaten it.  I don't like to call
 7  doctors if I don't have to.
 8    Q    Just try to stay with my question.
 9         So you return home Saturday night.  You
10  didn't call the doctor, right?
11    A    Correct.
12    Q    You feel like you didn't need it?
13    A    Right.
14    Q    You felt better?
15    A    Until I went to walk.
16    Q    Did you walk that night, sir?
17    A    No.
18    Q    So you went to bed and you slept, right?
19  And got up and it was Sunday?
20    A    Right.
21    Q    What did do you that Sunday?
22    A    I tried to go walking.
23    Q    Okay.  So that Sunday morning --
24    A    Right.
25    Q    And where did you go walking?
```

```
 1      A     I walk at the square.
 2      Q     Okay.  Before you went walking, did you
 3   have breakfast?
 4      A     Yes.  No.  No.  Sorry.
 5      Q     You didn't have breakfast?
 6      A     No.  I don't have breakfast because if I
 7   eat breakfast and walk, sometimes I get angina,
 8   because my heart can't --
 9      Q     So when you got up that morning, you
10   didn't have breakfast.
11            How did you feel when you got up that
12   morning?
13      A     I felt pretty good.
14      Q     Okay.  Were you having any other problems?
15            Did -- strike that.
16            Did you have any arm pain?
17      A     No, no pains.
18      Q     Did you have any chest pain?
19      A     No pain.
20      Q     Did you have an upset stomach?
21      A     No.
22      Q     So you felt good?
23      A     I felt good.
24      Q     You didn't want to have -- you didn't have
25   breakfast?
```

Neil Scala
October 23, 2003

69

```
1    A    No.
2    Q    And you left the house to go walking in
3    the square?
4    A    Yes.
5    Q    When you say "the square," what do you
6    mean?
7    A    We've got the West Farms Mall over there.
8    Q    Okay.
9    A    Meriden.  They let you walk inside the
10   building.
11   Q    Inside the mall?
12   A    Yeah.
13   Q    Okay.  Do you do that on a regular basis?
14   A    Yes.
15   Q    Okay.  How often did you -- do you do
16   that?
17   A    I used to do it every day.
18   Q    Okay.  Do you do that in the morning?
19   A    Right.
20   Q    How long would you walk for?
21   A    Well, I try to go about four and a half
22   miles.
23   Q    And how long would it take you?
24   A    I think it's an hour and fifty minutes.
25   Q    Okay.  So was it your practice to leave
```

```
 1   your house in your car to drive to the mall?
 2      A    Right.
 3      Q    And then go inside and walk four and a
 4   half miles or so?
 5      A    Yeah.
 6      Q    And you do that every day?
 7      A    I used to do it every day, yeah.
 8      Q    Did you stop?
 9      A    Yes, I did.
10      Q    When did you stop?
11      A    Well, I've been playing tennis five days a
12   week and golfing three, so I don't have time to
13   walk.
14      Q    When you went walking that morning at the
15   mall, did you walk with anybody or just yourself?
16      A    No, I walk by myself.
17      Q    And what happened while you were walking?
18      A    Well, I only made it one time around and I
19   started to feel a little angina so I quit.  I went
20   home.
21           And I didn't want to alarm my wife or
22   anything; I said, "I just don't feel like walking.
23   I'll try it again."
24           I tried it again Monday and I really got
25   angina.  I knew something was wrong.
```

Neil Scala
October 23, 2003

71

```
 1      Q      Okay.  So that morning you didn't -- you
 2   felt a little angina.
 3      A      Yeah.
 4      Q      A little chest pain?
 5      A      Right.  I stopped before it got --
 6      Q      Okay.  Did you feel any other discomfort?
 7      A      No.
 8      Q      Okay.  When you stopped walking, did the
 9   pain go away?
10      A      Yes.
11      Q      So when you got back home, you didn't have
12   any pain?
13      A      No.
14      Q      Okay.  Did you call Dr. Zesk?
15      A      No, I didn't call him until Monday.
16      Q      So you didn't call any physician that
17   Sunday.
18      A      No.
19      Q      After you returned home from walking, what
20   did you do the rest of the day?
21      A      Just lounged around.
22      Q      Did you go anywhere?
23      A      I didn't really do anything.
24             No.  Not that I remember, we didn't.
25      Q      Did you eat during that day?
```