Neil Scala
October 23, 2003

72

| | | |
|---|---|---|
| 1 | A | Yes, I ate normal. |
| 2 | Q | You had lunch and dinner? |
| 3 | A | Right. |
| 4 | Q | Did you have an upset stomach at all? |
| 5 | A | No. |
| 6 | Q | No pain? |
| 7 | A | No pain. |
| 8 | Q | No shortness of breath? |
| 9 | A | No. |
| 10 | Q | You otherwise felt normal? |
| 11 | A | Correct. |
| 12 | Q | Then comes Monday. |
| 13 | A | Right. |
| 14 | Q | And you got up? |
| 15 | A | Went to the mall. |
| 16 | Q | Didn't have any breakfast again? |
| 17 | A | Didn't have no breakfast. |
| 18 | Q | You skipped breakfast and then you went to the mall to do your walking? |
| 20 | A | Correct. |
| 21 | Q | You went by yourself? |
| 22 | A | I went by myself. |
| 23 | Q | What happened when you got to the mall? |
| 24 | A | I went around twice and I got the angina. I had shortness of breath. I drove myself to the |

```
 1   hospital.
 2       Q    So unlike the day before, you not only got
 3   angina but you got shortness of breath?
 4       A    No, I didn't go around it as many times
 5   Sunday.  I figured maybe I'm still hurting, let me
 6   take it easy.
 7       Q    Okay.  On Sunday, you didn't have
 8   shortness of breath but Monday you did; is that
 9   correct?
10       A    Right.
11       Q    What time was this in the morning?
12       A    Early.  It's early in the morning, I
13   really can't tell.  I think they let us in the
14   mall about 7:30, eight o'clock, something like
15   that.
16       Q    Is that about the time --
17       A    I would go over, yeah.
18       Q    -- you would go over there?
19            So then after about two times around, you
20   felt angina, which was chest pain, and you had
21   some shortness of breath; is that correct?
22       A    Right.
23       Q    And where did you go?
24       A    MidState.
25       Q    The emergency room?
```

```
 1     A    Right.
 2     Q    And do you recall the doctor that you saw
 3   there?
 4     A    Right.
 5     Q    Do you recall the doctor's name that you
 6   saw there?
 7     A    Oh, Rossner, Dr. Rossner.
 8     Q    Had you ever seen him before?
 9     A    Oh, yeah.
10     Q    When you say "oh, yeah," how do you know
11   him?
12     A    Well, he's in with Dr. Zesk.
13     Q    Okay.  He's part of that group?
14     A    Yeah, and he did a catheterization on me.
15     Q    Prior?
16     A    Way -- many years ago.
17     Q    Okay.  And when you got to the emergency
18   room, did you speak with Dr. Rossner?
19     A    Yes.
20     Q    What did you tell him?
21     A    They took the blood samples, they said my
22   enzymes were way up, and he shipped me off to the
23   Hartford Hospital in an ambulance.
24     Q    Did you have any other -- other than him
25   telling you that your enzymes were up, did he tell
```

```
 1   you anything else before having you go over to --
 2           Was it St. Francis Hospital?
 3      A    Yeah.
 4      Q    Did he tell you anything else?
 5      A    No.  He just said that, you know, because
 6   my enzymes were up so high, that they didn't want
 7   to take any chances, so he sent me right to
 8   Dr. Sappington at St. Francis.
 9      Q    Have you ever met or treated with
10   Dr. Sappington before that time?
11      A    I don't know if that's the first time I
12   met Dr. Sappington or not.  I'm not sure if that
13   was my first encounter with him.
14      Q    Do you recall any other discussion that
15   you had with Dr. Rossner besides him telling you
16   your enzymes were up and he wanted to send you
17   over to St. Francis?
18      A    No, not that I know of.  Not that I can
19   recall, anyway.
20      Q    You went over to St. Francis Hospital and
21   saw Dr. Sappington.  What was done there?
22      A    He did the catheterization.
23      Q    Have you had catheterization procedures in
24   the past?
25      A    Yes.
```

```
 1    Q    Do you recall how many you've had in the
 2  past?
 3    A    I'd say maybe four or five.  I don't
 4  know --
 5    Q    Okay.
 6    A    -- exactly.
 7    Q    And is it your understanding that they do
 8  this procedure to see --
 9    A    If I got any blockages.
10    Q    -- any blockages?
11         And you understand that you have ischemic
12  heart disease?
13    A    Oh, yeah.
14    Q    All right.  And relating all the way back
15  to when you had the bypass surgery when you were
16  48; is that correct?
17    A    Yeah.  I had four then and five about five
18  years ago.  I had nine total.
19    Q    Bypass grafts, right?  They had to add
20  arteries to help the blood supply?  Take arteries
21  from certain places of your body to help the blood
22  flow in your heart; is that correct?
23    A    Right.
24    Q    Due to blockage that you have in your
25  arteries?
```

```
 1    A    Right.
 2    Q    And what did Dr. Sappington tell you that
 3  the catheterization showed?
 4    A    He said that all my bypasses were clear.
 5  I was all right.  They didn't know why the enzymes
 6  were up.
 7    Q    Other than the catheterization, what else
 8  did they do during the hospitalization?
 9    A    That's all.
10    Q    Okay.  Did they tell you that you had a
11  normal rhythm of the heart?
12    A    At that point, I don't know if he knew
13  about it or not.
14    Q    Were you having any pains or difficulties
15  at the time you went to the hospital?
16    A    No, I wasn't.
17    Q    No shortness of breath?
18    A    No.
19    Q    No chest pain?
20    A    Hmm?
21    Q    No chest pain?
22    A    No chest pains.
23    Q    No arm pain?
24    A    No arm pain.
25    Q    How long were you at the hospital with
```

```
 1  Dr. Sappington?
 2     A    I think it was three days.  I don't really
 3  recall.
 4     Q    Okay.
 5     A    They hospitalize you when they do it.
 6     Q    Okay.  Did Dr. Zesk come see you during
 7  that hospitalization?
 8     A    No, they were in St. Francis.
 9     Q    St. Francis.  Did he see you over there?
10     A    No, he saw me at MidState.
11     Q    When you were in the emergency room?
12     A    No.  He -- I've been in there twice since
13  that trip.
14     Q    Okay.  I'm talking about this trip.
15     A    Oh, no.  No.
16     Q    You went to MidState emergency room?
17     A    Right.
18     Q    Saw Dr. Rossner?
19     A    Right.
20     Q    He sends you over to St. Francis.  You see
21  Dr. Sappington --
22     A    Right.
23     Q    -- Sappington?
24     A    Yeah.
25     Q    He does the catheterization, correct?
```

