```
 1      A    He examined me before I did it and he
 2   examined me after I did it and there wasn't one
 3   bit of change.
 4      Q    Okay.  My point being is you would agree
 5   with me you were trying various ways to try to
 6   lose weight --
 7      A    I tried to.
 8      Q    -- to try to take stress off your heart;
 9   is that right?
10      A    Yes.
11      Q    You tried hypnotism; is that correct?
12      A    Right.
13      Q    You tried the Atkins diet?
14      A    I'm on the Atkins now.
15      Q    You tried chelation?
16      A    Chelation.
17      Q    Is that correct?
18      A    Yeah.
19      Q    And you went into that weight loss program
20   over in New Britain; is that right?
21      A    Yeah.
22      Q    Do you recall complaining of chest pains
23   or angina while walking in 1990 during one of your
24   visits with Dr. Zesk?
25      A    I think so.  I told him I had angina a
```

Neil Scala
October 23, 2003

94

```
 1  couple times when I was walking.
 2      Q    Okay.
 3      A    I found out it was from eating breakfast
 4  before I walked.
 5      Q    Okay.  And in 1991, I see a note with
 6  Dr. Zesk that you had chest pain following tennis
 7  in hot, humid weather?
 8      A    Yeah.
 9      Q    Do you recall that?
10      A    Yeah, I played extremely hard on a real
11  hot day.
12      Q    Okay.  1992, you had chest pain following
13  tennis.  Do you recall talking to Dr. Zesk about
14  that?
15      A    Yeah.  I get that quite often playing
16  tennis.
17      Q    Okay.
18      A    I still do.
19      Q    And in 1993, there's a note that you saw
20  Dr. Zesk for chest pain, severe pain, while
21  walking on two occasions.
22      A    Yeah.
23      Q    Do you recall that?
24      A    I don't recall how many times but I know
25  I've told him.
```

```
 1      Q     And the subsequent bypass surgery, that
 2  took place in June of 1995?
 3      A     I think so, yes.
 4      Q     Okay.  And that, again, was after you had
 5  a recatheterization in May of 1995 showing further
 6  blockage?
 7      A     Right.
 8      Q     Is that right?
 9      A     I think so, yes.
10      Q     There's a note here that in 1996 you tried
11  Redux to lose weight?
12      A     Redux, yeah.
13      Q     But had a problem because of shortness of
14  breath?
15      A     I had it two weeks and they stopped it
16  right away.
17      Q     It caused you shortness of breath?
18      A     Yeah.
19      Q     So you had to stop it; is that right?
20      A     Yeah.
21      Q     I have a note here that it looks like you
22  developed atrial fibrillation again in March of
23  1999.  Again, this would have been prior to your
24  December 2000 trip.  And it was related to a trip
25  to St. Martin where you may have also gotten the
```

```
 1  flu.  Do you recall that?
 2      A   Oh, yeah.  I was very sick there.
 3      Q   Okay.  And did you seek any medical care
 4  while you were at St. Martin?
 5      A   Yes, we went to -- I went to the hospital
 6  there, but --
 7      Q   What's the name of the hospital that you
 8  went to at St. Martin?
 9      A   I don't know.
10      Q   What did the doctor say, if anything?
11      A   I could have went to a veterinarian and
12  gotten the same results.
13      Q   What did they say, if anything?
14      A   Nothing.
15      Q   Did you believe you were in atrial
16  fibrillation at the time?
17      A   No, I didn't know it.
18      Q   Okay.  You didn't know it until you came
19  back and saw --
20      A   Right.
21      Q   -- Dr. Zesk?
22      A   Right.
23      Q   And I take it again, since you didn't --
24  you don't drink, that occurrence of atrial
25  fibrillation wasn't caused by any alcohol that you
```

```
 1  had.
 2      A    No.
 3      Q    Okay.  Did they ever tell you what caused
 4  that atrial fibrillation in March of 1999?
 5      A    When I was in St. Martin?  I had caught
 6  the flu.  And I had my flu shot, too.
 7      Q    Did Dr. Zesk or anyone tell you what had
 8  caused your atrial fibrillation in March of
 9  1999 --
10      A    He said that it was the flu that caused
11  it.
12      Q    You've got to let me finish the question,
13  okay? so she can take us down.
14           He said it was probably caused by the flu?
15      A    Yeah.
16      Q    Now, it indicates you had this atrial
17  fibrillation through June of 1999 when you were
18  cardioconverted.  Does that comport with your
19  memory?
20      A    I really -- I know he shocked me back in
21  the first time that we --
22      Q    This would be the second time prior to
23  December of 2000 --
24      A    That would be the second time.
25      Q    -- you had atrial fibrillation.
```

