**Patricia Scala**
**October 23, 2003**

10

```
1     A     Oh, within the past year.
2     Q     What kind of drink did you have?
3     A     Vodka and tonic.
4     Q     Do you remember where you were when he
5   asked for --
6     A     Home.
7     Q     Home.  So you made yourself a vodka and
8   tonic?
9     A     We play cards with friends and I had a
10  vodka and tonic and he just sipped it.  He didn't
11  drink any of it.
12    Q     So he did take a sip?
13    A     Everybody kept telling him "Maybe if you
14  drank, you wouldn't be so sick."
15          So he said, "Maybe I should start taking
16  up drinking," and he took a sip.  He said, "I
17  can't take this."
18          He didn't like the taste of it.
19    Q     But he took a sip, though?
20    A     Yeah.
21    Q     Do you know of any other occasion where
22  he's tried alcohol?
23    A     I don't remember.
24    Q     Okay.  Have you ever seen him drink any
25  wine?
```

```
 1    A    What kind of wine?
 2    Q    Merlot, red wine?
 3    A    No.  I've seen him drink white wine once.
 4    Q    When was that?
 5    A    A long time ago.
 6    Q    Any other occasions where you've seen him
 7  have any alcohol of any type?
 8    A    Not that I remember.  I think I saw him
 9  have a beer once.
10    Q    Has any -- to your knowledge, has any
11  physician told him that he shouldn't drink at all?
12    A    No.
13    Q    So as far as you know, if he wanted to
14  drink, he could drink?
15    A    Yes.
16    Q    Your husband told me that in your unit in
17  Aruba, you would usually make your own food, use
18  the kitchen there?
19    A    Yes.
20    Q    But there would be occasions where you go
21  out to eat?
22    A    Right.
23    Q    Okay.  While you're down there, do you use
24  a credit card to buy anything you need?
25    A    Yes.
```

```
1    A    And he had an infected finger in Aruba
2  once; we went to the emergency room there and they
3  took a sliver out.  That's all I remember.
4    Q    Do you recall him ever having chest pains
5  or discomfort or anything related to his heart
6  while he was in Aruba or St. Martin?
7    A    I don't remember.
8    Q    Now, I understand you are planning your
9  annual trip next month?
10   A    Right.
11   Q    You are going away and coming back
12 December 19?
13   A    Right.
14   Q    And some other trips that you've taken
15 that your husband can recall, besides going to
16 Aruba and St. Martin every year, is you took a
17 trip to Alaska last year and you also drove to
18 Nova Scotia?
19   A    We went to Nova Scotia, went to Alaska,
20 went to San Francisco, and went to Texas last
21 year.  My son lives in Texas.
22   Q    Did you fly down there?
23   A    Yes.
24   Q    And did you fly out to San Francisco?
25   A    Yes.
```

```
 1    A    Yes.  As far as I remember.
 2    Q    Did you have any other further contact or
 3  discussions with the flight attendant?
 4    A    No.  I was just very concerned about him
 5  because he was sweating and he looked terrible and
 6  he felt terrible.
 7    Q    Okay.  What did he tell you of anything
 8  about how he was feeling after he was provided the
 9  water?
10    A    On that plane there, he just said he feels
11  terrible, that's all.
12    Q    Do you recall him telling you he feels
13  terrible?
14    A    He kept saying, "I feel awful."
15    Q    Did he give any more detail as to what he
16  meant by that?
17    A    I said, "What's the matter?"
18         He said, "I just feel awful."
19    Q    So other than him telling you he felt
20  awful or terrible, he didn't tell you exactly what
21  he was feeling or what part of his body hurt --
22    A    No.
23    Q    -- or what was uncomfortable; is that
24  correct?
25    A    Right.
```

```
 1   saying that we had ten minutes to make up our mind
 2   for an emergency landing.  After that, he wouldn't
 3   be able to land, the pilot.  And Neil said that he
 4   felt better, the oxygen was helping him.  So we
 5   didn't land.
 6       Q    Did the EMT or the woman EMT say anything
 7   about whether an emergency landing should be made?
 8       A    No, they didn't.  Not that I can remember.
 9       Q    So when the flight attendant said, you
10   know, "we have ten minutes to make a decision
11   whether you want to make an emergency landing,"
12   your husband said he felt better?
13       A    Yes.
14       Q    Okay.
15       A    He could breathe, is what he said.
16       Q    How long did he have the oxygen?
17       A    I really don't remember if it was for the
18   rest of the trip.  I don't -- I can't recall.
19       Q    Okay.  So you remained in your seats and
20   the EMT and his wife sat in the front seat?
21       A    Right.
22       Q    Okay.
23       A    And then I had to sign that he had the
24   oxygen.  I had to sign a paper.
25       Q    Was that given to you by the flight
```

```
 1      Q    Do you remember if your daughter picked
 2  you up?
