*Scala, Neil*

4/17/86 - Second copy of Blood test result sent to pt
(BP)

MAY 0 9 1986   WGT. 262 clothes B/P    URINE    51

Mr. Scala presents for follow-up. He continues to be bothered by dyshidrosis of his
hands. He has been free of angina. He is having some evidence of intermittent
impotency which appears to be related to vascular insufficiency according to work ups
by Dr. Lee. His blood studies in the past have shown a mildly elevated LDH and SGOT
and this will be pursued today. His BP was 140/90. Lungs were clear. Cardiac exam
was unremarkable. He will stay on the aspirin 80 mg. qd. Follow-up LFTs will be
done today. Follow-up here will be in 4 month's time.

JSZ:msn

5-5-86 Tel. c̄ pt.
per Dizzak advised ↑ LFT's - ? Alcohol Consumption -
Pt. States does not drink

SEP 3 0 1986   WGT. 265 (clothed)   B/P 122/75   URINE   51

Mr. Scala has developed substernal chest discomfort and dyspnea when climbing inclines
over the past year indicating the onset of clinical angina. His previous stress test has
been negative, but because of this, a follow-up standard stress test will be scheduled.
He is desperate about dropping his weight and we will have a consult obtained regarding
installation of stomach balloon in-as-much-as all other methods which have been tried
have failed. His B/P today was 122/75. Lungs were clear. Cardiac exam was otherwise
unremarkable. Electrocardiogram has not changed substantially from the previous year
except for some slight decrease in the R wave voltage in the lateral and precordial leads
which could be related to placement. He will have a standard stress test done within the
week. Abnormal LFTs in the past will be repeated today and he will be provided with a GI
consultation regarding balloon installation. Routine follow-up will be in 4 month's time.
In the interim, he will stay on Aspirin 80 mg. daily.

JSZ:lah

# EXHIBIT 9

Scala, Neil

7/14/88 — Anterior surface of ℝ lower extremity
is tender, erythematous and edematous.
Pt reports 2 traumatic blows to the
area which has in the past
been affected c cellulitis.

Temp 98⁸ - CBC drawn
— Cont. Dr. I.S. Keflex 500 mgm q i d #24
Call if no improvement in 2 days

WGT clothed    B/P 128/78    URINE
255    (clothes ↓)

JUN 1 2 1989

Mr. Scala has been asymptomatic since I last saw him. His lungs are clear.
Cardiac exam is normal. BP 128/78. There is no peripheral edema. Genitalia
reveals a normal male with no evidence of hernia. Rectal exam reveals a normal
prostate. There are no rectal masses. Stool is scant and inadequate for heme
testing and one will be supplied him.

A follow-up chest x-ray is normal except for some dorsal arthritis. His EKG is
unchanged from 1988 although the rate is slightly faster.

Follow-up cholesterol will be checked today as well. He will continue on aspirin
80 mg. q.d. Recheck here will be in 6-12 month's time.

JSZ:kmm
T; 6/13/89

STOOL FOR OCCULT BLOOD
Received 6/17/89 Results neg

JUL 1 2 1989    WGT    B/P 38/9    URINE    pt. cancelled
HR = 80

November 27, 1989
Mr. Scala is seen today on an emergent basis because of the development of exercise
induced chest pain over the last several weeks. He states that when he was on
vacation he was feeling well the first part of it but the second part of it he began
to develop exertional chest discomfort characterized by substernal sharp pain
radiating straight through to the back. It was provoked by activities such as brisk
walking and was alleviated by rest. If he had eaten before, sometimes the situation
was exacerbated, but eating on its own right did not typically provoke this unless
there was associated physical activity.

His lungs today are clear. Cardiac examiantion is normal. Rate is 80. Blood pressure
is 138/92. There is no peripneral edema.

