Scala, Neil

10-14-92 wt 250   BP 134/95   urine   IM Cortisone (R shoulder)

Neil has been feeling well. However, when he plays a "violent game of tennis" which he does frequently, he will on occasion develop an anginal episode which will clear after he rests.

PHYSICAL EXAM: His lungs today are clear. His cardiac exam is normal. His weight is up, now at 250 lbs. and his blood pressure is also up at 134/95. He has been having some pain in his right shoulder and he did have a cortisone injection provided. I have warned him against excessive doses of intra-articular steroids. As he finds it very difficult to limit his physical activity, I feel a follow-up Cardiolite stress test is indicated to determine again the threshold of his known infra-apical ischemia.

For now, he is to continue on Ecotrin 1 q.d., Cardizem-CD 180 mg. a day, and, based upon the results of the stress test, we may make additional changes in his medical regimen, such as the addition of beta blockade.

Lipid profile and chem 24 will also be obtained. His regular follow-up here will be in 4 month's time.

JSZ/vv
T:10/21/92


APRIL 7, 1993

The patient comes in on a semi-urgent basis because of chest pain. He has a clear-cut history of exertional angina. The frequency of the anginal episodes apparently is increasing as of late. The angina generally occurs at fairly high work loads although more recently it is occurring at lower work loads. He had an episode of severe pain lasting about 5 minutes while walking today. He is having great difficulty with weight. He attributes the fact that he is receiving intra-articular cortisone that he is unable to lose weight.

The patient's previous stress test revealed that he was able to work to a level of 13 METS without chest pain. The study was terminated because of dyspnea. He had no ischemic ST changes. The Cardiolite portion of the report was that of patchy uptake in the inferoapical walls both at rest and with exercise.

The patient had a coronary angiogram in January of 1990. He had total occlusion of a graft to his right coronary artery. There was good collateral flow to the area. It was felt that the scintigraphic abnormalities were related to this finding. It was felt that he should be treated medically for the present time.

continued

04/21/93 Veterans Memorial Medical Center Cardiodiagnostic Department East Campus
Out Patient

**STRESS TEST**

*COPY FOR DR. SHIFFMAN, I 17*

PT Name: NEIL SCALA
PA No: 2244654 MR No: 1002434
Address: 367 BROWNSTONE RDG
MERIDEN CT 06450

Medications:

Age: 58 Type of Test: STRESS CARD NUC

Primary MD: SHIFFMAN, I
Referred By:

Diagnosis/Indication: CP

---

Maximum Predicted Heart Rates:

100 % Target: 162 85 % Target: 138 75 % Target: 122

---

INTERPRETATION:

Mr. Scala's resting 12 lead scaler ECG reveals left axis deviation and low R waves in the inferior leads, suggesting possible remote inferior wall infarction. He had a resting BP of 140/90 with a heart rate of 53 in the seated position and a pressure of 140/70 with a HR of 73 in the upright position. He has been maintained on Tenormin, 25 mg. daily which was not taken the morning of the study. He is also on Cardizem 180 mg. a day and Ecotrin 1 a day which was taken the morning of the study. At age 58 his average maximum predicted HR is 162.

He was exercised in a standard Bruce protocol for a total of 10 minutes and completed 1 minute of a 12 MET stage of Bruce activity. Exercise was stopped at that time because of developing fatigue and because of a systolic fall in blood pressure. He attained a peak HR of 127 during the last minute of exercise which represents 78% of the predicted maximum. Peak pressure rate product was 16,510 predicting a low degree of myocardial oxygen consumption. During the exercise phase the diastolic pressure averaged 85. Peak systolic pressure of 166 occurred during the 7th minute of exercise and then beyond that point there was a progressive fall in systolic levels. Mr. Scala was not symptomatic from the fall in BP but at the 8th minute of exercise did describe a dull substernal aching discomfort which did not progress significantly as exercise proceeded. No malignant dysrrhythmia was identified during exercise. No diagnostic changes of ischemia were seen during the exercise phase although some minimal J point depression was seen in leads II, F and V3-V6. In the recovery phase however some ST segment downsloping was seen in leads II, III, F and V3-V6 with biphasic Ts, but at no time were diagnostic changes of ischemia present. Cardiolite was injected 30 seconds prior to termination at peak exercise and Mr. Scala walked for an additional 1 1/2 minutes at a low work load beyond that point. Scintographic views subsequently obtained will be reported in the radiologist's note.

