# EXHIBIT 18

HARTFORD CARDIAC LABORATORY, P.C.
85 SEYMOUR STREET
SUITE 821
HARTFORD, CT 06106

TELEPHONE: (203) 545-2975   FAX NUMBER: (203) 545-3557

M.J. RINALDI, M.D.                                    R.G. MCKAY, M.D.
C.A. PRIMIANO, M.D.                                   L.D. GILLAM, M.D.
F.J. KIERNAN, M.D.                                    J.A. HIRST, M.D.
                      D.B. FRAM, M.D.

Scala, Neil   AGE: 60   DATE: 6-5-95   REF MD: Zesk/Rossner

HOSPITAL NO: 46308243
MEDICAL RECORD NO: 2716600

PROCEDURE:   Left Heart Catheterization
             Cine Selective Right and Left Coronary Angiography
             Saphenous Vein Bypass Graft Angiography
             Cine Left Ventriculography

INDICATIONS FOR PROCEDURE: The patient is a 60 year old white male who underwent coronary artery bypass grafting at St. Francis Hospital in 1983. Bypass grafting was done for worsening angina pectoris and severe three vessel atherosclerotic coronary disease with a normal ventricle. At the time of surgery four separate saphenous vein grafts were placed. The first saphenous vein graft was placed to the distal right coronary artery. The second saphenous vein graft was placed to the LAD. The third saphenous vein graft was placed to the large first diagonal artery of the LAD system and the fourth saphenous vein graft was placed to the large first obtuse marginal artery of the circumflex system. He underwent repeat diagnostic coronary angiography at St. Francis Hospital on 1-5-90 for worsening angina and a thallium exercise which showed a fixed infero-apical defect. During exercised he achieved 81% of his maximum predicted heart rate without ischemic changes. Coronary angiography revealed occlusion of the native circulation with total occlusion of the right coronary artery saphenous vein graft. The three other grafts contained only mild atherosclerotic irregularities. The distal right coronary artery was collateralized via the main circumflex. Left ventricular function was normal. He did well on medical therapy until again, due to symptoms of worsening angina, he underwent coronary angiography at Hartford Hospital on 5-3-93. That procedure was done by Dr. Rossner. The significant findings and significant changes of this catheterization were that the saphenous vein graft to the obtuse marginal artery now proximally was quite irregular and moderately diseased. There was a tubular 50% smooth narrowing in the distal left anterior descending artery graft. Left ventricular function was still normal. Because the patient's angina was not that severe and the fact that the deterioration of the saphenous vein grafts on the whole was not impressive enough to

Scala, Neil  6-5-95                                              Page 2

warrant repeat coronary artery bypass grafting he again was treated medically. However over the last year the patient has had still worsening symptoms of angina and has reduced his exercise capacity. The patient is quite vigorous and wishes to remain so and is bothered by the fact that he has to reduce his activity. By history however, his angina still is only class 2. This again should be taken in the context of the fact he patient has reduced his activity level as a whole. He has not had any rest angina. A recent sestamibi exercise test was performed in Meriden. An official copy of that report is not available at this time however the patient did experience angina during the test but there were no ischemic ST T wave changes and there was not significant perfusion defects on the sestamibi images. By clinical history however the patient has had worsening angina. Because of his clinical angina repeat coronary angiography has been recommended by Dr. Zesk and Dr. Rossner. There is no history of hypertension or diabetes mellitus. There is a history of hyperlipidemia. He is overweight with a weight of 260 pounds and a height of 5'11". There is no significant history of premature atherosclerotic coronary disease.

ECG: Sinus rhythm rate 67. Incomplete right bundle branch block. Left anterior fascicular block.

CATHETERIZATION TECHNIQUE: The patient was premedicated with 10mg Valium and 50mg Benadryl. Using sterile technique a 6F Cordis introducer was placed percutaneously in the right femoral artery. 3,000 units of Heparin was given through the arterial sheath. Using the standard Judkins catheters cine selective right and left coronary angiography, as well as saphenous vein graft angiography, as performed. A 6F angled pigtail catheter was used for ventriculography in the RAO and LAO projections. Prior to ventriculography a left ventricular pressure tracing was recorded. After ventriculography a left ventricular pullback pressure tracing across the aortic valve was performed. The patient tolerated the procedure well with the right femoral arterial sheath being removed in the catheterization laboratory. Good hemostasis was achieved after 30 minutes of direct pressure. He was returned to his room in good condition with an excellent right dorsalis pedis pulse.

