

## INTERNAL MEDICINE ASSOCIATES, P.C.

116 Cook Ave
Meriden, CT 06450
238-1908
FAX 203 630-2808

### CARDIAC PROCEDURE REPORT

NAME: SCALA, NEIL         DATE: 10/9/97 - JSZ

### CARDIOLITE STRESS TEST REPORT

Mr. Scala has had a recent bout of diaphoresis not associated with chest pain. He has recently been found to be in atrial fibrillation. He has a previous history of ischemic coronary artery disease with coronary artery bypass graftings x2. He is currently on Coumadin, Lanoxin and Hytrin.

Resting ECG showed atrial fibrillation with a ventricular rate in the 70's. There was no other abnormality. Resting blood pressure was 116/80.

The patient was placed on a standard Bruce protocol. He completed 9 minutes of exercise which is equivalent to 10 METS. There was moderate fatigue at the termination of the study. There was no chest pain. Peak heart rate was 176, which is 111% peak predicted heart rate for age. There were no ischemic ST changes noted during the exercise or recovery period. The Cardiolite was injected at 8 minutes.

CONCLUSION: Resting ECG which shows atrial fibrillation. Achievement of a level of 10 METS and 111% of peak predicted heart rate for age without chest pain or ischemic ST change. The Cardiolite portion of the report will follow.

Irving Shiffman, M. D.

IS/vv
T:10/10/97

**VETERANS MEMORIAL MEDICAL CENTER**
**REPORT OF OPERATION**

SCALA, Neil

1002334

3 5 1 1 9 6 0 1

DATE: 10/21/97

SURGEON: Dr. Zesk          ASSISTANT:

PRE-OPERATIVE DIAGNOSIS:

POST-OPERATIVE DIAGNOSIS:

OPERATION:

ANESTHESIA:

---

FINDINGS | PROCEDURE:

Mr. Scala is a 62 year-old married Caucasian male status post coronary artery bypass surgery who is admitted for elective cardioversion from atrial fibrillation. He has been on Coumadin anticoagulation these past six weeks. His potassium level this morning is documented at 4.4 mEq per liter with an INR of 1.82.

He received Versed and propofol anesthesia and received series of 200 and 360 joules of counter shock to the chest and the sternal apical approach but without successful reversion to sinus rhythm. A third attempt was made utilizing 360 joules with an anterior posterior approach and this successfully reverted into sinus rhythm. He awoke moments later from the procedure without any neurological sequelae, had no recollection that the procedure was done and was stable in all respects. 12 lead scale electrocardiogram currently reveals normal sinus rhythm.

lk
D:10/21/97
T:10/22/97

John Zesk, M.D., FACC

OPERATION

# EXHIBIT 21

*Scata, Neil C.*

MAR 10 1999

When Neil was in St. Martin he picked up the flu, and he also developed recurrent atrial fibrillation. He presents with an EKG today taken in St. Martin on February 12, showing recurrent atrial fibrillation. He notes that he fatigues more easily and can only run across the tennis court about four times before he starts to slow down. Also, stair climbing is starting to take a toll. His weight is up 7½ pounds. We talked about dietary measures to be able to get this under control again, and he asked about the Atkin's Diet, which probably would work for him if he loses weight, and his lipids would probably actually improve.

PHYSICAL EXAMINATION: His lungs today are clear. Cardiac exam revealed an irregular rhythm. The rate was 84. The blood pressure was 122/88.

Neil will be started back on his Coumadin 5 mg a day, as well as digoxin .25 mg a day. Recheck here will be in one month's time. If he does not spontaneously revert to sinus rhythm on his own, we will consider cardioverting him again, as had been done once before.

JSZ:sekgf
T:  03/11/99

3-16-99  Nursing visit
For Prot. time
P.T. 14.5 sec
INR 1.45        Continue 5 Coumadin 5 mg.

PR 7 1999

Neil has dropped 12½ pounds since we last saw him. He reports having some anginal type pain with playing tennis. As a result of this, he will be set up for a stress echo. His electrolytes will be checked as he is taking a liquid preparation, which has potassium supplementation in it and a magnesium level will be obtained as well, as well as fasting lipids, as he is on the Atkin's diet.

PHYSICAL EXAMINATION: His blood pressure today is 114/80 in the right arm in the seated position.

Recheck here will be in one month's time.

