SCALA, NEIL
AUGUST 9, 2000

Neil is brought in for a semi-emergent visit today because he awoke feeling poorly, dizzy, somewhat short of breath and bumping into walls. Despite this, he took a walk in Hubbard Park thinking that he had low blood pressure and he would be able to bring it up and feel better. However, he found that he did not. Of great concern is the fact that he is now developing angina at lower work loads, such as cutting his lawn. He continues to participate in an aggressive lifestyle including vigorous tennis, and he continues to be on avant-garde diets, which are not well compatible with his lipid abnormalities.

PHYSICAL EXAMINATION: Today, Neil looks somewhat fatigued. He was cool and clammy. His blood pressure was lower than usual at 100/70. His oxygen saturation was recorded at 92%. His lungs were clear. The cardiac exam revealed an irregular rhythm. There was no murmur, rub, or gallop.

His EKG shows that he has recurrent atrial fibrillation. Neil indeed noted that he did start taking his Coumadin again. At this juncture, I am recommending emergent coronary arteriography to determine if he is developing significant progressive disease requiring angioplasty or other intervention. Long term, he may have to go on an agent such as Sotalol or at least some other beta blocker to help control his atrial fibrillation, and he will have to go back on Coumadin anticoagulation as well. I have made arrangements today to send him to St. Francis Emergency Room where Dr. Sappington will subsequently arrange for coronary arteriography to be performed today.

His 12-lead scalar electrocardiogram showed recurrent atrial fibrillation and right bundle branch block pattern plus left anterior hemiblock.

JSZ:gf
T: 08/10/00

8/15/00 Nursing visit: pt flu from hospital stay discharged 8/12/00. IS: Wt: 275 Temp: 97⁶ Pulse 72, BP 110/74. LS: clear. Pt denies c/o. Pt seen by Dr Zeek, ① pt to get S/E on 8/30/00, ② p̄ S/E pt will be set up for cardiac rehab. ③ pt c/o re back/sciatic disc, pt to take Vioxx 25mg qd pm. Given #24 samples of Vioxx 25mg. *Pt's med list includes: (cont)

Scala, Neil
8/15/00 (cont)
    Coumadin 5mg qd
    Baycol 0.4mg qd
    Benechol tid
    Digoxin 0.25mg qd
    HCTZ 25mg qd
    Lopressor 50mg bid

Pt advised on wt loss & ⊘ strenuous activity by Dr Zesk. — Fran Joanopolos RN

5-16-2000 Waldbaum's Nitroglycerine 0.4mg SL #4 (25 tabs)
Bottles x 5RF Dr Zesk

AUG 25 2000    Weight Clothed Y or N    PT CXL ——————————

AUG 30 2000    WGT._____ HT._____ B.P._____    Stress Echo
See stress/echo dated 8/30/00.

JSZ:jeh
T: 08/31/2000
cc: Cardiac Rehab

SEP 06 2000 WGT. 285 (Clothed)  HT._____  B.P. 132/80   Sun AM Shakes + chills

Neil is here for follow-up of his ischemic heart disease and atrial
fibrillation. He is more fatigued on the Lopressor but nonetheless
tolerating it. He did have an episode of shaking chills on Sunday
morning. There was no sign of infection, and it has since cleared,
but I will follow through with a CBC on him today.

PHYSICAL EXAMINATION: Today, his skin was warm and dry. His lungs
were clear. There were no rales or rhonchi. The cardiac exam
revealed an irregular rhythm. The rate was 70. There was no murmur,
rub, or gallop. The blood pressure was 132/80 in the right arm in the
seated position. I inspected his groin site at the site of the cath.
There is no evidence of infection. He has no evidence of bronchitis
or a urinary tract infection. The source of his presumed sepsis is
unclear.

