SCALA, NEIL
AUGUST 27, 2002  ( n't)

diabetes, his weight and his abnormal lipids is accelerating his
atherosclerosis quite rapidly.  He will work on his weight reduction.
He will get a follow-up glycated hemoglobin, basic metabolic profile,
and fasting lipids and liver function tests in one month's time. I
will see him in reevaluation in three month's time.  Otherwise, his
medications will now consist of the following:

MEDICATIONS:        Plavix 75 mg q.d.
                    HCTZ 25 mg q.d.
                    Lanoxin .125 mg q.d.
                    Metoprolol 50 mg q.d.
                    Avandia 8 mg q.d.
                    Enalapril 5 mg q.d.
                    Fish oil 1000 mg b.i.d.
                    TriCor 160 mg q.d.
                    Glucophage 1000 mg q.a.m.
                    Bextra 10 mg prn arthritis (prescribed by Dr. Kolstad)

JSZ:gf
T: 08/28/02

# EXHIBIT 28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| NEIL SCALA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. NO: 302cv:00755(MRK)<br>)<br>)<br>)<br>) |

**DEFENDANT, AMERICAN AIRLINES, INC.'S
EXPERT DISCLOSURE PURSUANT TO
FED.R.CIV.P. 26(a)(2)(A)-(C)**

NOW COMES, defendant American Airlines, Inc. ("American") and pursuant to this Court's scheduling order and Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure submits the following expert disclosure.

    1.    <u>Rule 26(a)(2)(A)</u>

Jeffrey Kluger, M.D., FACC
Director Arrhythmia Services and Cardiac ICU
Professor of Clinical Medicine
Hartford Hospital
88 Seymour Street
Hartford, CT  06102-5037

Dr. Jeffrey Kluger is board certified in Cardiovascular Medicine and Clinical Electrophysiology.  He is a Professor of Clinical Medicine at the University of Connecticut School of Medicine and the Director of Arrhythmia Services in the Cardiac Intensive Care Unit at the Hartford Hospital.  A copy of Dr. Kluger's Curriculum Vitae is attached.

Dr. Kluger is expected to testify in response to the allegations set forth in plaintiff's complaint.  In particular, Dr. Kluger is expected to testify as to the medical

aspects of the alleged incident on board American Airlines Flight No. 1134 on December 15, 2000, from Aruba to San Juan involving Mr. Neil Scala.

Dr. Kluger will testify, to a reasonable degree of medical certainty, that the alcoholic drink allegedly provided to Mr. Scala during the flight did not cause Mr. Scala any damage, disability, injury or subsequent need for medical Care. Dr. Kluger will testify as to the long-standing and pre-existing conditions and treatment of Mr. Scala leading up to the alleged incident as well as the medical care provided to Mr. Scala since the incident as set forth in the medical records.

Dr. Kluger will testify that Mr. Scala is a man with history of chronic coronary artery disease that dates back to before his first coronary artery bypass surgery in 1983 and redo surgery in 1995 with a LIMA to the LAD, RIMA to the marginal and a gastroepiploic to the right coronary artery. Due to recurrent chest pain syndrome he has undergone coronary angiography at least 5 times (4/6/83, 1/5/90, 5/3/93, 6/5/95, 8/00) prior to his chest pain episode after the American Airlines flight on 12/15/2000, including a shortness of breath/angina episode on 8/9/2000 for which he was transferred from Midstate to St. Francis Hospital for repeat angiography. In addition Mr. Scala has recurrent atrial fibrillation, with the first episode documented 7/30/1997 and additional examples by ECG's and reports in Dr. Zesk's office records on 8/6/97, 10/1/1997, 10/9/1997, 2/12/1999, 4/28/1999, and 8/9/2000, with two episodes of persistent atrial fibrillation that required electrical cardioversion. In addition, Mr. Scala has hypertension and hyperlipidemia.