Neil Scala
October 23, 2003

79

```
 1      A    Right.
 2      Q    Yes?
 3      A    Yes.
 4      Q    And he tells you, if I have it right, he
 5   didn't know why your enzymes were up but, based on
 6   the catheterization, there was no further
 7   blockage?
 8      A    Correct.
 9      Q    Okay.  And he said it was okay for you to
10   go home?
11      A    Correct.
12      Q    And, in fact, you didn't have any chest
13   pain, you didn't have any shortness of breath, and
14   you had no left arm pain; is that correct?
15      A    None.
16      Q    You felt your normal self?
17      A    I felt pretty good, yeah.
18      Q    Okay.  Do you recall anything else that
19   Dr. Sappington told you about your condition at
20   all during that hospitalization at St. Francis?
21      A    No.  He's not a very talkative man.
22      Q    And you just told me that Dr. Zesk didn't
23   come to see you at that time?
24      A    No.
25      Q    What happened after your -- strike that.
```

```
 1  many times experienced chest pain, have you not?
 2      A    Since then?
 3      Q    No, prior to December.
 4      A    Oh, prior. Yes, I have. On occasions,
 5  yes.
 6      Q    And that would be what you call angina.
 7      A    Angina, yeah.
 8      Q    Okay. Do you know how often you've had
 9  these chest pains prior to the incident in
10  December of 2000?
11      A    Oh, I'd say three or four times, at least.
12      Q    Okay. And these incidents where you had
13  this chest pain would have nothing to do with any
14  alcohol because you don't drink; is that correct?
15      A    No. It happens if I eat breakfast before
16  I walk, is the time that it happens.
17      Q    Okay.
18      A    Or a play sports. But if I stop, wait a
19  while, it subsides.
20      Q    And have you had a number of -- you had a
21  number of hospitalizations prior to the December
22  2000 incident?
23      A    Oh, yes.
24      Q    Okay. Do you have hypertension?
25      A    Not that I know of.
```

```
 1      Q    Okay.  Backtracking just a bit, you had --
 2   I'm trying to keep this simple.
 3           When you were 48, you had the bypass --
 4      A    Correct.
 5      Q    -- surgery; is that correct?
 6      A    Yes.
 7      Q    You had substantial blockage of your
 8   arteries?
 9      A    Correct.
10      Q    Do you recall the physician who treated
11   you during that initial surgery?
12      A    Houser & Brown is all I remember.  They
13   did the operation.
14      Q    And then you had a subsequent bypass
15   surgery, did you not?
16      A    Yes.  Dr. Takata did that.
17      Q    And where was that?
18      A    Hartford.
19      Q    And what happened leading up to that
20   surgery that required that surgery?
21      A    Well, Dr. Zesk gave me a stress test and
22   discovered it and they sent me up for the card --
23   you know.
24      Q    Catheterization?
25      A    Catheterization.
```