Neil Scala
October 23, 2003

98

```
 1          Do you remember being shocked or were
 2   you --
 3      A   I think -- well, that's how he got me back
 4   every time, was through the shocking.
 5      Q   Okay.
 6      A   And it didn't work anymore.
 7      Q   I have a note here on August 9, 2000,
 8   which again would have been a few months before
 9   you left on your trip to Aruba, you had another
10   bout of atrial fibrillation and you saw
11   Dr. Rossner and again it happened after
12   following -- following a walk that you had.  Do
13   you recall that?
14      A   No, I don't.
15      Q   You had another stress test at that time
16   in August of 2000?
17      A   I could.  I can't give you the dates on
18   the stress tests.
19      Q   And there was another -- do you recall
20   having a catheterization in or around August or
21   September of 2000 prior to your trip in December?
22      A   I really can't say.
23      Q   All right.
24      A   I don't remember.
25      Q   Do you recall being cardioconverted again
```

```
 1   for a third time prior to your December 2000 trip
 2   in September of 2000?
 3        A    Prior to it?
 4        Q    Yep.
 5        A    Hmm.  I don't remember it being prior.
 6        Q    Do you remember care or treatment that you
 7   got in August of 2000?  This would only have been
 8   three or four months before you left on your trip.
 9        A    I know.  That's what I'm trying to think.
10   I don't remember that.  I don't remember that.  I
11   know I did have fib before we went, but I don't
12   know when.
13        Q    Okay.
14        A    I thought it was long before that.
15        Q    Okay.  I have another note here backing up
16   to January of 2000, again, prior to your December
17   2000 trip where you went to the MidState ER
18   because you thought you had fibrillation.  Do you
19   recall that?
20        A    No.
21        Q    You were provided some medications?
22        A    I don't recall that.
23        Q    Okay.  Do you know what a Holter monitor
24   is?
25        A    Yeah, I had that.
```

EPPLEY COURT REPORTING
508.478.9795

```
 1    Q    What's that?
 2    A    They put it on you for 24 hours to see
 3    what -- you know, how your heart behaves --
 4    Q    Okay.
 5    A    -- with the activity you're doing.
 6    Q    Is it a monitor you wear and you can take
 7    home?
 8    A    Yeah.
 9    Q    And you wear it, and do you write down --
10    A    You don't write anything down, it just
11    records itself.
12    Q    Okay.
13    A    They put stickums all over you, and wires.
14    Q    Okay.  But do you keep any type of journal
15    of what you're doing throughout the day --
16    A    No.
17    Q    -- so they can compare the results?
18    A    Yeah.  We tell them, you know, what time
19    and when and what you were doing.
20    Q    Okay.  Tell me how that works.
21    You have the Holter monitor on.  Dr. Zesk
22    gives it to you, correct?
23    A    Yeah.  It's a little thing that hangs on
24    the side, like a radio or something, you know.
25    Q    And it monitors the activity of your
```

100

Neil Scala
October 23, 2003

Neil Scala
October 23, 2003

101

| | |
|---|---|
| 1 | heart? |
| 2 | A    Right. |
| 3 | Q    And you wear it and you do your normal |
| 4 | things during the day? |
| 5 | A    Like, you say if you went walking from |
| 6 | when to when, you were doing work from when to |
| 7 | when. |
| 8 | Q    Right.  Now, when you do that, when you |
| 9 | write down what you're doing, do you do that while |
| 10 | you're doing it or do you do it when you come back |
| 11 | to Dr. Zesk's office? |
| 12 | A    No, you write -- well, you try to keep a |
| 13 | journal. |
| 14 | Q    And you hand the journal in to Dr. Zesk -- |
| 15 | A    Yeah, so he knows when your heart is |
| 16 | acting up. |
| 17 | Q    -- so he can see what you're doing -- |
| 18 | A    Right. |
| 19 | Q    -- compared to what you wrote down what |
| 20 | you're doing to what the monitor shows? |
| 21 | A    Like if you go up and down the stairs or |
| 22 | something like that, he wants to know about it.  I |
| 23 | only did that once, I think. |
| 24 | Q    Did you ever drink Merlot while you were |
| 25 | on one of these Holter monitors? |