 3      A    No, I think we drove.
 4      Q    Okay.  When you say you drove, you must
 5  have left your car at the airport?
 6      A    Yeah.  We used to leave it at the Bradley
 7  International Inn.  We stayed there overnight and
 8  leave the car there, I think.
 9      Q    You got home that night.  What time at
10  night did you get home?
11      A    Oh, maybe 11:30.
12      Q    And was that a Saturday night?
13      A    It was a Friday night or Saturday night.
14  Usually our timeshare goes from Saturday to
15  Saturday, but usually I book a flight home on a
16  Friday so we have the use of our unit and we don't
17  have to get out early in the morning.  It probably
18  was a Friday.
19      Q    Okay.  December 15 was a Friday.
20           Was that the flight when you came back,
21  December 15?
22      A    Yes.
23      Q    So it was a Friday night that you got
24  back --
25      A    Right.
```

```
 1     Q    Was there any discussion about him seeing
 2  a doctor that day?
 3     A    We talked about it but he said he just
 4  felt tired, he didn't have any pain or anything.
 5     Q    Did he have lunch or dinner that day, do
 6  you recall?
 7     A    Probably.  I don't remember.
 8     Q    All right.  And at some point did he go to
 9  the emergency room after returning --
10     A    Yeah.  I think it was Monday that he went.
11  I'm not sure.  But he stayed home for a couple
12  days and just did nothing.
13          Usually he goes walking.  He used to go
14  walking every day.  He didn't do any of that; he
15  said he was tired.
16          So finally, he tried to go walking, it was
17  either Monday or Tuesday, and he started getting
18  chest pains again.
19     Q    Is that when he drove himself to the
20  emergency room?
21     A    Yes.
22     Q    Prior to going on the walk on that Monday
23  and Tuesday and then going -- taking himself to
24  the emergency room, do you recall if he tried to
25  go walking either Saturday or Sunday morning?
```

```
 1   A    I don't think he did.
 2   Q    And so did you get a call that he had
 3   taken himself to the emergency room?
 4   A    Yes.
 5   Q    Did you go there with him -- to see him?
 6   A    Oh, yes.
 7   Q    And do you recall the doctor's name?
 8   A    No.  Actually, they were taking him by
 9   ambulance to St. Francis, I think, by the time I
10   got there.
11   Q    Okay.
12   A    They were ready to take him.  I had to
13   take his truck home.
14   Q    While you were there, were you present for
15   any discussions about your husband's condition?
16   A    No.
17   Q    Okay.  So then did you go see him while he
18   was at St. Francis?
19   A    My daughter and I drove down there.
20   Q    What's your daughter's name?
21   A    Lou Ann.
22   Q    What's her last name?
23   A    Brannon.
24   Q    And did you have a -- were you present
25   with any -- when there was any discussions about
```

```
 1   health?
 2       A    Dr. Anderson?
 3       Q    Yes.
 4       A    I don't remember.  Probably, but I don't
 5   remember exactly what.
 6       Q    And I think you answered this and I
 7   apologize.  Other than that visit with Dr. Zesk
 8   that you attended with your husband at his office
 9   following the December 2000 flight, you have not
10   talked with Dr. Zesk since that time?
11       A    No, I don't think so.
12       Q    I understand that the doctors advised your
13   husband to stop construction work after the bypass
14   surgery; is that right?
15       A    The first bypass surgery.
16       Q    Correct.  The initial one in '83, '84?
17       A    Yes.
18       Q    And he had a subsequent bypass surgery in
19   '95, about that?
20       A    Well, yeah.  Maybe 12 years -- yeah, that
21   would be about '95.
22       Q    What kind of problems was he having
23   leading up to that second bypass surgery?  If you
24   can recall.
25       A    I can't recall.
```

```
 1      Q    Okay.
 2      A    I really can't recall.
 3      Q    Do you know of any other occasions --
 4   well, strike that.
 5           Prior to the incident in December of 2000,
 6   had your husband suffered bouts of atrial
 7   fibrillation before, to your knowledge?
 8      A    Yes.
 9      Q    Okay.  And do you know how many occasions
10   he suffered that?
11      A    I don't know if it was one or two.
12      Q    Okay.  And do you know what kind of
13   treatment he received in response to that?
14      A    Yeah, electrical shock, whatever they call
15   it.
16      Q    Cardioconverted?
17      A    Oh, sure.
18      Q    And that was through Dr. Zesk?
19      A    Yes.
20      Q    And in any of those times that he suffered
21   this atrial fibrillation, do you know if he drank
22   any alcohol?
23      A    No, he did not.
24      Q    So your understanding is none of these
25   prior episodes were caused by any drinking of
```

```
 1  alcohol; is that right?
 2     A    No.
 3     Q    Were you ever told or did you ever come to
 4  understand from any source what caused these prior
 5  episodes of atrial fibrillation?