Mr. Scala requires a Thallium exercise stress test as soon as possible. He also
needs a gallbladder sonogram with lesser likelihood that this is related to GI
disease. He needs a fasting lipid profile. He is scheduled to go away on 12/9. We
will evaluate this prior to his departure. For now, he will continue on aspirin 80
mg. a day and will add Tenormin 50 mg. a day back to his regimen. He will cut back
on his physical activity and will utilize sublingual nitroglycerin as needed.

continued:

Scala, Neil
November 27, 1989
Progress note continued:


Follow-up will be based on the results of his follow-up studies.


JSZ/dlb
T: 11/28/89    Dr. Werner - Cardiology - New Britain called

# EXHIBIT 10

# SAINT FRANCIS
Hospital and Medical Center
Section of Cardiology

114 Woodland Street
Hartford, Connecticut
06105-1299

203-548-4000

## CARDIAC CATHETERIZATION REPORT

1/5/90

**CATH #14907**

Neil Scala
367 Brownstone Ridge
Meriden, CT  06450
(203) 634-1760
d.o.b. 02/23/1935

Attending Physician:  George D. Mitchell, M.D.
Assistant Physician:  Rogelio V. Tangco, M.D.
Referring Physician:  John Zesk, M.D.

**Procedure:** Left Ventriculography, Coronary Angiography, Angiography of Bypass Grafts

**Clinical Data:** Mr. Scala is a 55-year-old white male with known coronary artery disease who had undergone bypass surgery in 1983 with saphenous vein grafts to the right coronary artery, obtuse marginal branch, diagonal branch, and the left anterior descending artery. He had since been doing well off medications apart from aspirin od, however, he developed substernal chest pressure after 15 minutes of brisk walking about five weeks ago. He consulted his physician and an exercise stress test was done during which he exercised for ten minutes on a Bruce protocol achieving 81% of his predicted maximal heart rate and a double product of 23,000 with normal blood pressure response and no EKG changes. He however developed chest pain  and  nausea during the procedure and thallium showed a fixed defect in the infero-apical area. The patient was placed on diltiazem therapy 90% mg t.i.d. and aspirin therapy. Presently he complains of no chest pressure. His risk factors include history of multiple silent infarctions in his father who had sudden death at age 76. His cholesterol is said to be borderline. The patient is very health conscious and does not smoke and drink. There is no history of hypertension or diabetes. His previous hospitalization was for a hernia operation which had to be done three times. He had no known allergies to drugs or to contrast medium.

**Physical Examination:** The patient is robust, fairly developed and well nourished and in no acute distress. He was comfortable supine in bed and showed no jugular venous distention and his carotids pulsation were brisk with no evidence of bruit. Breath sounds were vesicular and there were no rales or wheezes appreciated. There was a mid-sternal scar. There was no apical lift or thrill and the rhythm was regular. Heart sounds were normal and no gallop or murmurs were appreciated. The abdomen was soft and there was no evidence of organo-megaly. Pulses were full and symmetrical. There was pedal edema.

**Procedure:** The patient was brought to the cath. lab. in the post-absorptive state.

Page 2
Cardiac Catheterization Report
Re: Neil Scala

He had received as pre-medication 5 mg of diazepam and 25 mg of diphenhydramine. In the cath. lab. and additional 2.5 mg IV was given. The right groin was prepped and draped in the usual sterile fashion. 2% Carbocaine was infiltrated in the skin overlying right femoral artery. A Cook needle was used for one wall puncture of the right femoral artery. A 7 French Cordis sheath was positioned into the right femoral artery. A Shiley JR4 catheter was advanced into the ascending aorta with guide wire assistance and under fluoroscopic visualization. 3,000 units of heparin was given intravenously. Arteriography of the right coronary artery, bypass graft to the LAD, and bypass graft to the obtuse marginal were performed using the above JR4 catheter. A 7 French Cordis right coronary bypass graft seeker was then used to visualized the graft to the right coronary artery. Subsequently, a 7 French Cordis left coronary bypass graft seeker was used to visualized the bypass graft to the diagonal branch. Subsequently, a Cordis JL5 catheter was used to visualized the left coronary artery. Subsequently, a 7 French Cordis pigtail catheter was used in performing ventriculography in the 30° RAO view and using 36 cc of non-ionic contrast medium. Wall catheter changes were done over a guide wire. The catheters were pulled out of the circulation and arterial sheath was likewise pulled out of the circulation. Manual pressure was held over the groin for 20 minutes. An Arnold King dressing was applied. The patient was transferred to the floor in stable condition.