(CONTINUED ON PAGE 2)

Date of Test: 04/21/93

Read By: John Zesk, M.D.

Veterans Memorial Medical Center Cardiodiagnostic Department East Campus

**STRESS TEST**

*ORIGINAL*

PT Name: NEIL SCALA Date of Test: 04/21/93

INTERPRETATION CONTINUED:

IMPRESSION:

1. Abnormal Cardiolite exercise stress test reveals a slight reduction in external capacity to 12 METs with clinical limitations of fatigue and a fall in systolic pressure with associated dull substernal chest discomfort. This systolic BP fall is significantly abnormal and began to develop midway through the 10 MET workload.
2. There was a limited chronotropic response to activity, evidence of a low degree of myocardial oxygen consumption and while there were no diagnostic electrocardiographic changes of ischemia the clinical chest discomfort and systolic BP fall is ominous and should be evaluated in the light of the scintographic findings reported in the radiologist's note.

4/21/93
JZ/vh

# EXHIBIT 14



80 SEYMOUR STREET
HARTFORD, CT 06115-2700
203/524-3011

Scala, Neil AGE: 58 DATE: 5/3/93 REF. MD: Zesk

HOSP. NO: 40630782
MED. REC. #: 2716600

PROCEDURE: Left Heart Catheterization
Coronary Angiography
Left Ventriculography

CLINICAL HX: Mr. Scala is a 58 year old man who has a long history of coronary disease and is status post bypass surgery in 1983. Over the past 3-4 months he has had worsening angina. He was recently admitted to the hospital with an episode of angina. In January he starting having chest discomfort while playing tennis. Over the past two months the chest discomfort is only on exertion. There is no resting pain. He had a recent positive treadmill test which did reproduce his angina but his cardiolyte scan apparently did not show any evidence of ischemia. His bypass surgery was done at St. Francis in 1983 and repeat angiography was done in 1990 which showed occlusion of his graft to his right coronary artery. His graft to his LAD, diagonal and marginal had some disease but were basically patent. There is no history of any hypertension or diabetes. He did smoke cigarettes in the past.

PHYSICAL EXAM: Objective blood pressure was 120/80mmHg, pulse 70 and regular. His chest was clear. Cardiac exam was normal.

PROCEDURE: After premedication with 5mg of Valium an 8F 8-100 multi-purpose catheter was introduced into the right femoral artery by the Seldinger technique and passed up to the ascending aorta where appropriate pressures were recorded. The catheter was then readvanced into the left ventricle and ventriculograms were performed in the RAO projection with 40cc's of Isovue-370. The catherer was then withdrawn to the ascending aorta where right and left coronary angiography was performed in several different projections. The catheter was then removed and the appropriate pressures applied over the right femoral region for hemostasis. There were no complications.

RESULTS:

1. PRESSURES:

AORTA: 120/80mmHg
LV SYSTOLIC: 120mmHg
LVEDP Pre-Angio: 8mmHg Post-Angio: 12mmHg
Pullback from the aorta revealed no resting gradient.

2. LEFT VENTRICULOGRAPHY: Left ventriculography in the RAO projection revealed no abnormalities with an ejection fraction of about 55%.

3. SELECTIVE CORONARY ANGIOGRAPHY: Selective catheterization of the left coronary system revealed total occlusion of his mid LAD. There was total occlusion of his first marginal branch. The right coronary artery was totally occluded proximally. Selective catheterization of his right coronary graft revealed that to be occluded. The graft to the marginal had some proximal diffuse disease but was insignificant. The graft to his LAD had a mid 50% stenosis. The graft to the diagonal was normal.