CATHETERIZATION DATA:

1.  PRESSURES:

    LV: 140/15mmHg
    AO: 140/90mmHg, MEAN 118mmHg

2.  CORONARY ANGIOGRAPHY:

    LMT:     The left main trunk is calcified with a 50% mid stenosis.

Scala, Neil   6-5-95                                            Page 3

LAD:     The LAD has a severe 95% stenosis in its proximal segment prior to the bifurcation of the very large first septal perforator. After the septal perforator the LAD is occluded. The mid and distal LAD fills via its saphenous vein graft.

LCX:     All major obtuse marginal arteries bifurcating off of the main circumflex are occluded. In the mid main circumflex there is a loss of density 50-60% narrowing present. The distal circumflex supplies well developed collaterals to the distal right coronary artery. The main circumflex is the major collateral source of the distal occluded right coronary artery.

RCA:     Dominant. Proximally occluded. There is collateral filling of the acute right ventricular marginal branch. The distal right coronary artery fills via the main circumflex through AV collaterals.

SVG TO RCA:     Occluded.

SVG TO MID LAD:     This vein graft is widely patent in its proximal and mid segments however just before the vein graft attaches to the mid left anterior descending artery there is a smooth tubular 60% narrowing of the graft. This appears approximately the same degree of narrowing as was noted at the time of the angiograms in 1993. Distal run off into the mid and distal LAD is unobstructed. This segment of the LAD is widely patent. The distal LAD through the apex supplies collaterals to a large more posterior obtuse marginal artery. This appears to be the only collateral source of this occluded OM vessel.

SVG TO OM:     This vein graft is quite degenerative with multiple severe stenoses throughout the entire proximal one-half of the graft. The graft is very irregular and friable in appearance. There is marked degeneration of the graft with abnormal flow patterns of dye throughout the entire segment of the graft. The distal anastomosis of the graft to the large OM is widely patent with excellent run off into a large non-obstructed obtuse marginal vessel. There is very little disease in this native obtuse marginal artery.

SVG TO LARGE DIAGONAL:     This vein graft is ectatic however widely patent throughout its course. Its anastomosis to one of the subdivisions of the diagonal artery is widely patent. There is free run off into the multiple subdivisions of this diagonal artery. There is only 1 mild 30% narrowing in the mid segment of this graft. The distal branches of the diagonal does supply collaterals to what appears to be a third obtuse marginal artery of the circumflex system. This obtuse marginal vessel appears quite diseased however and only a small vessel.

Scala, Neil   6-5-95                                              Page 4

3. LEFT VENTRICULOGRAPHY: The left ventricular end systolic and diastolic volume is normal. There is mild hypokinesis of the mid septum. The overall estimated ejection fraction is normal at 60%. No mitral regurgitation is noted.

DIAGNOSIS:   Severe three vessel atherosclerotic coronary artery disease
             Occluded right coronary artery saphenous vein graft placed in 1983
             Severe degenerative changes in circumflex obtuse marginal graft placed in 1983 with continued patency of this graft
             Continued patency of left anterior descending artery graft with moderate distal stenosis in the graft
             Overall normal left ventricular ejection fraction
             Elevated central aortic mean blood pressure indicative of systemic hypertension

CONCLUSIONS: There have been several changes in the coronary and vein graft anatomy of Mr. Scala seen at the time of the present catheterization when compared to the catheterization of 1993. In particular, there has been further severe degenerative changes and friable appearance of the proximal and mid thirds of the circumflex obtuse marginal saphenous vein graft. The overall degeneration of the graft and friable appearance indicates that it would be a less than ideal candidate for any catheter based revascularization techniques. The incidents of distal embolization even with the placement of multiple inter-graft stents would be significantly increased. There has also been progression of disease of the left main trunk and the mid main circumflex artery which jeopardizes flow to the occluded distal right coronary artery. The right coronary artery receives its entire blood supply via AV groove collaterals from the distal main circumflex. The graft to the left anterior descending artery still maintains a moderate stenosis just prior to its anastomosis to the mid LAD. This is not a severe stenosis although it is bothersome.