JSZ:sekgf
T:  04/08/99



# INTERNAL MEDICINE ASSOCIATES, P.C.
97 Barnes Road, Wallingford, CT 06492 • **CARDIOLOGY**   (203) 284-3137

## CARDIAC PROCEDURE REPORT

NAME: SCALA, NEIL                               DATE: 4/28/99 - JSZ

### STRESS/ECHO TEST REPORT

Mr. Scala's resting 12 lead scalar EKG reveals atrial fibrillation with a right bundle branch block pattern and left anterior hemiblock. He had a resting blood pressure of 126/72 with a heart rate of 93 in the seated position. He has been maintained on Ecotrin 325 mg qd, Lipitor 10 mg qd, Coumadin, digoxin .25 mg qd, Hytrin 2 mg qd all of which were taken on the day of the study. At age 64, his average maximum predicted heart rate is 156. He was exercised on a standard Bruce protocol for a total of 8 minutes and completed 2 minutes of a 10 MET workload. Exercise was stopped at that time because of generalized fatigue and because he had surpassed 100% of his predicted maximal rate. He obtained a peak heart rate of 172 during the last minute of exercise which represents 110% of the predicted maximum. Peak pressure rate product is 31,992 predicting a high degree of myocardial oxygen consumption. During the exercise phase, diastolic pressure averaged 76. Peak systolic pressure of 186 occurred during the last minute of exercise. During exercise, no chest pain syndrome was seen. No unusual dyspnea was noted. There were no electrocardiographic changes of ischemia seen during the exercise or in the recovery phase.

Left ventricular wall motion analysis was obtained utilizing 2-D echocardiography with orientations in the parasternal long and short axis and apical 2 and 4-chamber views. At rest, a region of hypokinesis was seen in the mid anteroseptal and anterior wall in the short axis view and in the mid septal and basal septal wall in the apical 4-chamber view with hypokinesis in the lateral basal wall in the 4-chamber view. The inferior wall was also hypokinetic in the apical 2-chamber view. The anterolateral wall is mildly hypokinetic. Following a 10 MET workload, corresponding views were again obtained. A region of hypokinesis in the anteroseptal wall in the short axis view improved and the inferior wall changes in the apical 2-chamber view largely cleared as did the basal septal and mid septal wall in the apical 4-chamber view.

IMPRESSION: Standard exercise stress test reveals:
1. External work capacity of 10 METS with clinical limitations of developing fatigue.
2. There was normal blood pressure and heart rate response to exercise with evidence of a high degree of myocardial oxygen consumption.
3. Atrial fibrillation was seen throughout and there was no diagnostic clinical, electrocardiographic or wall motion abnormalities to suggest the presence of underlying myocardial ischemia.

John S. Zesk, M.D., F.A.C.C.

JSZ/sac
T: 04/29/1999

# EXHIBIT 22

Scala, Neil

WEIGHT __262__

JUN 21 1999

CLOTHED __✓__ YES ___ NO   ✓ 4½lbs.   84   118/75   75

Neil presents for follow-up of his atrial fibrillation, hyperlipidemia and ischemic heart disease. He has had no chest pain or shortness of breath. He continues to play tennis and is as vigorous as ever.

PHYSICAL EXAMINATION: Today his lungs were clear. There were no rales or rhonchi. The cardiac exam revealed an irregular rhythm, the rate was 84. There were no murmurs, rubs or gallops. The blood pressure was 118/75 in the right arm in the seated position.

Neil will now stay on the same medications as before. Next Tuesday we will give him a cardioversion in the early morning. Prior to that on Friday a Chem-7 and fasting lipids will be obtained. Also he will need a protime as well. PSA will also be obtained because of symptoms of BPH and regular follow-up here will be in four month's time.

MEDICATIONS:   Hytrin 2 mg q.d.
Ecotrin 325 mg q.d.
Coumadin 7.5 mg Monday, Wednesday and Friday with 5 mg on other days. →DK
Lipitor 20 mg q.d.
Vitamin E 400 I.U. q.d.
Vitamin C 500 mg q.d.
Multivitamin with folic acid q.d.   Lasix, 25y.

JSZ:sek
T: 6/22/99

7-13-99 Waldbaums 2371925 Dr Zesk Lipitor 20mg ĩqd #90 3Rf ———— LC

Scala, Neil C.

AUG 0 2 1999

WEIGHT 253

CLOTHED ✓ YES ___ NO

80

115/80

Neil is here for follow-up of his paroxysmal atrial fibrillation. His Holter monitor done on July 20 did not show any bursts of PAF.

PHYSICAL EXAMINATION: Today his skin was warm and dry. His lungs were clear. There were no rales or rhonchi. The cardiac exam revealed a regular rhythm. The rate was 80. There was no murmur, rub, or gallop. The blood pressure was 115/80 in the right arm in the seated position.