-continued-

SCALA, NEIL
SEPTEMBER 6, 200( (Con't)

Neil will be set up for electrical cardioversion on Monday, September 19 at 9:00 a.m.  He will take his metoprolol and Lanoxin the morning of the procedure but no other medications.  Again, I reviewed with him the fact that he has progressive native disease despite the fact that his bypasses are all open and his exercise stress test showed no evidence of ischemia at a 10 met workload.  His medications for now consist of the following:

MEDICATIONS:    Ecotrin 325 mg q.d.         *Avandia 4mg. gf.*
                Baycol .4 mg b.i.d.
                Vitamin E 400 IU q.d.
                Silver Centrum one q.d. → *D/C*
                Coumadin 5 mg q.d. → *D/C*
                HCTZ 25 mg q.d.
                Lanoxin .25 mg q.d.
                Metoprolol 50 mg b.i.d. → *75mg. po bid.*
                *Ginkola*

Cardiovascular follow-up will be in one month's time.

JSZ:gf
T: 09/07/00

9-7-00 - EKG strips faxed from cardiac rehab reviewed by Dr. Wilkes - pt. coming in to office for holter monitor — *fcc*

9-8-00 Holter monitor reviewed by Dr. Wilkes - pt. advised of some skips, no concern D/C cardiac rehab & no tennis — *fcc*

9-14-00 - Holter interpreted by Dr. Zask - pt's wife advised & cardiac rehab until p̄ cardioversion: monday 9/18 — *fcc*

Scala, Neil                                            DOB 2/

Clothed

OCT 0 6 2000        WGT. 274  HT. _____  B.P. _____ 60
                    112
                    ───
                     85

Neil is here for follow-up of his paroxysmal atrial fibrillation having been electrically cardioverted to sinus rhythm on September 18. He has had no chest pain, no shortness of breath. He has been playing tennis. He is feeling well. He would like to come off the beta blocker as it does tend to slow him down a bit. He looks well today.

PHYSICAL EXAMINATION: Neurologic examination is normal. Today, his skin was warm and dry. His lungs were clear. There were no rales or rhonchi. The cardiac exam revealed an occasional irregularity. The rate was 60. There was no murmur, rub, or gallop. The blood pressure was 112/85 in the right arm in the seated position. Weight is 274 pounds, which is down nine pounds since the last record of September 6.

A 12-lead scalar electrocardiogram was done today because of the occasional irregularities. They are demonstrated to be APC's. He continues to have a complete right bundle branch block pattern, left anterior hemiblock pattern, and basic underlying normal sinus rhythm. In two week's, Neil will have a Holter monitor and if he is showing no significant periods of paroxysmal atrial fibrillation, the Coumadin will be discontinued. Other medications will continue as before, and follow-up here will be in one month's time.

JSZ:gf
T: 10/09/00

10-10-00  Motrin 800 mg [illegible] prn c̄ food #60 1RF
[illegible]  Dr. Zed gave script on 10/6/00                 Dr. Zed/ed

10/6/2000 Nursing visit
 For 3rd Lymerix Vaccine 0.5cc SQ Lt Delt
Lot _____    exp. _____
pt also Rec written script for Motrin 800mg Bid #100
for knee pain - Baycol 0.4mg qd - #90 x 4 ref, HCTZ
.5mg [?] #90 x 4 ref, Lanoxin 0.25mg qd #90 x 4 ref
Metoprolol 50mg ? Bid #180 x 4 ref - Dr Besk
examine pt - Head and EKG done - NSR no
↑ PC's - per Dr Besk - advised no AFib - Continue c̄
same meds - but pt has Chronic dermatitis hands +

# EXHIBIT 25

*Dr. John Zeek*

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
114 WOODLAND STREET
HARTFORD, CONNECTICUT 06105-1299

## CARDIAC CATHETERIZATION AND DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| PATIENT NAME: | SCALA, NEIL | MEDICAL RECORD #: | 0425963 |
| DOB: | 02/23/1935 | CORP #: | 0425963 |
| PHYSICIAN: | Joseph B. Sappington, M.D.+ | PHYSICIAN ID: | 0848 |
| ASSISTANT: | | ADMITTED: | 08/09/2000 |
| | | DISCHARGED: | 08/12/2000 |
| PROCEDURE DATE: | | LOCATION: | DISCH10 |
| ADMITTING MD: | SAPPINGTON, JOSEPH B | | |

**DIAGNOSIS:**
1. ASCVD with acute non Q wave infarction.
2. Severe native vessel disease.
3. Patency of bypass grafts.
4. Paroxysmal atrial fibrillation.