Based on the emergency department records dated 12/19/00 at Midstate Hospital, "Pt (Mr. Scala) had been on an airplane, Sat 12/16 took Dramamine, stewardess then served patient vodka in cranberry juice without patient knowing. Patient gulped down

2

909310v1

juice, became flushed, developed chest pain and felt heart pounding, with indigestion,

since. Called PMD day before and told to go to ED, but didn't want to then. Today while

walking at mall developed chest pain." (Nurse's note) Dr, Jabbour's history states.

> "The patient presented to the Emergency Department
> complaining of chest pain which had started on Saturday
> when he was traveling outside the United States. On the
> plane, he developed left mid-chest pain radiating to the left
> arm with diaphoresis and shortness of breath. Apparently, it
> relieved when they gave him oxygen on the plane. He was
> relieved when he got off. However, he comes in with
> persistent, at times, pain to the left side of the chest, not
> radiating at this time and not associated with diaphoresis.
> .... The patient stated that he did not take his nitroglycerin
> because it gives him a headache. He refused to have any
> intravenous until we do the blood test and to see if he had a
> heart attack or not. He refused to take any medication until
> we do the test to find whether he had a heart attack or not.
> He is quite noncompliant with our suggestions.... Past
> history: significant for myocardial infarction x3. Coronary
> artery disease, status post coronary artery bypass graft 18
> and five years ago, status post cardiac catheterization 2-1/2
> months ago. Hypertension and obesity. ECG right bundle
> branch block with left anterior fasicuclar block and chest
> x-ray is negative. Final diagnosis: Chest pain, rule out
> myocardial infarction."

The ECG during ED visit at Midstate on 12/19/2000 at 8:28:16 AM showed

normal sinus rhythm, rate 61/min, bifascicular block: RBBB & LAFB, consider left atrial

enlargement. Cardiac enzymes noted a normal Troponin T 0.021 (normal 0.01-0.1), but

elevated CKMB 8.3 (normal 0-5.8) and CPK 338 (24-204). Patient was transferred to St.

Francis Hospital where a cardiac catheterization was performed.

In Dr. Sappington's Cardiac Catheterization and Discharge Summary he states

> "Post medical history:   Positive for hospitalization in
> August of 2000, again with elevated CK and CK MB's. At
> that time he had suspected non-Q infarction and had patent
> bypass grafts. ... There is a history of paroxysmal atrial
> fibrillation. The patient had been on Coumadin previously.
> ... CK was 393, 426, 367 with MD's of 80, 76, and 97. In
> addition, however, troponins were 0.5 and SGOT 37. The

3

CK and CK MB's appear to be chronically elevated and unchanged during his hospitalization. This is in the face of a negative troponin, both at Mid State Medical Center and here." Discussion: ... Because of persistent enzyme elevation, the patient was suspected of having acute non Q wave infarction, however, the findings of negative troponin are certainly also unusual in this situation. In addition, on cardiac catheterization, the patient appears to have patency of all bypass grafts and this appears to be confirmed by the presence of a negative stress exercise test."

On 1/05/2000, Mr. Scala returned to Midstate Medical Center ED with dizziness but denied chest pain or shortness of breath. Patient placed on monitor slow Afib. After Covert patient converted to sinus rhythm and discharged home.

On 10/06/2000 per Dr. Zesk's office note.  Follow-up of his paroxysmal atrial fibrillation s/p electrical cardioversion 9/18 - he has been playing tennis." A Holter monitor report dated 1/18/2001 "sinus rhythm with ventricular ectopy on exercise treadmill testing, 3 v runs, 15 sve couplets and six runs 3-12 beats. During the episode where the patient noted drank Merlot, the rhythm was sinus with one APC." In July 27, 2001, Mr. Scala returns again to ED with palpitations and mild chest discomforts with an ECG that showed sinus rhythm and occasional APC's. He is discharged home on medication change.