Neil Scala
October 23, 2003

88

```
 1    Q    Which shows more blockage?
 2    A    Showed more blockage, yeah.
 3    Q    What did the stress test reveal?
 4    A    You know, that I had some type of
 5  blockage.
 6    Q    Okay.  Now, you mentioned earlier you've
 7  had atrial fibrillation in the past, prior to
 8  December of 2000 --
 9    A    Right.
10    Q    -- is that right?
11    A    Right.
12    Q    I have a note here that you had it in
13  1997.
14    A    It probably was about then, yes.
15    Q    You were following with Dr. Zesk at that
16  time?
17    A    Right.
18    Q    And fibrillation, so we're both
19  understanding, is an irregular heartbeat?
20    A    Correct.
21    Q    And did Dr. Zesk tell you what caused that
22  fibrillation back then?
23    A    No.  He just told me what fibrillation
24  was --
25    Q    Okay.
```

```
 1      A      -- you know.
 2      Q      Did you understand it was related to your
 3   underlying heart disease?
 4      A      Not -- it's not related to blockage; it's
 5   where the blood builds up in the heart and one
 6   part can't pump it out as fast as one is pumping
 7   it in.
 8      Q      Okay.  Now, the note I have indicates you
 9   first developed it in July of 1997?
10      A      Right.
11      Q      And as a result of that, they put you on
12   Coumadin?
13      A      Yeah, for a short period of time.
14      Q      And you understand that to prevent any
15   clots that you might develop?
16      A      Yeah, that's to dilute the blood.
17      Q      Right.  And then it indicates here that in
18   October of 1997 was when you were converted --
19   cardioconverted into normal sinus rhythm.
20      A      1997?
21      Q      October of 1997.
22      A      Yeah.
23      Q      There was a period of a few months where
24   you were had atrial fibrillation.  Do you remember
25   that?
```

```
 1     A     Yes.
 2     Q     Okay.
 3     A     I think he put you on Coumadin -- he put
 4   me on Coumadin and he wanted to balance it out
 5   before he shocked me.
 6     Q     Okay.
 7     A     His explanation was that he was trying to
 8   get the number down to a point where it was safe
 9   to shock me back into rhythm.
10     Q     This shock procedure, how long does it
11   take?
12     A     I don't know.  I'm out.
13     Q     They put you out?
14     A     Yeah.  You wind up with two burn marks on
15   your back and two on your chest.
16     Q     Do you leave the same day?
17     A     Yeah.
18     Q     The records indicate that you were
19   hospitalized for chest pain in 1985.  Do you
20   recall that?
21     A     Not really.
22     Q     Okay.  It indicates here that you were
23   treated by Dr. Zesk for chest pain in 1986.  Do
24   you recall that?
25     A     I don't recall that far back, no.
```

Neil Scala
October 23, 2003

91

```
 1      Q    It indicates that you were treated with
 2  Dr. Zesk for chest pain in 1989.  Do you recall
 3  that?
 4      A    No.  That's why I say, I've had it
 5  previously before.
 6      Q    After your surgery in 1983, you took part
 7  in a -- do you recall taking part in a cardiac
 8  rehab program at the Y?
 9      A    Correct.
10      Q    How long did that take?  How long did you
11  do that?
12      A    Oh, three, four months, something like
13  that.
14      Q    Okay.  And what was the purpose of that
15  program?
16      A    It's to get you back physically and get
17  everything working.  It's like therapy.
18      Q    Okay.  What instructions was Dr. Zesk or
19  the other doctors giving you as far as trying to
20  help you with your heart condition?
21      A    Diet, exercise.  That's all they tell you.
22      Q    Reviewing the records, it would appear
23  Dr. Zesk has repeatedly reminded you to watch your
24  diet and your weight?
25      A    Right.
```

```
 1    Q    It had a direct affect on the amount of
 2  blockage or your heart condition?
 3    A    Right.
 4    Q    And there is some indication you had some
 5  difficulty losing weight?
 6    A    Well, that's what I was on HMR for.
 7    Q    What's HMR?
 8    A    Managed -- Health Management Resources.
 9  It's a diet that you go on at the hospital in New
10  Britain and you live on this liquid diet and they
11  monitor you all the time.  And I lost 20 pounds in
12  the first week.
13    Q    Is that chelation?
14    A    Huh?
15    Q    Is that the chelation?
16    A    No, that's something different.
17    Q    That's something else you tried?
18    A    I was too -- someone talked me into this
19  chelation business where you --
20    Q    That's with the herbs?
21    A    No, they -- it's intravenous.  They set
22  you up for about an hour and a half on
23  intravenous, and it's supposed to purify your
24  blood and all.  And Dr. Zesk said it was a joke.
25    Q    You have --
```