EPPLEY COURT REPORTING
508.478.9795

Neil Scala
October 23, 2003

102

```
 1        A    I don't recall that.  I don't know.
 2        Q    Well, I thought you told me you don't
 3   drink?
 4        A    Yeah, I don't think so.  Well, he -- the
 5   doctors were trying to get me to have wine, and I
 6   took like about that much (indicating) in a little
 7   glass at different times, but I couldn't handle
 8   it.
 9        Q    Okay.  You told me you learned many years
10   ago that you couldn't -- didn't like --
11        A    No.
12        Q    -- to drink wine?
13        A    Right.
14        Q    Right?
15        A    I didn't drink anything.
16        Q    Okay.
17        A    But they kept telling me to try it.  But I
18   could have did it as an experimental thing for
19   him.  I've done things like that, you know, take
20   it once or twice, but I can't keep it up.  I've
21   had different tastes of wine but never -- only as
22   an experimental thing.
23        Q    Do you recall having a glass of Merlot at
24   any time while you were on the Holter monitor?
25        A    I don't.  I couldn't tell you that.  If it
```

Neil Scala
October 23, 2003

```
 1    was something he suggested for me to do, is the
 2    only way I would have done it.
 3        Q   When you returned from your trip in
 4    December, how soon was it when you were back
 5    playing tennis?
 6        A   It was quite a while.
 7        Q   When was that?  When did you first start
 8    playing tennis again?
 9        A   Oh, I didn't play tennis for maybe a month
10    or two.
11        Q   Now, during the winter, do you play
12    inside?
13        A   Yes.
14        Q   Are you a member of a club?
15        A   Yeah.
16        Q   What's the name of the club?
17        A   Newington Tennis Center.
18        Q   What's it called?
19        A   Newington Tennis Center.
20        Q   And were you a member of that club back in
21    2000-2001?
22        A   I think so.
23        Q   All right.  And would you play regularly
24    during the winter?
25        A   Yes.
```

103

EPPLEY COURT REPORTING
508.478.9795

```
 1   of chest pain?
 2      A    About a couple weeks ago.
 3      Q    How long did it last?
 4      A    Two minutes.  Alls I've got to do is stop
 5   and I know it's all right.  Sometimes it has
 6   something to do with how soon I eat and how soon I
 7   play.
 8      Q    Okay.  Now, you have diabetes?
 9      A    Yeah.
10      Q    When was that diagnosed?
11      A    Right after this trip from Aruba.
12      Q    And --
13      A    And I was checked before I left and I
14   wasn't -- didn't -- wasn't a diabetic.
15      Q    And is it controlled through medications?
16      A    Yeah.
17      Q    Do you follow with Dr. Anderson and
18   Dr. Zesk for that?
19      A    Yes, Dr. Anderson.
20      Q    It also looks like you were treated for
21   some inclusion of an artery in your eye, your
22   right eye?
23      A    Oh, yeah.  I had -- but it wasn't from
24   diabetes.  I didn't have diabetes.
25      Q    I understand that.  It was just some other
```

# EXHIBIT 3

Patricia Scala
October 23, 2003

**ORIGINAL**

1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

NEIL SCALA                    CIVIL ACTION NO.
                              302cv:00755(MRK)

    VS.

AMERICAN AIRLINES, INC.    OCTOBER 23, 2003


          DEPOSITION OF:  PATRICIA SCALA


APPEARANCES:

  BUCKLEY & WYNNE
    685 State Street
    New Haven, Connecticut 06510
    (203) 776-2278
  BY: JOHN F. WYNNE, JR., ESQUIRE

  MORRISON, MAHONEY & MILLER
    250 Summer Street
    Boston, Massachusetts 02210-1181
    (617) 439-7500
  BY: TORY A. WEIGAND, ESQUIRE

            Wendy J. Leard
         Registered Merit Reporter
              CSR # 00039
         EPPLEY COURT REPORTING
              P.O. Box 382
         Hopedale, Massachusetts 01747
              (508) 478-9795
```

**Patricia Scala**
**October 23, 2003**

9

```
1      Q     Is there a particular restaurant that you
2   would go to?
3            Again, I'm trying to focus in on
4   November-December 2000.
5      A     No.  We -- I don't really remember.  We
6   don't go to any particular one.
7      Q     Do you recall any names of restaurants you
8   may have gone to?
9      A     Tony Roma's.
10     Q     A sub, sandwich place?
11     A     We've been to Pizza Hut.  There's a few
12  Italian ones but I don't remember their names.
13     Q     Okay.  Does your husband -- has your
14  husband ever drank alcohol?
15     A     No.  He's tasted it but he's never really
16  been a drinker.  He just never really drank.  He
17  got a headache when he tried to drink once.
18     Q     When is the last time you know your
19  husband had any alcoholic beverage?
20     A     The last time, recently or whatever --
21  after this incident, he sipped my drink a couple
22  times.  He said, "Maybe I better start drinking,"
23  and he just took a sip of mine, but that was about
24  it.
25     Q     When was that?
```