 6     A    Dr. Zesk never really explained what does
 7  it.  It just happened.
 8     Q    And prior to December of 2000, your
 9  husband had had various times where he complained
10  of chest pain, did he not?
11     A    Different times, yeah.
12     Q    All right.  And in any of those times that
13  he complained about chest pain and sought out
14  medical care or treatment with either Dr. Zesk or
15  one of the hospitals, to your knowledge was that
16  ever the result of alcohol that he had?
17     A    No.  He didn't have any alcohol.
18     Q    Any of these bouts of chest pain that he
19  had prior to the incident in December of 2000 had
20  nothing to do with alcohol, as far as you know; is
21  that right?
22     A    Right.
23     Q    Following the surgery, initial bypass
24  surgery in 1983, there's a note --
25          I just want to see if it refreshes your
```

```
 1  memory.
 2         -- that he was hospitalized for chest pain
 3  in 1985 and underwent a stress test.  Do you
 4  remember that?
 5     A   Yes, I do.  I think it's the one I
 6  remember when they couldn't believe he was losing
 7  so much blood from his hemorrhoids that he was
 8  having the symptoms of a heart problem, but then
 9  they ended up saying that's what it was from.
10     Q   So one of the hospitalizations may have
11  been in '85 when the hemorrhoids -- they found
12  that was related --
13     A   He was losing too much blood.  They put
14  him on iron pills.
15     Q   We can't talk at the same time.
16     A   Sorry.
17     Q   It also looks like he suffered or saw
18  Dr. Zesk for chest pain in 1986 and underwent
19  another stress test.  Do you have any memory of
20  that?
21     A   No.
22     Q   I have another note that he had chest pain
23  and sought medical care with Dr. Zesk in 1989.  Do
24  you have any memory of that?
25     A   Probably did.
```

```
 1    Q    Okay.  Also I have a note here that, after
 2  his surgery in 1983, he took part in a cardiac
 3  rehab program at the Y.
 4    A    Yes.
 5    Q    And do you know what instructions the
 6  doctors gave him that he needed to do to try to
 7  help his heart condition?
 8    A    Diet.  Watch the diet, the cholesterol
 9  stuff, exercise.
10    Q    And if I have it right, he's tried various
11  diet plans or techniques --
12    A    Yes.
13    Q    -- to try to help him lose weight?
14    A    Yes.
15    Q    Is it fair to say it's been a difficult
16  endeavor for him to keep his weight down?
17    A    Yes.
18    Q    I have a note he's tried hypnotism,
19  chelation --
20    A    Chelation.
21    Q    -- chelation, and also went over to New
22  Britain for a diet program?
23    A    Yes.
24    Q    Is that right?
25    A    New Britain Hospital.
```

```
 1    Q    I have a note here that he talked with
 2  Dr. Zesk and complained about chest pain while
 3  walking briskly in 1990.  Do you remember that?
 4    A    I remember -- vaguely remember that and he
 5  said it stopped when he stopped walking.
 6    Q    In fact, he may have underwent a
 7  catheterization in 1990 to check the status of his
 8  blockage in his arteries?
 9    A    Could be.
10    Q    In 1991 there's note that he suffered
11  chest pain following tennis in hot, humid weather.
12  Do you recall that incident?
13    A    No.
14    Q    And I have a note here in 1992 that he
15  suffered chest pain following playing tennis.  Do
16  you remember that?
17    A    No, I don't.
18    Q    There is another incident in 1993 he saw
19  Dr. Zesk for chest pain while walking on two
20  occasions.  Do you recall that at all?
21    A    No.
22    Q    But you would agree with me -- would you
23  agree with me that prior to December of 2000, your
24  husband had periodic complaints of chest pain?
25    A    Yes.
```

**Patricia Scala**
**October 23, 2003**

68

```
 1  concerns of that?
 2      A    He went there, I think, twice in January.
 3      Q    What was his problem, if you recall?  Or
 4  what problems was he having?
 5      A    I know one time, one of the visits, he did
 6  have atrial fibrillation and they treated him with
 7  medication.  And it cleared up.  He hasn't had it
 8  since.  The other time --
 9      Q    This, again, would have been prior to this
10  trip, December 2000?
11      A    Prior to what trip?
12      Q    December of 2000 trip.
13      A    No, this is after.
14      Q    Okay.  The one I'm talking about is the
15  trip to the ER at MidState in January of 2000.
16      A    Oh.  I was taking about January 2001.  I
17  don't remember that.
18      Q    Okay.  Are you familiar with a Holter
19  monitor?
20      A    Yes.
21      Q    And is that a device your husband --
22  Dr. Zesk sometimes wanted your husband to wear to
23  monitor the activity of his heart?
24      A    Right.
25      Q    He would wear it at home and around for a
```