**Hemodynamics:** The aortic pressure was 120/90 with a mean of 100 mmHg. The left ventricular systolic pressure was 120 and the end-diastolic pressure was 8. There was no gradient on pull back from the LV to the AO.

**Ventriculography:** The left ventricle was visualized in the 30° RAO view. Overall left ventricular systolic function is well preserved. No wall motion abnormalities are seen.

**Arteriography:** A pigtail catheter was advanced into the ascending aorta after exchange over a guide wire. The aortic valve was crossed with the pigtail catheter and left ventriculography performed in the 30° RAO view using 36 cc of non-ionic medium. All catheter changes were done over a guide wire. After ventriculography the pigtail catheter was pulled out of the circulation and later on the arterial sheath was likewise pulled out of the circulation. Manual pressure was held over the right groin for 20 minutes. An Arnold King dressing was applied over the puncture site. The patient was then transferred to the floor in stable condition.

**Left Main Coronary:** The left main coronary is normal in length and caliber. There are no luminal abnormalities seen. However, on fluoroscopy there is calcification involving the left main and proximal LAD and circumflex arteries.

**Left Anterior Descending Artery:** The LAD is virtually totally occluded after the takeoff of a very large septal perforator branch. It also has a tight stenosis even before septal perforator branches is given. A small diagonal branch is visualized. There are no collaterals emanating from the left coronary system into the distal LAD, likewise no competative flow is seen.

**Left Circumflex Artery:** Only the AV groove portion of the circumflex is visualized. No obtuse marginal branches are seen

Page 3
Cardiac Catheterization Report
Re:  Neil Scala

There is an extensive collateral network coming from a left atrial circumflex branch which provides collaterals to an atrial branch coming from the distal right coronary artery.  The collateral network results in opacification of the distal right coronary artery including the posterior descending artery and posterior left ventricular branches.

**Right Coronary Artery:**  The right coronary artery is totally occluded very proximally shortly after the takeoff of the conus branch.  A small right ventricular branch is identified.  There is no extensive collateral formation from the proximal right to the distal right.  The distal right coronary artery is visualized from collaterals from the left coronary system.

**Bypass Grafts:**  The saphenous bypass graft to the LAD is well opacified.  There is a 50% concentric luminal narrowing near the distal anastomotic site of this bypass graft.  The proximal anastomotic site is intact and opacification of the vessel is good.  The saphenous bypass graft to the obtuse marginal branch is likewise intact. The proximal anastomosis has a coarse and irregular border which extends into the proximal portion of the graft.  The graft however, is otherwise patent and the distal anastomotic site is intact.  Opacification of the vessel is likewise good.  The graft to the diagonal branch is likewise intact.  The proximal and distal anastomotic sites are intact.  There is mild ectasia of the graft at its mid-segment.  There is good opacification of the native vessel. The bypass graft to the right coronary artery is totally occluded at its takeoff from the aorta.

**Conclusions:**

1.  Triple vessel coronary artery disease with total occlusion of the left anterior descending artery, obtuse marginal branches, and right coronary artery.

2.  There is an occluded bypass graft to the right coronary artery; the rest of the bypass grafts are patent with minimal disease in the graft to the LAD and to the obtuse marginal branch.

3.  There is an extensive collateral network from the left atrial circumflex branch resulting in opacification of the distal right coronary artery; bypass grafts to LAD and diagonal branch also provide collateral flow to the obtuse marginal branches.