CONCLUSIONS:
(1) Normal left ventricular function
(2) Coronary atherosclerotic heart disease
  (a) His native system revealed total occlusion of his mid LAD and total occlusion of his first marginal as well as total occlusion of the proximal right coronary artery.
  (b) Graft to the right coronary artery is occluded.
  (c) His LAD graft had a 50% lesion.
  (d) Proximal CX graft had some diffuse disease but was otherwise normal.
  (e) Graft to his diagonal was normal.

RECOMMENDATIONS: The cath findings are basically unchanged from those in 1990 and the patient will be continued on medical therapy.

Stephen Rossner, MD
ljb

Dictated: 5/3/93
Transcribed: 5/6/93

Saint Francis Hospital and Medical Center

CARDIOLOGY SECTION

CARDIAC CATHETERIZATION

Scala, Neil                                                              #42-59-63

REPORT ON: Left Heart Catheterization, Selective Coronary Arteriography
and Left Ventricular Cineangiography  (April 6, 1983)

PROCEDURE:

Valium and Benadryl were used for premedication. The right groin was
prepped and draped in the usual fashion. An introducer sheath was
inserted into the right femoral artery (Seldinger technique). A pigtail
catheter was introduced into the vessel over a guide wire and pressures in
the ascending aorta and left ventricle were recorded. 4,000 units of
heparin were administered intravenously. A cineangiogram of the left
ventricle was performed with injection of 39 cc's of Renografin 76 dye over
3 seconds in the RAO projection.   #7 French 5 cm. preformed right and
left coronary catheters were utilized to obtain selective arteriograms of
the coronary arteries in several projections. The catheter and introducer
sheath were withdrawn at the end of the procedure and pressure applied to
the right groin for 20 minutes for hemostasis. Normal pulses in the right
lower extremity were noted prior to the patient's return to his room. There
were no complications.

RESULTS AND COMMENTS:

1. Arterial blood gases (ambient air): PH 7.413, PO2 73, PCO2 41.3, O2
sat 93.7% and bicarb. 26.

2. Pressures: Central aortic pressure 120/88 with a mean of 105. LVEDP
10-12. There was no peak to peak systolic pressure gradient across the
aortic valve.

3. LV cineangiogram: The left ventricular cavity was not dilated. There
was excellent overall contractility of the left ventricle with an ejection
fraction of 65-70%. There was no mitral regurgitation.

4. Coronary arteriography: The right coronary artery was a medium sized
anatomically dominant vessel. Diffuse disease was noted to involve the
entire distribution of the RCA commencing shortly after its origin and
estimated at 90-99% proximally and 70-80% in the mid and distal thirds of the
vessel. The distal RCA was also noted to fill in a retrograde fashion
through collaterals from the circumflex coronary artery.

The left main coronary artery was normal.

The left anterior descending was severely diseased with an area of stenosis
estimated at 90-95% distal to the first septal branch. The distal runoff of

the LAD was otherwise unremarkable. The first diagonal branch exhibits an area of stenosis shortly after its origin estimated at 80% with a good distal runoff.

The circumflex demonstrates an area of moderate stenosis estimated at 60% at the junction of its middle and distal thirds. The first marginal branch exhibits an area of stenosis at its origin estimated at 80%. This branch then bifurcates into two secondary branches, the first of which is totally occluded and fills late. No further disease in the circumflex marginal system was noted.

CONCLUSION:

1. Severe three vessel coronary artery disease.

2. Well preserved left ventricular function.

Aortocoronary bypass surgery was recommended and the patient was seen in consultation by Dr. Vincent Jaeger and will be scheduled for bypass surgery electively. Grafts to the mid LAD, diagonal, first marginal, and, possibly, distal RCA seem technically feasible.

Arfan J. Al-Hani, MD
Arfan J. Al-Hani, M.D.

D: 5-11-83
T: 5-11-83
drt

cc Dr. Wilkes
Dr. Shiffman
Dr. Jaeger
Section of Cardiology

# EXHIBIT 15

Scala, Neil

JAN 1 8 1995 **WGT** 268 **B/P** 108/78 **URINE**

↑6 lbs.