Because of these changes since 1993, it is surprising that the patient's recent sestamibi exercise test did not show any perfusion deficits. It is also surprising that the exercise electrocardiogram did not indicate any ischemia. The patient's clinical history is that of worsening angina over the past 12 months although it is still in the class 2 category. He has not had any rest symptoms. Unfortunately the most optimal way to revascularize Mr. Scala is repeat coronary artery bypass grafting. Because of his more moderate symptoms it would be advantageous to try and attempt to palliate his symptoms and palliate his anatomy for a time using catheter based revascularization techniques to manage "culprit" lesions which were felt to be most responsible for his angina. In the case of Mr. Scala that may not be an ideal

Scala, Neil  6-5-95                                                Page 5

option as the lesion which in all probability is most likely responsible for a large portion of his angina is the saphenous vein graft to the obtuse marginal vessel. Because of its deteriorated condition it would not be a good candidate for any catheter based techniques without the high risk of distal embolization and myocardial infarction during the procedure. Therefore, it might be reasonable to offer Mr. Scala repeat coronary artery bypass grafting which may be somewhat early based upon his present symptoms although it is not early based upon the above described anatomy. He is not a diabetic therefore both the left internal mammary artery and the right internal mammary artery might be used for revascularization. The left internal mammary artery could be placed to the mid LAD. A free right internal mammary artery could be placed to the large obtuse marginal artery that is now served by the degenerative vein graft. These are the two major vessels that Mr. Scala has. These two vessels supply a lot of the secondary arteries via collaterals. It would be reasonable to assume that this collateral system would remain intact and therefore the major portion of Mr. Scala's myocardium would be served with just 2 arterial grafts. At the time of surgery saphenous vein grafts could be placed to the posterior descending artery of the distal RCA as well as a second large obtuse marginal artery of the circumflex system that is now visualized when the saphenous vein graft to the LAD is injected. This is a significant artery that should be independently bypassed. It is a judgement call as to whether to repeat bypass grafting of the diagonal artery. The third obtuse marginal vessel that can be seen via collaterals on the diagnostic films is too small from an angiographic stand point to accept a bypass graft. If successful, a second bypass grafting procedure with the use of two arterial conduits might be expected to preserve the quality of life Mr. Scala expects for the next 10 years which would be a reasonable time period to maintain a high activity level.

These issues were discussed with Mr. Scala and Dr. Zesk as well as Dr. Rossner. Dr. Zesk will further discuss these issues with Mr. Scala with a decision concerning whether or not repeat coronary artery bypass grafting in the near future. During that time Mr. Scala was instructed to maintain his current medical therapy and to maintain 1 aspirin 325mg a day indefinitely.

Jeffrey A. Hirst, MD
dip
dictated 6-9-95
transcribed 6-12-95

# EXHIBIT 19

Scala, Neil

MAY 24 1995

I spoke with Neil and Dr. Zesk today and decided it would be best to have Dr. Hirst see him for recath with an idea toward angioplasty of the LAD graft if needed.

This will be arranged.

SDR:kmm
T: 5/25/95

June 14, 1995 — Mr. Scala presents today for a 1st discussion of his cardiac findings. BP age 60. His recath showed that he has a degenerative circumflex bypass. His diagonal is okay, but his LAD is 60-70% stenosed and his right bypass is totally occluded. He clearly needs a LIMA and RIMA procedure and maybe a GUPA. He is to see Dr. Takata tomorrow to discuss surgical options. He brought in a book today about cheilation therapy. We discussed numerous issues at length including all the risk factors and I have recommended to him that the best way to go now is a surgical redo with addressing these other issues following surgery.

Clinically, he has had no chest pain at rest, but with mild grade walking he has new symptoms and, clearly, surgery needs to be done as soon as possible.

He will be seeing Dr. Takata tomorrow and, hopefully, will be admitted for surgery at that time.

JSZ:kmm
T: 6/19/95

JUL 05 1995   WGT   B/P  URINE   pt. cancelled

JUL 14 1995   WGT 238  B/P 88/58  URINE  100 HR    Surg. 6/27
S/P CABG                                            Dig. 0.25 pd. → D/C
(R) arm radial n. palsy                             Axid 150mg. bid.
                                                    Tylox — pr — Tylenol
                                                    Ecotrin 325 — g.
                                                    Hytrin 2mg. → D/C

Mr. Scala had his bypass surgery done by Dr. Takata on 6/27/95. He had an entire arterial type reconstruction using mammary grafts and stomach artery grafts to his heart. Unfortunately, he did develop a significant right arm radial nerve palsy postoperatively, but he does have some extension of his fingers today and I suspect he will be making recovery. He said he had an episode of palpitations yesterday with his heart pounding vigorously.