Neil continues to hold sinus rhythm and, as a result, Coumadin will be discontinued. He will continue the Lanoxin for now. We spent time talking about his diet, as his LDL is 155 and needs to be lowered. He will get off of his Atkins' diet, go on a low fat diet, and I will be starting him on Xenical 120 mg three times a day with meals. Recheck here will be in two month's time. Medications will continue as those listed in the note of 6/21/99.

JSZ:sekgf
T: 08/03/99

8-20-99 Tel. cpt
URI x 4 days Today nasal secretions yellow
secretions - pt reg. Antibiotic - Denies
Allergy to meds - Dr Zosk Biaxin 500 mg
Bid x 7 days      CK/BZ
   Waldbaum's

OCT 0 1 1999 WEIGHT _____

CLOTHED ___ YES ___ NO    261   60   138/90

Neil did not do well on Xenical. He found that he substituted more carbohydrates for fat. He developed frequent stools and actually gained six pounds. Neil has only been successful on the high fat Adkins' diet and, while it is unconventional given his elevated LDL, my bias at this juncture will be to let him go back on the Adkins' diet, lose the weight, which will be beneficial and in the process place him back on Lipitor to keep his serum cholesterol levels in check.

PHYSICAL EXAMINATION: Today his lungs were clear. The cardiac exam revealed a regular rhythm. The rate was 60. There was no murmur, rub, or gallop. The blood pressure was 130/90 in the right arm in the seated position.

CONTINUED

SCALA, NEIL
OCTOBER 1, 1999   (Con't.)

Neil is now 261 pounds. He is taking no medications whatsoever. He stopped the Lanoxin and wishes to take the gamble that the atrial fibrillation may come back but is taking no medications. He will have fasting lipids obtained. He has been on the Adkins' diet now for the last three weeks and, if his LDL is elevated, which I suspect it will be, we will resume Lipitor at 20 mg a day. Follow-up here in any event will be in four month's time.

JSZ:sekgf
T:  10/04/99

11-12-99 Lab Slip to pt to have Fasting Lipid Profile drawn

11-24-99 Tel. c̄ pt / Dr Bosk
D/C Dr. Atkins diet. Start Lipitor 20mg qd.

12-27-99 Tel. c̄ pt
URI - X two wk pt. Rx. Antibiotic. Dr. Bosk Bi Pack - Waldbaum's - Lab Req to pt for Lipid Profile

1-17-2000 Tel. c̄ pt / Dr Z
D/C Lipitor   LDL 137 - Start Baycol 0.4 mg each pm - ✓ Lipids + LFTs 1 month - Sample + Lab Form to pt

1-26-2000 Nursing Visit
C/o Rash under both Axilla's ? from Lipitor or Baycol.
Exam - Erythema of B/L Axilla - denies new soap or lotions - pt has Rx c̄ Lotrisone Cream Rx by Dr Perricone c̄ good results - Dr Bosk examine may Rx c̄ Same - Waldbaum's Food mart Advised

# EXHIBIT 23

MIDSTATE MEDICAL CENTER
DISCHARGE SUMMARY
SCALA, NEIL 1

PATIENT: SCALA, NEIL
MR #: 1002434

---

ADMITTED: 6/29/99
DISCHARGED: 6/30/99
INFORMATION:
Patient was admitted to the Coronary Unit and was successfully cardioverted to sinus rhythm with 200 joules of synchronous DC charge. HE tolerated the procedure without complications. He was ambulated, remained in sinus rhythm and was subsequently discharged on his regular medications which include:
Hytrin 2 mg q.d.
Ecotrin 325 mg q.d.
Coumadin 7.5 mg Monday, Wednesday and Friday with 5 mg on complementary days.
Lipitor 20 mg q.d.
Vitamin E 400 international units q.d.
Vitamin C 500 mg q.d.
Multivitamins Folic Acid q.d.

DISCHARGE DIAGNOSIS:
1. Atrial fibrillation converted to normal sinus rhythm.


djg 3282                                    J. Zesk, MD
D&T: 6/29/99; 6/30/99

SUMMARY

| DISCHARGE SUMMARY - V - Page 1 | MidState Medical Center | Printed: 09/03/03  13:14 |
|---|---|---|
| Patient: SCALA, NEIL | MR#: 1002434V | Discharged: 06/29/99 | Service Dates: 06/29/99 - 06/29/99 |
| Copy For: ROI-V  MHLAVAC | REQ:1579064 - DET:6013326 - ITEM:7396349 - ELEM:4704302 - FLAGS:IN | |