**PROCEDURE:**

**DISCHARGE SUMMARY:**

HISTORY OF PRESENT ILLNESS: The patient is a 65-year old white male with an extensive cardiac history. He was seen today in his physician's office because of symptoms of weakness and irregular pulse and in addition the patient also complained of marked diaphoresis but no chest pain or dizziness at the time of admission. He had, however, experienced increase in his anginal symptoms in recent weeks.

PAST MEDICAL HISTORY: Positive for paroxysmal atrial fibrillation in the past for which he has undergone cardioversion.

He has a history of two previous coronary bypass surgeries, initially at St. Francis and subsequently at Hartford Hospital by Dr. Takata. At the time of his last surgery, he had an arterial revascularization with a LIMA placed to the LAD and diagonal branch. A free RIMA to the first and second marginal branches a gastroepiploic artery placed to the right coronary artery by Dr. Takata. There is a long-standing history of elevated cholesterol and increased weight. The patient denies cigarette smoking at the present time.

PHYSICAL EXAMINATION: Revealed a well-developed male in no acute distress. Examination of the HEENT revealed no neck vein distention. Chest was clear. Heart revealed irregular rhythm without murmurs or rubs. Abdomen was flat and extremities showed no edema.

EKG- showed nondiagnostic ST-T changes and atrial fibrillation.

CARDIAC ENZYMES: The patient's cardiac enzymes were positive with a peak CK of 334, MB% of 9 consistent with a small non Q wave infarction.

PROCEDURE: The patient was taken to the cardiac catheterization laboratory after premedication. The right groin was prepped and draped in the usual fashion with 1% Carbocaine anesthesia. A 6 French sheath was inserted in the right femoral artery. Through this, a 6-4 left coronary artery and right coronary artery catheter was advanced with ease to the ascending aorta. Selective injection of these vessels were obtained in multiple views. The right coronary artery catheter was employed for injection of the RIMA graft and a LIMA catheter was employed for injection of the LIMA graft. Selective injections of the gastroepiploic artery could not be performed, however an aortic root injection was used to evaluate this vessel.

## CARDIAC CATHETERIZATION AND DISCHARGE SUMMARY

RESULTS OF FLUOROSCOPY AND ANGIOGRAPHY: Injection of the right coronary artery revealed this vessel to be totally occluded not far from its origin. Injection of the left coronary artery revealed a normal left main coronary artery which gave rise to the left anterior descending and circumflex branches. The left anterior descending coursed in the anterior intraventricular groove, giving rise to several small diffusely diseased diagonal branches before it became totally occluded. The circumflex arose normally and coursed the left atrioventricular groove giving rise to a small marginal branch before it became totally occluded.

Injection of the LIMA graft to the LAD and diagonal branch revealed this to be widely patent and it anastomosed with these vessels. Injection of the free RIMA graft to the circumflex marginal branches revealed this to be widely patent and it anastomosed with these vessels.

Injection of the abdominal angiogram revealed a patency of the gastroepiploic artery as it coursed under the diaphragm to the right coronary artery. This vessel appeared to be widely patent and the flow to the right coronary artery appeared to be excellent.

The left ventriculogram in the RAO projection revealed mildly reduced contractility. Ejection fraction was estimated at 40%. As noted previously, the aortic root injection revealed a patent right gastroepiploic artery anastomosed to the right coronary artery.

DISCUSSION: The findings at cardiac catheterization revealed a marked advance in native vessel disease but apparent patency of all current bypass conduits.

Following cardiac catheterization, the patient did well. Because of the atrial fibrillation and non Q wave infarction, transesophageal echocardiography was performed to evaluate risk assessment for clot and emboli. The patient exhibited signs of stasis in both the left atrium and aorta, consistent with a moderately significant risk of clot, and in view of that, it was recommended by Dr. Freund that the patient undergo anticoagulation for one month prior to cardioversion. The patient subsequently was treated with Coumadin and subsequently was ambulated.