Dr. Kluger is also expected to testify as to chronic coronary artery disease in general, its incidence, causes, etiology, effects, signs, symptoms and characteristics and treatment as well as atrial fibrillation, myocardial infarctions, hypertension, hyperlipidemia and coronary artery by-pass surgery. Dr. Kluger will testify to the care and treatment provided to Mr. Scala both before and after the alleged incident. He will testify that Mr. Scala has a long-standing history of documented coronary artery disease with previous myocardial infarctions, coronary artery by-pass surgery and multiple admissions for chest pain requiring repeat cardiac catheterizations and stress tests, with

4

909310v1

those performed after his last cardiac artery surgery not showing ischemia . He will testify that Mr. Scala has frequent and recurrent bouts of atrial fibrillation starting in 1997, several of which required electrical cardioversion. Based on the most recent medical office record provided by plaintiff it is note that "patient is in regular rhythm with no chest pain, no shortness of breath and he is able to play tennis three times a week."

Based on his review of Mr. Scala's medical records and the alleged circumstances of the incident (i.e., the alleged service of an alcoholic beverage on December 15, 2000) Dr. Kluger will testify that this alleged incident did not cause Mr. Scala any damage, disability, injury or subsequent need for medical care. The care and treatment obtained or provided to Mr. Scala following the incident was for the same long-standing conditions he had prior to the alleged incident and was not the result of the alcoholic beverage. Dr. Kluger's expected testimony and opinions are to a reasonable degree of medical certainty and are based on his education, training and experience. In providing his opinions, Dr. Kluger reviewed the medical records provided by the plaintiff and in particular the records of John Zesk, M.D., St. Francis Hospital and Mid State Medical Center Emergency Department.

5

909310v1

Dr. Kluger's charges for both his review and any testimony is $300.00 per hour.

Dr. Kluger has testified as an expert in a disability action in 2002 and the claimant's

name was Krepovich.

_____

Jeffrey Kluger, M.D.

Respectfully Submitted,
The Defendant
AMERICAN AIRLINES, INC.
By their Attorneys,

By: _____

Darren Sinofsky, Federal Bar No. 21118
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

By: _____

Tory A. Weigand, Pro Hac Vice
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

6

909310v1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid to the following counsel of record on this 14th day of October, 2003:

John F. Wynne, Jr., Esq.
Buckley & Wynne
685 State Street
New Haven, CT 06510

Tory A. Weigand

909310v1

# CURRICULUM VITAE

Jeffrey Kluger, MD
17 Mountain Terrace Road
West Hartford, CT  06107

DOB: 8/3/45
Place of Birth: Bronx, NY
CT License: MD22563
REV 10/03

SS#:  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
Marital Status: Wife, Virginia
Children:  Alexander & Scott

## EDUCATION

Columbia College, A.B. 1967
New York Medical College, M.D., 1971

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1971-72 | Intern in Medicine, Beth Israel Hospital, New York, NY |
| 1972-74 | Junior & Senior Resident in Medicine, Beth Israel Hospital, New York, NY |
| 1974-75 | Chief Medical Resident, Beth Israel Hospital, New York, NY |
| 1975-77 | Fellow in Medicine (Cardiology), Cornell University Medical College, New York, NY |
| 1977-80 | Physician-in-Charge, Cardiology Clinic, New York Hospital, New York, NY |
| 1977-80 | Medical Director, Emergency Paramedic Service, New York Hospital, New York, NY |
| 1978-80 | Director, Coronary Intensive Care Unit, New York Hospital, New York, NY |
| 1980-96 | Associate Director of Cardiology, Hartford Hospital, Hartford, CT |
| 1981-93 | Program Director, Cardiology Training Program, Hartford Hospital, Hartford, CT |
| 1981- | Director, Cardiac Arrhythmia Service, Hartford Hospital, Hartford, CT |
| 1982-2002 | Director, Cardiac Intensive Care Unit, Hartford Hospital, Hartford, CT |
| 1997- | Director, Cardiac Arrhythmia Unit, Hartford Hospital, Hartford, CT |
| 2003- | Director, Cardiac Intensive Care Unit, Hartford Hospital, Hartford, CT |