4.  Overall left ventricular systolic function is well preserved.

**Recommendations:**  Continued medical management is recommended for Mr. Scala.  He will be maintained on his diltiazem and aspirin therapy.   Beta blocker therapy may likewise be suggested in the hope of promoting more collateral flow, as well as increasing the anginal threshold.  The above recommendations will be relayed to the patient as well as to the referring cardiologist.

Page 4
Cardiac Catheterization Report
Re:  Neil Scala


_____          _____
Rogelio V. Tangco, M.D.                   George D. Mitchell, M.D.


cc:  George D. Mitchell, M.D.
     John Zesk, M.D.
     Medical Records

*Scala Neil*

JAN 1 6 1990      274 Clothed B/P 100/68 URINE HR 74

Mr. Scala's angiogram has not yet returned from St. Francis Hospital, but it did show an occluded vessel and it showed some grumous deposits in his bypasses. As a result, he is now on Cardizem 90 mg. q.i.d. as well as 80 mg. of aspirin a day. He has not been able to tolerate beta blockers.

I talked about the importance of cutting back on his risk factors and in his case it means more activity, less weight and a tight cholesterol diet to get his HDL greater than 55 and his LDL less than 130. He is going to lose weight through the Meriden-Wallingford Hospital Weight Reduction Program. In the interim, he will follow the low cholesterol guidelines. In approximately 3 week's time, I will have him obtain a fasting lipid profile to determine if Lopid or Mevacor therapy is called for.

His exam today was unremarkable with clear lungs. Cardiac exam was normal. Heart rate was 74. BP 100/68.

JSZ:kmm
T: 1/18/90

FEB 6 1990  WGT 27 Clothed B/P 120/90  URINE  HR = 84

Mr. Scala has been free of angina since I last saw him. He is quite happy with the Cardizem. After another trip to the islands, he will be entering the Meriden-Wallingford Hospital weight loss program. Already he has dropped 3 lbs.

His lungs are clear. Cardiac exam is normal. The heart rate today is 84, but he states it is because he has been doing a lot of racing around.

I again reviewed his cath with him which was done by Dr. Mitchell on 1/6/90. It revealed:  (1) 30% narrowing of the vein graft to his LAD with good LAD runoff. (2) Vein graft to the diagonal with significant intimal arteriosclerosis. Runoff of the diagonal is normal.  (3) Vein graft to the circumflex marginal with diffuse arteriosclerosis with normal circumflex runoff.  (4) Vein graft to the right coronary artery, 100% occluded with reconstitution of the PDA and distal right coronary artery via enormous collateral that arose from an atrial branch of his native circumflex which connected to an atrial branch of the right coronary artery filling back into the AV groove portion of the right coronary artery and filling the remainder of the distal artery quite well.  (5) Normal left ventricular function with no wall motion abnormalities and a normal LVEDP.

Based on these findings, Mr. Scala is to be treated medically. We will attempt to do this by lowering his cholesterol and elevating his HDL  re-evaluation here will be in 1 month's time. As he is still complaining of pain in the left temple, although I cannot feel any swelling of the artery, we will be checking a sed. rate on him to see if there is any suggestive evidence that this may represent a temporal arteritis.

JSZ:kmm
T: 2/8/90

# EXHIBIT 11

Scala, Neil

MAR 1 9 1990        WGT 224        B/P 122/75    URINE
                         Clothed

Mr. Scala has been feeling well but he will still get a rare anginal episode if
he walks too briskly after a large meal.   He is about to enter the Meriden
Wallingford Hospital weight reduction program and this is fortunate, because
there is significant medical need.   His recent cholesterol reveals a total
cholesterol of 213 which is not bad, however, put in perspective with low HDL
of 33 it puts his ratio at only 6.5 which is well above the upper limits of
average risk of 4.5.