Mr. Scala has gained 6 lbs. since last visit. His weight is up to 268. His angina is under control. He tried stopping Cardizem on one occasion, but his angina returned. I told him not to gamble with activities such as this or he will end up with a heart attack one day.

His lungs are clear. Cardiac exam reveals a regular rhythm. There is no murmur, rub or gallop. BP 108/76.

He is very pleased with the Hytrin he is utilizing which has improved his prostatism and also improved his libido as well now that he stopped Proscar. We talked about modes for weight reduction and we will try him on the Miami Heart Institute Diet.

MEDICATIONS: Cardizem-CD 180 mg. q.d.
Hytrin 2 mg. q.d.
Ecotrin 325 mg. q.d.
Vitamin C 2000 mg. q.d.
Vitamin E q.d. 500 iu

Follow-up here will be in 1 month.

JSZ:kmm
T: 1/24/95

2/3/95 - Waldbaums - Dr. Z. Nitrostat 1/150 #25 prn RF HR

MAR 0 8 1995 **WGT** **B/P** 124/82 **URINE** 128/82

↓6 lbs. 262

Mr. Scala reports no angina at all since his last visit. He has been playing tennis daily, and walks ~6 miles/day without any chest pain. He tried the Miami Heart Diet for 2 weeks after his last visit and claims he did not lose any weight despite strict adherence. He is pleased with the control of his prostatic hypertrophy with Hytrin, and reports being satisfied with his libido.

His lungs are clear to auscultation and percussion. Heart sounds are regular, and without murmurs, rubs or gallops. No carotid bruit, no JVD, pulses 2+. Abdomen is soft, non-tender with no masses, no hepatosplenomegaly.

He will have assayed LDL and LFTs checked today and will be scheduled for a stress test in May. He will try a new diet, and he was encouraged to continue his efforts to lose weight. His medications [illegible] YMSTW

# EXHIBIT 16

SCALA, NEIL
MARCH 8, 1995

Neil has been doing well. He denies any angina or unusual difficulty since I last saw him. He is still playing aggressive tennis without difficulty. We reviewed all his medications with him and the rationale for their using including his anti-oxidants.

For now, he will continue on the same as before, work on his weight reduction. A Cardiolite stress test will be done in May.

Follow-up here otherwise will be in 4 months.

JSZ:kmm
T: 3/17/95

3-16-95 Tel. c̄ wife ↑ cough - ? temp For chest x-ray. 2 pm today Radiology [signature]

3-17-95 Tel. c̄ wife / Dr Bosk - Dr Bost Chest x-ray reveals ? pneumonia. Dr Bosk - on Tussi-organidin Temp 99-100. + cough - 60 B tsp T or II q 4° prn - ~~Emycin 333~~ Biaxin 500mg Bid x 8 days Waldbaum's [signature] Leopold Baum's [signature]

[illegible] Wa'd - Dr. Bosk - Tessalon Perles [illegible] Rx #30 [illegible] call on Biaxin x 5 days. per Dr. Bosk. [signature]

April 5, 1995 Wgt - 264 clothed BP 110/80 84 angina c̄ fast walking hemorrhoids

Mr. Scala has been getting over his pneumonia gradually. He has had persistent cough and what concerns him now is the fact he has been developing angina with brisk walking.

His skin is warm and dry. His lungs are clear. I hear no significant rales or rhonchi. He as completed his course of Biaxin. His cardiac exam reveals a regular rhythm. The rate is 84. There is no murmur, rub or gallop. BP 110/80.

For cardioprotection, I am placing Mr. Scala on Toprol-XL 100 mg. once a day. He will continue the same medications as before including Tessalon Pearls for his cough.

A resting 12-lead scaler ECG will be obtained and a follow-up Cardiolite stress test will also likely be needed. I will have him take his medications except Toprol-XL on the day of the test. A follow-up chest x-ray will be obtained.

I did resting oximetry on him today to see whether or not he was becoming hypoxic with his recent pneumonia, but a saturation of 975 was identified.

ADDENDUM: His 12-lead scaler ECG reveals evidence of remote inferior wall infarction and nonspecific ST-T wave changes, but no significant change from a previous record of 4/7/93.