Today his rhythm is regular, but the rate is fast at 100. His lungs are clear. There are no rales or rhonchi. Cardiac exam reveals a regular rhythm. I appreciate no murmur, rub or gallop. His sternal incision is looking well. He does look fatigued and his BP is 88/58.

-continued-

SCALA, NEIL
JULY 14, 1995       (Con't.)

I have asked Neil to stop his Hytrin as of now as this will contribute to his tachycardia. He is advised to increase his intake of salt today as he is obviously hypobulimic. I gave him a coke in the office today to help out and we will also be having him eat anchovies with his regular food today or some canned soups in order to improve on his salt content. After that, we will be cutting back to maintain his level at the previous range in the low 100's.

The cause of his recent deterioration is unclear. He may well have had an episode of paroxysmal atrial fibrillation yesterday, but today appears to be in sinus rhythm.

Follow-up here is to be within the week. A 12-lead scaler ECg and chest x-ray are to be obtained in the interim.

ADDENDUM: Mr. Scala's follow-up ECG was done today as the power returned to the building. He is in sinus rhythm. His rate now has dropped to 84 after one can of coke was consumed. The only ECG change from 4/5/95 is some T wave inversions in 1 and AVL, but the precordial leads look normal and no other significant changes are seen.

JSZ:kmm
T: 7/17/95

*July 19, 1995   WGT 239   B/P 106/80*
*2 Feosol*

Mr. Scala looks significantly improved. When he increased his salt intake for two days, his BP came up and his strength returned. He saw Dr. Takata the other day who felt he could now stop Digoxin.

I reviewed his blood work with him which shows his iron level is down and his saturation is down. He is to continue on 650 mg. of Feosol a day.

His skin is warm and dry. His lungs were clear. Cardiac exam revealed a regular rhythm. There was no murmur, rub or gallop. BP 106/80.

Neil is looking much improved. He will continue his current medical regime. We will continue to keep him off Hytrin.

Will recheck his progress here again in 3 weeks. There does not appear to be any significant change in his right radial nerve palsy.

JSZ:kmm
T: 7/20/95

# EXHIBIT 20

Scala, Neil

MAY 12 1997   WGT 275 lbs clothed   B/P 126/89   URINE
↓ 2½ lbs.

Neil has dropped 2.5 lbs on an Adkin's diet, however he is quite discouraged that he has not lost significantly more. His pressures at home have been in the normal range and today I obtain a level of 126/89. The main issue at hand is to get Neil's weight down. I am referring him to the New Britain diet clinic to see what can be done with regard to their ability to help Neil including possible use of drug therapy. For now he will continue on Hytrin 2 mg a day and Ecotrin 325 mg a day. Regular recheck will be in three month's time.

JSZ:sek
T: 5-15-97

6-3-97 Faxed Phy Form to Health Sol. Prog.

AUG 06 1997   WGT 255 clothed   B/P 110/75   URINE
↓ 20 lbs -

Neil developed atrial fibrillation sometime on or before July 30. He was seen at the Diet Center. He was started on Lanoxin .25 mg. a day and Coumadin 5 mg. a day.

Today his skin is warm and dry. His lungs are clear. Cardiac exam reveals an irregular rhythm. The rate is 90. There was no murmur, rub or gallop. Blood pressure was 110/70. Extremities revealed no peripheral edema. He has dropped 20 lbs. since I last saw him in May.

He wants to go now on the HMR diet to lose weight even faster. I reviewed with Neil and his wife all the details of atrial fibrillation which includes possible embolic phenomenon 5-7% a year if he is not on Coumadin. I also explained to him that we will likely cardiovert him back to normal but only after he has been on the Coumadin for about 6 weeks' time.