MIDSTATE MEDICAL CENTER
HISTORY & PHYSICAL
SCALA, NEIL 1

PATIENT: SCALA, NEIL

MR #: 1002434

## CHIEF COMPLAINT:

ADMISSION DATE: 6/29/99   ATTENDING PHYSICIAN: Dr. Zesk

INFORMATION:
HISTORY OF PRESENT ILLNESS:
Patient is a 64-year-old married Caucasian male who was admitted to the step down area for elective cardioversion of atrial fibrillation. He has a long history of ischemic heart disease and bypass surgery and in March of 1999, developed recurrent atrial fibrillation while on vacation. He was digitalized, started on Coumadin at that time but continued to stay in atrial fibrillation. HE renewed his efforts as weight reduction and tuning of his health and has now elected to undergo elective cardioversion.

MEDICATIONS:
Hytrin 2 mg q.d.
Ecotrin 325 mg q.d.
Coumadin maintain an INR of 2.0.
Lipitor 20 mg q.d.
Vitamin E 400 international units q.d.
Vitamin C 500 mg q.d.
Multi-vitamins folic acid q.d.

PHYSICAL EXAMINATION:
This is a well-developed, pleasant gentleman in no distress.
SKIN: Warm and dry.
LUNGS: Clear. No rales or rhonchi.
HEART: Irregular rhythm, rate 70. No murmur, rub or gallop. Blood pressure 118/75.

LABORATORY DATA:
Pro. time 14.6 seconds, INR 1.53. Glucose 88, BUN 26, creatinine 1.0. Sodium 137, potassium 4.3, chloride 103, bicarbonate 23. Cholesterol 211, triglycerides 55, HDL 45, LDL 155, ASAT 44, ALAT 40.

IMPRESSION:
1. Atrial fibrillation on several months of anticoagulation with patient planning to be reverted to normal sinus rhythm.

djg 3282
D&T: 6/29/99; 6/30/99

J. Zesk, MD

HISTORY & PHYSICAL
PAGE 1

# EXHIBIT 24

**MIDSTATE MEDICAL CENTER**
**DISCHARGE SUMMARY**

**PATIENT:**
SCALA, NEIL

**ADMIT DATE:** 9/18/00

**MR NO:** 1002434

**DISCHARGE DATE:** 9/18/00

---

Patient was admitted on September 18, 2000, for elective cardioversion having been on Coumadin for greater than two months. The procedure was successfully accomplished with 360 joules of synchronized charge delivered in an anterior posterior modality. He currently maintains sinus rhythm. He will go home on his regular medications and follow up with Dr. Zesk in the IMA offices within two weeks time.

*[signature]*

John Zesk, MD, FACC

lk/7677
D:9/18/00
T:9/19/00

**PATIENT:** SCALA, NEIL
**MR NO.:** 1002434

**DISCHARGE SUMMARY**
**PAGE 1**

| DISCHARGE SUMMARY - V - Page 1 | MidState Medical Center | Printed: 09/03/03  13:14 |
|---|---|---|
| Patient: SCALA, NEIL | MR#: 1002434V | Discharged: 09/18/00 | Service Dates: 00/00/00 - 00/00/00 |
| Copy For: ROI-V MHLAVAC | REQ:1579064 - DFT:6013294 - ITEM:11040253 - ELEM:9267306 - FLAGS:IN |

**MIDSTATE MEDICAL CENTER**
**HISTORY & PHYSICAL**

**PATIENT:** SCALA, NEIL
**MR NO:** 1002434

**ATTENDING MD:** Dr. John Zesk
**ADMIT DATE:** 9/18/00

**CHIEF COMPLAINT:**

HISTORY OF PRESENT ILLNESS:
The patient is a 65-year-old Caucasian male with previous bypass surgery and recurrent atrial fibrillation who is admitted for elective cardioversion.

PHYSICAL EXAMINATION:
A well-developed, pleasant, moderately obese gentleman in no distress.
SKIN: Warm and dry.
LUNGS: Clear. There were no rales or rhonchi.
CARDIAC: An irregular rhythm. There was no murmur, rub or gallop.

LABORATORY DATA:
Laboratory values this morning prior to his cardioversion revealed a digoxin level of 0.7, sodium 137, potassium 4.4, chloride 103, $CO_2$ 27.

IMPRESSION:
The patient with ischemic heart disease and recurrent atrial fibrillation admitted for elective cardioversion.

*[signature]*

John Zesk, MD, FACC

lk/7677
D:9/18/00
T:9/19/00

PATIENT: SCALA, NEIL
MR NO.: 1002434
ADMIT DATE: 9/18/00

**HISTORY & PHYSICAL**
**PAGE 1**