DISCHARGE MEDICATIONS: Include-

Digoxin 0.25mg. per day
HCTZ 25mg. per day
Lopressor 50mg. b.i.d.
Coumadin 5mg. per day or as directed

He was advised to have prothrombin time done on Tuesday and will be seen in follow-up by Dr. John Zesk.

Joseph B. Sappington, M.D.+

CCD / 1475 / lr
DD:    08/14/2000
TT:    08/14/2000
CC:  John Zesk, M.D.
     97 Barnes Road
     Wallingford, CT  06492

FAMILY PHYSICIAN:        SAPPINGTON, FREUND PRAKA
REFERRING PHYSICIAN:

# EXHIBIT 26

| | |
|---|---|
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER<br>HARTFORD, CONNECTICUT | CARDIAC CATHETERIZATION<br>AND DISCHARGE SUMMARY<br>Page 1 of 2 |

| | |
|---|---|
| PATIENT NAME: SCALA, NEIL | MEDICAL RECORD #: 0425963 |
| DOB: 02/23/1935 | ADMITTED: 05/21/2002 |
| DICTATED BY: Joseph B. Sappington, M.D.+ | DISCHARGED: 05/23/2002 |
| ATTENDING MD: SAPPINGTON, JOSEPH B | LOCATION: DISCH10 |

PROCEDURE DATE: 05/22/2002

ASSISTANT:

DIAGNOSIS:

1. Arteriosclerotic Cardiovascular Disease with Increased Angina
2. Status Post Coronary Bypass Surgery Twice
3. Patency of bypass Grafts with Distal Vessel Disease
4. History of Paroxysmal Atrial Fibrillation
5. Severe Obesity

PROCEDURE:

Left Heart Catheterization, Coronary Angiography, Graft Angiography

DISCHARGE SUMMARY:

HISTORY OF PRESENT ILLNESS: The patient is a 67-year-old male who has a long-standing history of arteriosclerotic cardiovascular disease with previous coronary artery bypass surgery twice. He had done well until several days prior to admission, when he developed several bouts of prolonged angina, associated with walking in the cold. On evaluation, his electrocardiogram was noted to have some increased T-wave changes and he was subsequently referred for evaluation.

Past medical history is significant for coronary artery bypass surgery twice; his most recently bypass was performed with a free right internal mammary graft to the first and second marginal branches and a gastroepiploic artery placed to the right coronary artery. He also had a left internal mammary artery placed to the left anterior descending.

Past medical history is also positive for type II diabetes, severe obesity, hypertension and paroxysmal atrial fibrillation.

Physical examination revealed a well-developed male in no acute distress. Examination of head, eyes, ears, nose, throat was unremarkable. The lungs were clear. Heart revealed regular rhythm without murmurs or gallops. Abdomen was flat. Extremities showed no edema.

EKG showed nonspecific ST-T changes.

HOSPITAL COURSE: the patient was hospitalized and on the day following admission, underwent cardiac catheterization.

PROCEDURE: The patient was taken to the Cardiac Catheterization Laboratory. After premedication the right groin was prepped and draped in the usual fashion. Under 1% Carbocaine anesthesia a 6 French sheath was inserted into the right femoral artery. Through this, 6-4 left and right coronary catheters were advanced with ease to the ascending aorta. Selective injections of these vessels were obtained in multiple views. The right catheter was employed for the injection of the right internal mammary artery graft. A left internal mammary artery catheter was employed for injection of the left internal mammary artery graft.

AT this point, radiologists were asked to assist in performing a celiac angiogram to evaluate the celiac axis and blood supply to the gastroepiploic and right coronary artery.

Following this, all catheters were removed; the groin was closed with Angio-Seal. The patient was returned to his room in good condition, having tolerated the procedure well.

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
HARTFORD, CONNECTICUT

CARDIAC CATHETERIZATION
AND DISCHARGE SUMMARY
Page 2 of 2

| | |
|---|---|
| PATIENT NAME: SCALA, NEIL | MEDICAL RECORD #: 0425963 |
| DOB: 02/23/1935 | ADMITTED: 05/21/2002 |
| DICTATED BY: Joseph B. Sappington, M.D.+ | DISCHARGED: 05/23/2002 |
| ATTENDING MD: SAPPINGTON, JOSEPH B | LOCATION: DISCH10 |

RESULTS:

Fluoroscopy and Angiography: Injection of the native right coronary artery revealed this artery to be completely occluded not far from its origin.