1

CURRICULUM VITAE
Jeffrey Kluger, MD

HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1978-80 | Assistant Attending Physician, New York Hospital, New York, NY |
| 1980-81 | Clinical Assistant Staff Member, Department of Medicine, Hartford Hospital |
| 1981-86 | Assistant Staff Member, Department of Medicine, Hartford Hospital |
| 1986-93 | Associate Staff Member, Department of Medicine, Hartford Hospital |
| 1993- | Senior Staff Member, Department of Medicine, Hartford Hospital, |
| 1992- | Courtesy Staff, Department of Medicine, John Dempsey Hospital |
| 1994- | Courtesy Staff, Department of Medicine, St. Francis Medical Center |
| 1996- | Courtesy Staff, Department of Medicine, New Britain General Hospital |

FACULTY POSITIONS

| | |
|---|---|
| 1977-80 | Assistant Professor of Medicine (Cardiology), Cornell University Medical College, New York, NY |
| 1980-89 | Assistant Professor of Medicine, University of Connecticut School of Medicine, Farmington, CT |
| 1985-88 | Assistant Clinical Professor, School of Pharmacy, University of Connecticut, Farmington, CT |
| 1988- | Clinical Professor, School of Pharmacy, University of Connecticut, Storrs, CT |
| 1989- | Associate Professor of Medicine, University of Connecticut School of Medicine, Farmington, CT |
| 2000- | Professor of Clinical Medicine, University of Connecticut School of Medicine, Farmington, CT |

HONORS

Diplomate - National Board of Medical Examiners, 4/72
Diplomate - American Board of Internal Medicine, 9/75
Diplomate - American Board of Cardiovascular Disease, 10/77
Diplomate - American Board of Clinical Electrophysiology, 2/93

AWARDS
Cor et Manus - New York Medical College –1971
Cardiology Fellowship Outstanding Teaching Award – 1997
ASHP Drug Therapy Research Award – 2000
ASHP Drug Therapy Research Award - 2002

CURRICULUM VITAE
Jeffrey Kluger, MD

MEMBERSHIPS

American Heart Association
American Medical Association
Fellow of the American College of Cardiology,
Fellow of the American College of Clinical Pharmacology,
North American Society of Pacing & Electrophysiology
International Society For Holter & NonInvasive Electrocardiology (ISHNE),

COMMITTEE MEMBERSHIPS

*New York Hospital –1978-1980*
Cardiac Intensive Care Unit Committee – Chairperson

New York City Emergency Council –Education committee Chairperson-1978-1980

*Hartford Hospital 1981- present*
Cardiology Executive 1981 - present
Research 1982-1984
Cardiology Patient Care – Co-Chairperson 1982-1991
Scientific Review 1984-1988
Supply and Standards 1982-1986
Intensive Care Unit Coordinating 1988-1994
Cardiology Patient Redesign – Co-Chairperson –1991-1996
Cardiology Fellowship – Chairperson 1981-1993

*Task Forces/Quality Improvement Projects*
Alternative Caregivers
Cardiology Preferred Vendor
Cardiology Monitoring
CICU Bleeding Team – Facilitator
**Anticoagulation for Atrial Fibrillation – Team Leader**
Pacemaker Improvement Project – Team Co-Leader
CICU Ventilator Improvement Project – Team Leader

3

CURRICULUM VITAE
Jeffrey Kluger, MD

RESEARCH GRANTS — *GRANTING AGENCY - Award*

1977-1980

Safety and Efficacy of N-acetyl procainamide — *Co-investigator*
*Amar Stone - $25,000*

Effects of procainamide and N-acetyl procainamide on myocardial contractility in ischemic
isolated rabbit hearts- *Principal investigator - Amar Stone - $10,000*

Hemodynamic evaluation of N-acetyl procainamide in dogs with acute myocardial
infarction *Principal investigator - Amar Stone — $10,000*

Comparison of captopril to prazosin in congestive heart failure — *Co-investigator — Squibb -
$25,000*