His lungs today are clear.  His cardiac exam was unremarkable.  BP is 172/75.
Unfortunate his weight, following a trip to the islands is up another 3 lbs.

I pointed out to Mr. Scala that weight reduction is medically mandated in order
to improve on his cholesterol ratios and take the strain off of his heart.   If
the weight loss program alone is insufficient to correct the ratios, we will
have to add a medication such as Lopid 300-600mg. twice a day to achieve an
improved ratio.   Follow up here is to be in 2 months with follow up
fractionation will be obtained.

JSZ/cb
T: 3/21/90
cc: Meriden-Wallingford Reduction Program

May 7, 1990        WGT 244        B/P        urine    Temp. 99³
                       Clothed

Mr. Scala presents today for evaluation of fever, chills, nausea, vomiting, and
some epigastric pain which he suffered on Saturday, May 5th, and again earlier
this morning.   Mr. Scala does have a history of cholelithiasis with stones up to
8 mm. in diameter have been described.

His examination today reveals clear lungs.     Normal cardiac examination. Blood
pressure is good. No peripheral edema.  Abdomen: Revealing active bowel sounds.
No significant hepatosplenomegaly. He did however have severe pain in the
epigastric region, slightly localized to the right, radiating through to the back
which suggests the possibility of acute cholecystitis. Because of this, a
follow-up CBC, LFT's, amylase, lipase will be obtained.    He will be place
prophylactically on Tagamet 400 mg. b.i.d. Hida scan will be obtained to check
the possibility of cholecystitis.

Follow-up will be based upon the results of these studies.


JSZ/dlb
T: 5/9/90

ADEENDUM: His temperature today was 99.3 degrees and no peritoneal signs.

JSZ/dlb
T: 5/9/90

# EXHIBIT 12

SCALA, NEIL
MAY 23, 1991    (Con't)


MEDICATIONS;  Ecotrin 1 q.d.
              Cardizem-SR 90 mg. q.d.

Follow-up here will be in 4 month's time.

JSZ:kmm
T: 5/24/91

7/22/91  WGT   Clotted
               231

The patient was seen on a semi-urgent basis.  During the past week, he has had
2 episodes of subxiphoid pain which occurred after he was playing tennis in hot
humid weather.  He is not sure of the duration of the pain.  There was no associated
nausea, vomiting, or diaphoresis.  He has not been compliant regarding his
medications.

He is currently on Ecotrin 1 daily, Cardizem 90 mg. twice a day.

Blood pressure is 120/80.  Heart, lungs and abdomen are negative.

We will check EKG.  We will arrange for him to have Thallium stress test.  His
previous coronary angiogram showed severe triple disease of his native circulation.
He had an occluded by-pass graft at right coronary artery.  The remaining grafts
appeared to be functioning normally.  There was extensive collateralization
to the distal right coronary artery.  He had normal LV systolic function.

We will arrange to get a Thallium stress test to document his exercise induced
chest pain.  A decision regarding further intervention will depend upon his exercise
capacity and scintigraphic findings.

IS/vv
T:7/23/91


SEP 12 1991    WGT        B/P      URINE  pt. cancelled


APR 01 1992  WGT 255  B/P 115/75  URINE  ege 57    102
Mr. Scala is seen today for a complete physical exam in anticipation of re-entry
into the HMR program at the hospital.  He has not had any angina despite the fact
that his stress test was positive at a high workload of about 15 METS.  He has
been taking only one Cardizem-SR a day and I pointed out to him the importance of
taking two.  Since it is difficult for him to take a b.i.d. dosing, I am switching
over to Cardizem-CD 180 mg. once a day.

Today his lungs were clear.  Cardiac exam was unremarkable.  BP was 115/75.  His
heart rate was 102.  This should improve with the sustained release Cardizem.
Copies of the physical exam are enclosed in the chart today.

Follow-up here should be in approximately 6 month's time.

JSZ:kmm
T: 4/3/92

# EXHIBIT 13