JSZ:kmm T: 4/11/95



# INTERNAL MEDICINE ASSOCIATES, P.C.

116 Cook Ave.
Meriden, CT 06450
238-1908
FAX 203 630-2808

444 Washington Ave.
North Haven, CT 06473
239-4304

The Waverly
286 Maple Ave.
Cheshire, CT 06410
272-6499

## CARDIAC PROCEDURE REPORT

NAME: SCALA, NEIL DATE: 4/12/95 - JSZ

### CARDIOLITE STRESS TEST REPORT

Mr. Scala's resting 12-lead scaler ECG reveals left axis deviation and evidence of a possible remote apical infarction. He has been maintained on Hytrin 2 mg. q.d. Cardizem 180 mg. q.d.; and Ecotrin 325 mg. q.d. At age 60, his average maximal predicted heart rate is 160.

He had a resting BP of 134/84 with a heart rate of 91 in the seated position. He was exercised on a standard Bruce protocol for a total of 9 minutes and completed the 10 MET workload. Exercise was stopped at that time because he developed some dull central substernal chest discomfort and also experienced some nausea and weakness at peak exercise. He attained a peak heart rate of 127 during the last minute of exercise which represents 79% of the predicted maximum. Peak pressure rate product was 18,923 predicting a low degree of myocardial oxygen consumption. During the exercise phase, the diastolic pressure averaged 75. Peak systolic pressure of 160 occurred during the 6th minute of exercise and dropped progressively during the last stage until it stabilized at 146 during the last two minutes. With the onset of Stage III, approximately 1 mm. of ST segment depression was seen in lead 2. At peak exercise, approximately 1.5 mm. of ST segment depression was identified in 2 with 1 mm. of ST depression in 3, AVF and V4-V6. Cardiolite was injected 30 seconds prior to termination of peak exercise and he was walked for an additional 1-1/2 minutes at a low workload beyond that point. Scintigraphic findings subsequently obtained are reported in the radiologist's note. In the recovery phase, some biphàsic ST segment alterations were identified in these inferolateral leads.

IMPRESSION: Abnormal Cardiolite exercise stress test reveals an external work capacity of 10 METS with clinical limitations of fatigue and a dull substernal chest discomfort associated with nausea. This clinical finding was associated with changes of inferolateral ischemia. There was a limited chronotropic response to activity and evidence of a low degree of myocardial consumption. Scintigraphic findings are reported in the radiologist's note.

John S. Zesk, M.D., F.A.C.C.

JSZ:kmm
T: 4/13/95

# EXHIBIT 17

Scala, Neil

APR 12 1995 **WGT B/P URINE**

See Cardiolite stress test dated 4/12/95.

JSZ:kmm
T: 4/13/95

5-8-95 Dr Guttenberg called - will have Mr Scala see Dr R. Giosa

MAY 15 1995 **WGT** 264 **B/P** 130/88 **URINE**

Mr. Scala presented for follow-up stating he has been walking briskly up the Meriden Square parking lot at its steepest level and then jogging back down. He is still getting some vague chest tightness with some of his jogging particularly if he does not pace himself correctly.

I reviewed his stress test results with him. While he was able to achieve a work capacity of 10 METS, he did develop fatigue, dull chest discomfort and some associated nausea. I found this as an ominous sign, however the scans were interpreted as showing no evidence of ischemia. Unfortunately, this does not give me great solace as I worry about the possibility of balanced disease. Because of this constellation of findings, I am recommending to Mr. Scala that follow-up coronary arteriography be obtained and, at a minimum, I will be having him see Dr. Rossner to discuss this possibility and, if he is in agreement, we will proceed.

Today his skin was warm and dry. His lungs were clear. Cardiac exam revealed a regular rhythm. There was no murmur, rub or gallop. BP 130/88.

He apparently has been having a low caloric intake, but still cannot drop any weight. He talked a little bit about lipo-suction, but I told him this was an inappropriate therapy in his case.

He will stay on the same medications as before.

Follow-up here will be based upon the results of an anticipated angiogram to be done.

JSZ:kmm
T: 5/16/95