He will get a 12 lead scaler ECG checked today, chem-7 and PT. Follow-up here will be in one month's time.
JSZ/vv   T:8/15/97

10/1/97 Pt. here for echo - completed - states while playing golf today he had an episode of dizziness, nausea, & diaphoresis - BP now 130/90 LA 128/86 - Postural BPs same - supine 130/90, sitting 130/86, standing 130/92. Re Dr Zesk - set up for cardiolite. Dr. Z spoke c patient - CBC

Scaia, Neil

AUG 1 5 1997   WGT   B/P   URINE   Pt No Showed

8-27-97 Waldbaum's Dr Zosk: Lanoxin 0.25mg 7jd # 50 x 5x

EP 0 2 1997   WGT   B/P   URINE

156 lbs clothed   96 irreg.   138

Neil presented today saying he has had a couple of episodes of waking up in the early morning or middle of the night gasping for air. We reviewed the possibility this could be sleep apnea. He does not do a lot of nodding off during the day. He is not a snorer. The etiology of this episode of breathing distress which last perhaps 30 seconds is unclear. It does not appear to be related to a run of rapid atrial fibrillation. I explained to him, eventually, we may want to do a 24-hour Holter monitor to see if he is having bradycardic episodes that may correlate with periods of apnea or a sleep apnea study.

I reviewed his atrial fibrillation with him today. His INR currently is only 1.47 and I am asking him to stay on Coumadin at a more therapeutic level for at least the next week. He was taking 7.5 mg q.o.d. and I am asking him now to take 5 mg q.d.

His lungs were clear. Cardiac exam revealed an irregular rhythm. The rate was 96. There was no murmur, rub or gallop. BP 136/100. His pressure is up because he stopped his Hytrin. He has asked to go back on his 2 mg of Hytrin q.d. He will continue Ecotrin, Lanoxin and Coumadin. If his prothrombin time is therapeutic approximately a week from now, we will arrange for him to be cardioverted within that week on an outpatient basis with a 6 hours admission to the hospital.

A chem-7 and magnesium are being checked today.

JSZ:kmm
T: 09/11/97

WGT   B/P   URINE
OCT 0 9 1997

See   CARDIOLITE STRESS TEST

IS/vv
T:10/10/97

10-10-97 weight clothed 122/90   92
258 clothed

Neil has been feeling reasonably well although he has developed some dermatitis of undetermined etiology. There is a maculopapular erythematous rash under just the left axilla and there is also some scrotal lesions as well. He will be seeing a dermatologist about this. I can't say that this is a drug reaction since it is not symmetrical.
-continued-

SCALA, NEIL

SCALA, NEIL                                          October 10, 1997
(continued)

PHYSICAL EXAMINATION: He is has had no chest pain, no shortness of breath. His skin is warm and dry. His lungs are clear. There are no rales or rhonchi. The cardiac exam reveals a regular rhythm. There is no murmur, rub or gallop. Heart rate is 92. The rhythm is irregular. Blood pressure is 122/90. Extremities reveal no peripheral edema.

Neil stopped Ecotrin out of confusion with someone telling him he should not be on it while he is on Coumadin. I explained to him that aspirin works in a different way. I did talk to him about some of the dangers of being on aspirin and GI irritation and possible bleeds which would be severe in the face of Coumadin. However in his particular scenario he advised to utilize 81 mg of aspirin a day and continue the Coumadin and Ecotrin as well. His last INR was in an acceptable range. The plan will be to arrange for cardioversion on Tuesday, October 21. He will be brought into the hospital early that day and baseline electrolytes will be checked at that time. In the interim I did review his stress test with him which at 10 METs revealed no evidence of underlying ischemia and I reviewed his ECHO with him which shown concentric LVH with normal left ventricle systolic function. I did explain to him that we must control his blood pressure even more tightly than before. The levels do seem to be coming down at this point and we will make further adjustments after the cardioversion is complete after the following week.

J-S/df
T:10/15/97

Scala, Neil

OCT 31 1997    WGT    B/P    URINE pt No Show

NOV 07 1997    WGT    B/P    URINE    HR.    Coumadin
268½ lbs clothed                                Hytrin 2mg. AM
↑10½ Dec.    114/76    Aruba    Lanoxin 0.25mg. qd.
                                                Atenolol

Mr. Scala continues to feel well. He has no irregularity of his heart rhythm.