Injection of the native left coronary artery revealed this artery also to be subtotally occluded. The left main was densely calcified and gave rise to the left anterior descending, which was occluded, and a small atrioventricular groove circumflex with no marginal branches visualized.

Injection of the free right internal mammary artery graft to the marginal branch revealed this graft to be widely patent as it anastomosed with this vessel; however, there was some diffuse disease present in one of the native marginal branches.

Injection of the left internal mammary artery graft to the left anterior descending revealed this graft to be widely patent as it anastomosed with this vessel. There was some collateral filling of a small marginal branch noted.

Injection of the gastroepiploic vessel revealed this vessel to be widely patent as it anastomosed with the posterior descending artery branch of the right coronary artery. The posterior descending artery branch of the right coronary artery appeared to be diffusely diseased.

DISCUSSION: This patient presents with a history of several bouts of worsening angina, as well as some anterolateral ST-T changes. The findings at cardiac catheterization reveal progression of his small native vessel disease. He does, however, exhibit patency of all three bypass grafts. In view of the clinical and angiographic findings, the patient is a candidate for continued medical therapy.

In view of that, he was ambulated and discharged on the following day on Plavix 75 mg. q.d., Imdur 30 mg. q.d., Tricor 54 mg. q.d., Toprol-XL 75 mg. q.d., Avandia 8 mg. q.d., Hydrochlorothiazide 25 mg. q.d., Digoxin .25 mg. q.d., Nitroglycerin p.r.n., and Vasotec 5 mg. q.d. He will be seen in follow-up by Dr. Zesk.

Joseph B. Sappington, M.D.

CCD / 0033 / jld
DD:   05/23/2002
TT:   05/24/2002

A: 05/21/2002
D: 05/23/2002

Cc: Dr. John Zesk, 97 Barnes road, Wallingford, CT 06492



Scala, Neil

4-23-02 spoke c̄ pt re labs 4-15 — lipids extremely ↑ pt said he went on Atkins diet for two weeks because cortisone inj (for knee) elevated his sugars — will try to watch diet, continue Niacin & Fish Oil and start

A & P — Tricor 160 mg ↑ qd #30 5RF Lab slip to pt for repeat lipids/LFT 1 month. Dr. Zesk/BB

5-10-2005 Tel. c̄ pt / spm Dr. Zesk
LDL ↑ 187. Dr Zesk advised very dangerous
↑ Niaspan to 1000mg Bid √ Lipids 1 month
pt is agreeable
Lab req to pt
                                                           C H Banach
                                                           C H Banach

MAY 21 2002   Clothed
WGT. 262  HT. ___  B.P. 90/68

Neil is here for a semi-emergent office visit having called stating that he was having chest pain with brisk walking up a steep hill this morning. He was advised to go to the emergency room but refused and wanted to be seen in the office.

PHYSICAL EXAMINATION: Neil was well tanned. He was not diaphoretic nor obviously dyspneic. He did state however that he was having some substernal chest discomfort, which was very typical of his angina. His lungs were clear. The cardiac exam revealed a regular rhythm. There was no murmur, rub, or gallop. The blood pressure was 90/68 in the right arm in the seated position.

A 12-lead scalar electrocardiogram revealed a right bundle branch block with diffuse ischemic appearing ST-T wave alterations, and there are new changes in leads I, L and V4-V6 compared to a previous record of October 2001. Neil was given .4 mg of sublingual nitroglycerin with some partial relief of his discomfort. He has had Dr. Sappington do his caths in the past, and I called him today and arranged for him to come directly to the St. Francis Hospital emergency room for subsequent angiography and angioplasty. A second nitroglycerin was given to Neil prior to his leaving and, at the time he was leaving, his discomfort had largely cleared.

continued

SCALA, NEIL
MAY 21, 2002

His wife is driving him to the emergency room at the time I am
dictating this note. As he is clinically stable, it appears that this
could be done with reasonable safety. Dr. Sappington was agreeable
with this as well.