1983

Prostacylcin infusion in acute myocardial infarction — *Co-investigator —Upjohn -$29,597*

Electrophysiologic testing as a guide to antiarrhythmic therapy for ventricular arrhythmias —
*Principal investigator — Hartford Hospital Research Fund - $23,985*

1985

Lorcainide for the treatment of ventricular tachycardia - *Principal investigator — Janssen
Pharmaceutica*

Renal impairment on the pharmacokinetics of Cibenzoline — *Co-investigator — Hoffman-La
Roche - $10,000*

Cibenzoline in the short-term treatment of ventricular premature complexes — *Principal
investigator — Hoffman La-Roche - $ 9,480*

Long term treatment with Cibenzoline — *Principal investigator — Hoffman La-Roche- $7,465*

Potassium and magnesium changes associated with programmed electrical stimulation
*Principal Investigator—Hartford Hospital Research Fund - $849*

4

CURRICULUM VITAE
Jeffrey Kluger, MD

RESEARCH GRANTS (con't)

1986

Efficacy and safety of sotalol in digitalized patients with chronic atrial fibrillation- *Principal investigator – Bristol Myers Squibb - $44,785*

1989

Comparison of clinical and echocardiographic parameters in predicting life threatening complications in a low risk group with acute myocardial infarction- *Principal investigator - Hartford Hospital Research Fund - $25,000*

Electrophysiology and electrocardiographic effects of intravenous 3-methoxy o- demethyl encainide in patients with ventricular tachycardia – *Co- investigator - Bristol Myers - $2,535*

1990

Prophylactic lidocaine for lethal ventricular arrhythmias following acute myocardial infarction – Principal *investigator - Hartford Hospital Research Fund - $31,097*

1991

Nitroglycerin's effect on t-PA activity – Co-investigator - *Genetech- $34,800*

Randomized trial of metoprolol to prevent syncope induced by head up tilt – Principal investigator - *Hartford Hospital Research Fund - $26,093*

Effect of Moricizine on ventricular defibrillation threshold – *Co-investigator – Hartford Hospital Research funds -$28,000*

Captopril plus TPA following acute myocardial infarction: a double-blind placebo-controlled study on the effects of left ventricular size and function – *Co-investigator - Squibb - $42,000*

Global Utilization of streptokinase and t-pa for occluded coronary arteries (GUSTO) – *Principal investigator – Genetech - $15,000*

5

CURRICULUM VITAE
Jeffrey Kluger, MD

<u>RESEARCH GRANTS</u> (con't)

A single-dose pharmacokinetic study of intravenous administered amiodarone in subjects with left ventricular dysfunction and in normal subjects – *Co-investigator – Wyeth-Ayerst - $102,000*

1993

Safety of moderate dose milrinone in combination with dobutamine compared with dobutamine alone in the treatment of heart failure secondary to myocardial infarction – *Principal investigator – Sanofi - $11,958*

Multi-center unsustained tachycardia trial (MUSTT) –*Co-investigator – subcontract NIH - $13,959*

Survival with oral d-sotalol (SWORD) – *Principal investigator –Bristol Myers Squibb- $13,380*

1994

Efficacy of d-sotalol in preventing ventricular tachyarrhythmias in patients with the implantable defibrillator – *Principal investigator - Bristol Myers Squibb - $11,958*

Open label study of the effect of sotalol in patients with the implantable defibrillator- *Principal investigator – Bristol Myers Squibb - $21,741*

Efficacy and safety of dofetilide in patients with chronic atrial fibrillation – *Principal investigator – Pfizer - $148,164*

Determinants of the time of onset of myocardial infarction – *site Principal investigator subcontract NIH - $15,300*

1995

Efficacy and safety of dofetilide in patients with paroxysmal supraventricular tachycardia – *Principal investigator - Pfizer - $78,352*

Dofetilide vs Placebo in the prevention of ICD therapies – *Principal investigator - Pfizer - $99,310*

6