PHYSICAL EXAMINATION: His lungs today are clear. His cardiac exam reveals a regular rhythm, the rate is 52. There is no murmur, rub or gallop. Blood pressure is 114/76 in the right arm in the seated position. Neil plans to go to Aruba on November 22 fortuitously one day before that he will be able to come off of his Coumadin as he remains in normal sinus rhythm. When he returns from Aruba I am asking him to continue on the Lanoxin for another month and then I will see him in follow-up here in 3 months time. He will continue on the following medications:

MEDICATIONS:    Lanoxin .25 mg q.d. (to be discontinued in about 50 days)
                Hytrin 2 mg q.d.
                aspirin 81 q.d. — Ecotrin 325
                Atenolol 50 mg q.a.m. ——→ D/C
                Coumadin 5 mg alternating with 7.5 mg (to be discontinued in —→ D/C
                approximately 2-3 weeks)

JSZ:df
T:11/12/97

11-14-97  D/C Coumadin per Dr. Zosk. states he is having more nose bleeds again.

JAN 28 1998    WGT clothed  B/P    URINE    age 62
               79½ lbs.    130/96 sitting  132/86 RA

CC: Patient a is attempting to lose weight, is also here for F/U atrial fibrillation episode approx. on or before 7/30/97.

S: Mr. Scala appears well. He denies any symptoms of atrial fibrillation since cardioversion 10/21/98. Coumadin was discontinued 11/14/97 due to increased nose bleeds. Patient discontinued Atenolol to alleviate impotency, currently being treated by Dr. Allen.
    Mr. Scala continues to be discouraged with his weight problem despite regular exercise, modest portions at mealtime. His problem seems related to "binging" episodes which he finds uncontrollable.

O: Cardiac exam shows normal sinus rhythm. Lungs clear, skin warm and dry.

A/P: Patient will discontinue Lanoxin. Possible future Holter monitor to exclude further asymptomatic atrial fibrillation. Patient will begin 1,000 calorie restr



# INTERNAL MEDICINE ASSOCIATES, P.C. ✓

| 116 Cook Ave. | 444 Washington Ave. | The Waverly |
|---|---|---|
| Meriden, CT 06450 | North Haven, CT 06473 | 286 Maple Ave. |
| 238-1908 | 239-4304 | Cheshire, CT 06410 |
| FAX 203 630-2808 | | 272-6499 |

## ECHOCARDIOGRAM/2-D/COLOR FLOW DOPPLER REPORT

NAME: Scala, Neil          DATE: 10/1/97

PHONE #: 634-1760          D.O.B.: 2/23/35 (62)

BSA: 2.35m² A.Fib — was on Redux x 2wks     REF. DR.: Dr. Zesk

Dis Coumadin Hytrin          TAPE #: 621

| DIMENSIONS | | | NORMAL/MM | EJECTION FRACTION |
|---|---|---|---|---|
| Left ventricle | End Systole | 36 | 20-35 | 60% Teichholtz |
| | End Diastole | 54 | 36-56 | NORMAL |
| Right Ventricle | | 24 | 7-28 | > 50-70% |
| Left Atrium | | 49 | 20-40 | IMPAIRED |
| Aortic Root | | 43 | 29-37 | 40-50% Mild |
| Posterior Left Ventricle Wall | | 14 | 7-11 | 30-40% Moderate |
| Interventricular Septum | | 16 | 7-11 | 10-30% Severe |

The patient was noted to be in atrial fibrillation throughout the entire study. The study was technically limited because of poor echocardiographic windows. Right and left ventricular chamber dimensions are normal. The aortic root and left atrial dimension are slightly dilated. Left ventricular wall thicknesses are increased measuring 14 mm. at the posterior left ventricular wall and 16 mm. at the interventricular septum. Two dimensional views reveal mild concentric left ventricular wall hypertrophy. There were no focal wall motion abnormalities and ejection fraction was calculated at 60% by the Teicholtz formula. The aortic, mitral and tricuspid valves appeared normal. No intracardiac thrombus, tumor or pericardial effusion was seen. Left atrium is mildly dilated. 2-D color flow Doppler interrogation of the cardiac valves revealed the presence of trace tricuspid valvular regurgitation. Flow velocities across the tricuspid valve during systole peaked at 2.5 m/second which provides a calculated pulmonary systolic pressure of 31 torr. Pulmonary acceleration time was recorded at 150 milliseconds indicating normal pulmonary pressures.

IMPRESSION: Abnormal 2-D color flow Doppler examination reveals:
1. Mild concentric left ventricular wall hypertrophy with well preserved systolic function.
2. Trace physiologic tricuspid valvular regurgitation with pulmonary systolic pressure calculated at 31 torr and pulmonary acceleration time indicating normal pulmonary pressures.

John S. Zesk, M.D., F.A.C.C.

JSZ/vv
T:10/3/97