JSZ:gf
T: 05/22/02

*[Handwritten note:]* 5-28-02 pt reports Dr. Sappington prescribed Plavix 75 mg & isosorbide 30 mg - ? causing nose bleeds & dizziness. Advised stop Plavix x 2 days & ↓ Imdur ½ pill, taken by self (No other meds at same time). Report to office if symptoms continue. Dr. Zuch/BA

JUN 03 2002    clothes

WGT. 264½  HT. _____  B.P. _____

Neil is here for management of his ischemic heart disease. He is back
to playing tennis two hours at a clip. He is having no significant
angina since I last saw him. He did have a cath done by Dr.
Sappington on May 21, 2002. This showed some progression of his
native disease, but it showed that all three of his bypasses were
patent. He was felt to be a candidate for ongoing medical therapy.
He was put on Plavix 75 mg a day and Imdur 30 mg a day. Neil is quite
intolerant of nitrates. He gets dizziness and severe headaches from
them, even a half dose of Imdur, he could not tolerate. He thought he
was getting nose bleeds from the Plavix, but I do not think he gave
the Plavix an honest trial.

PHYSICAL EXAMINATION: Today his skin was warm and dry. His lungs
were clear. There were no rales or rhonchi. The cardiac exam
revealed a regular rhythm. The rate was 72. There was no murmur,
rub, or gallop. The blood pressure was 98/60 in the right arm in the
seated position. Extremities revealed no peripheral edema.

Neil will now continue on the following medications:

MEDICATIONS:
- Plavix 75 mg q.d.
- Ecotrin 325 mg q.d.
- Niacin 1000 mg b.i.d.
- HCTZ 25 mg q.d.
- Lanoxin .125 mg q.d.
- Metoprolol 50 mg q.d.
- Avandia 8 mg q.d.
- Enalapril 5 mg q.d.
- Fish oil 1000 mg q.d.

*[Handwritten additions:]*
+ Tricor 160mg started 3/2003
+ Bextra 10mg prn
+ Glucophage 1000 q AM

```
SCALA, NEIL
JUNE 3, 2002

Cardiovascular reevaluation will be in three month's time.  He
understands that he does have progression of his native disease and
weight loss is critical for improving lipid control.

JSZ:gf
T:  06/04/02
```

6-28-2002 Dr Zast spoke c̄ Pt
↑triglycerides, HDL ↓ 24 ? gen Aching
↓ HCTZ qid  √Calcium + R Level —
wPu L&b erg  (Bafaan)

7/14/02 — Tel c̄ Pt over weekend — c/o Dysuria —
Mary A — called in Levaquin ——

# EXHIBIT 27

Scala, Neil

7/31/02 – Tel c̄ Pt C/O was put on Glucophage XR Recently but states there is an interaction c̄ Lanoxin – Per Dr An – Pt advised to continue c̄ Glucophage c̄ Lanoxin – Dr will keep track of BW. —————— NL
BW slip sent to Pt for BW in 1 month ———
NL

8/5/02 A+P:
Lopressor 50mg ½ qd #1100 (3)rf
[signature] RN

AUG 27 2002   c̄ the c̄
age 67   WGT. 266   HT. 11½lbs   B.P. 100/60   72

Neil is here for management of his ischemic heart disease and hyperlipidemia. His last glycated hemoglobin was 9.9, which means that his average sugar is nearly 240 mg%. I explained how sugars can fluctuate to Neil as he was surprised since his morning sugars are usually fairly respectable. Neil states he actually went one day without taking any of his medications, and his sugars were better than ever. I suspect the issue here is that the Niacin is driving his sugar up, and I am asking him to stop it at this juncture.

PHYSICAL EXAMINATION: Today his lungs were clear. The cardiac exam revealed a regular rhythm. The rate was 72. There was no murmur, rub, or gallop. The blood pressure was 100/60 in the left arm in the seated position. Extremities revealed no peripheral edema. Neil's weight is up 1½ pounds.

He is now age 67. He is still quite active. He plays tennis every day. He plays golf three times a week. He understands that it is critical that he get his weight down and that the combination of
-continued-