CURRICULUM VITAE
Jeffrey Kluger, MD

RESEARCH GRANTS (CON'T)

2001

The Atrial Fibrillation Suppression Trial II – *Hartford Hospital Research Foundation – Open Competition Grant $50,000*

The Atrial Fibrillation Suppression Trial II – *Medtronic Corporation - $30,000 Worth of Pacing Wires/Pacing Units*

The Atrial Fibrillation Suppression Trial II – *Upsher-Smith - $45,000 Worth of Oral Amiodarone Tablets and Placebo*

The Atrial Fibrillation Suppression Trial II – *Hartford Hospital Department of Medicine - $25,000 for Equipment Purchase*

2002

Ventricular Defibrillation Threshold Impact of Catecholamines. AstraZeneca Clinical Pharmacy Research Award Foundation - $15,000

8

CURRICULUM VITAE
Jeffrey Kluger, M.D.

## PUBLICATIONS

1. Klein AA, Levin AR, Kluger J, Engle MA, Ehlers KH: The management of sick sinus syndrome in children: a new use for exercise tolerance testing and standardized Valsalva's test. Chest 1978;74:322-323.

2. Kluger J: Cardiopulmonary Resuscitation. Primary Cardiology 1979;5:43-49.

3. Drayer DE, Kluger J, Lahita R, Reidenberg MM: Theoretical basis for interest in acetyl procainamide and clinical experience with the new antiarrhythmic agent. Drug Metabolism Reviews. 1979;10(2): 239-246.

4. Lahita R, Kluger J, Drayer DE, Koffler D, Reidenberg MM: Antibodies to nuclear antigens in patients treated with procainamide or acetyl procainamide. N Engl. J of Med. 1979;301:1382-1385.

5. Kluger J, Drayer DE, Reidenberg MM, Ellis G, Lloyd V, Tyberg T, Hayes J: The Clinical pharmacology and antiarrhythmic efficacy of acetyl procainamide in patients with arrhythmias. Am J Cardiol. 1980;45:1250-1257.

6. Reindenberg MM, Camacho M, Kluger J, Drayer DE. Aging and renal clearance of procainamide and acetyl procainamide. Clin Pharmacol Ther. 1980;28:732-735.

7. Kluger J: New Therapy Update: Bretylium. Cardiovasc Rev Reports. 1981;2:165-166.

8. Kluger J, Reidenberg MM, Drayer DE, Lahita R. Acetyl procainamide therapy in patients with previous procainamide induced lupus. Ann of Int Med. 1981;95:18-22.

9. Kluger J, Leech S, Reindenberg MM, Lloyd V, Drayer DE. Long-term antiarrhythmic therapy with acetyl procainamide. Am J Cardiol. 1981;48:1124-1131.

10. Goldberg H, Borer JS, Jacobstein JG, Kluger J, Scheidt SS, Alonso DR. Anterior ST segment depression in acute inferior myocardial infarction an indicator of posterolateral infarction. Am J Cardiol. 1981; 48:1009-1-15.

9

CURRICULUM VITAE
Jeffrey Kluger, M.D.

<u>PUBLICATIONS (con't)</u>

11. Kluger J, Horner WH, Reidenberg MM: Effects of procainamide and N-acetyl-procainamide on myocardial contractility in ischemic isolated rabbit hearts. Proc Soc Exp Biol Med 1981;168:350-355.

12. Kluger J, Cody RJ, Laragh JH. The contributions of sympathetic tone and the renin-angiotensin system to severe chronic congestive heart failure: response to specific inhibitors. Am J Cardiol 1982;49:1667-1674.

13. Cody RJ, Franklin KW, Kluger J, Laragh JH. Mechanisms governing the postural response, and baroreceptor abnormalities in chronic congestive heart failure. Effects of acute and long-term vasodilator therapy. Circulation 1982;66:135-143.

14. Cody RJ, Franklin KW, Kluger J, Laragh JH. Sympathetic responsiveness and plasma norepinephrine during therapy of chronic congestive heart failure and captopril. Am J Med. 1982; 72:791-798.

15. Kluger J: Sudden Death: Prediction and Prevention. Cardiovasc Rev and Reports 1982;3:109-112.

16. Joelson J, Kluger J, Cole S, Conway M. Possible recurrence of amiodarone pulmonary toxicity following corticosteroid therapy. Chest 1984;85:284-286.

17. Chow MSS, Nester T, Kluger J, Fieldman A. Methods of transfer from immediate-release procainamide or intravenous procainamide infusion to sustained-release procainamide. Vascular Medicine 1984;2(3).

18. Chow MSS, Kluger J, Dipersio DM, Lawrence R, Fieldman A. Anti-fibrillatory effects of lidocaine and bretylium immediately post cardiopulmonary resuscitation. Am Heart J 1985;110(5):938-943.

19. Chow MSS, Kluger J, Lawrence R, and Fieldman A. The effect of lidocaine and bretylium on the defibrillation threshold during cardiac arrest and cardiopulmonary resuscitation. Proc Soc Exp Biol Med. 1986;182:63-67.

20. Pariser R, Kluger J. Verapamil responsive ventricular tachycardia. Conn Med. 1986;50:612-614.

CURRICULUM VITAE
Jeffrey Kluger, M.D.

<u>PUBLICATIONS (con't)</u>

21. Voelker MS, Nester TJ, Chow MSS, O'Reilly D, Kluger J. Prediction of steady-state trough serum procainamide concentrations after administration of a sustained-release procainamide preparation. Ther Drug Monit. 1986;8:184-188.

22. Kiernan FJ, Kluger J, Regnier JC, Rutkowski M, Fieldman A. Prostacyclin infusion in Acute Myocardial Infarction. Brit Heart J. 1986;56:428-32.

23. Hanyok JJ, Chow MSS, Kluger J: Place in Therapy of New Antiarrhythmic Agents. Pharmacy International 8:175-179, 1986.

24. Hanyok JJ, Kluger J, Chow MSS, Fieldman A. Lorcainide for the treatment of refractory ventricular tachycardia. clinical and electrophysiologic results. J Clin Pharmacol. 1987;27:278-278.

25. Capparelli E, DiPersio D, Zhao H, Kluger J, Chow MSS, Clinical pharmacokinetics of controlled release disopyramide in patients with cardiac arrhythmias. J Clin Pharmacol. 1988;28:306-311.

26. Capparelli E, Kluger J, Regnier J, Chow MSS. Clinical electrophysiology effects of flecainide in patients with refractory ventricular tachycardia. J Clin Pharmacol. 1988;28:268-275.

27. Massarella JW, Klook, Augailhik D, Persio J, Smith M, Kluger J, Chow MS: Effect or Renal impairment on the pharmacokinetics of cibenzoline. Clin Pharmocol Ther 1988;317-323.

28. Capparelli EV, Chow MSS, Kluger J, Fieldman A. Differences in systemic and myocardial blood acid-base status during cardiopulmonary resuscitation. Crit Care Med. 1989;17 (5):442-446.

29. Hanyok JJ, Chow MSS, Kluger J, Izard M. An evaluation of the pharmacokinetics, pharmacodynamics, and dialyzability of verapamil in chronic hemodialysis patients. J Clin Pharmacol. 1988;28:831-836.

11

CURRICULUM VITAE
Jeffrey Kluger, M.D.

PUBLICATIONS (con't)

30.  Reidenberg M, Lorenzo B, Drayer D, Kluger J, Nester T, Regnier J, Kowal B, Bekersky I.  A nonradioactive iothalamate method for measuring glomerular filtration rate and its use to study the renal handling of cibenzoline.  Ther Drug Monit. 1988;10:434-437.

31.  Reidenberg M, Lorenzo B, Drayer D, Kluger J, Nester T, Regnier J, Kowal B, Bekersky I.  A nonradioactive iothalamate method for measuring glomerular filtration rate and its use to study the renal handling of cibenzoline.  Ther Drug Monit. 1988;10:434-437.

32.  Olsen KH, Kluger J, Fieldman A.  combination of high dose amrinone and dopamine in the management of moribund cardiogenic shock after open heart surgery.  Chest 1988;94:503-506.

33.  Hanok JJ, Chow MSS, Kluger J, Fieldman A. Antifibrillatory effects of high dose breytlium and a lidocaine-bretylium combination during cardiopulmonary resuscitation. Crit Care Med. 1988;16:691-694.

33.  Kostis J, Davis D, Kluger J, Aogaichi K, Smith M.  Cifenline in the Short-term treatment of patients with ventricular premature complexes:  a double-blind placebo-controlled study. J Cardiovasc Pharmacol. 1988;14:88-95.

34.  Bleske B, Chow MSS, Zhao H, Kluger J, Fieldman A: Epinephrine vs methoxamine on survival post ventricular fibrillation and cardiopulmonary resuscitation.  Crit Care Med 1989;17:1310-1313.

35.  Bleske BE, Kluger J, Collucci R, Chow MSS.  Potassium and magnesium changes associated with programmed electrical stimulation.  J Electrophysiology 1989;3(2):101-110.

36.  Collucci RD, Kluger J, Fisher J, Zhao H, Chow MSS.  Encainide for the treatment of refractory ventricular tachycardia in patients undergoing programmed electrical stimulation. J Electrophysiology 1989;3(6):459-466.

37.  Bleske BE, Kluger J, Fisher J, Chow MSS. Acute effects of combination of 1B and 1C antiarrhythmics for the treatment of ventricular tachycardia.  J Clin Pharmcol 1989;29:998-1002.

12

CURRICULUM VITAE
Jeffrey Kluger, MD

PUBLICATIONS (con't)

38. Colucci RD, Kluger J, Chow Ms. Esmolol for the treatment of ventricular tachycardia. DICP 1990;24(1):99.

39. Capparelli EV, Zhao H, Hanyok JJ, DiPersio DM, Fieldman A, Kluger J, Chow MS. The effect of cardiopulmonary resuscitation on plasma diltiazem concentrations in dogs. Ann Emerg Med 1991;20:1078-1082.

40. Singh S, Ravinder S, DiMarco J, Kluger J, Gold R, Yiwang C, Sotalol Study Group. efficacy and safety of sotalol in digitalized patients with chronic atrial fibrillation. Am J Card. 1991;68(11):1227-1230.

41. Capparelli EV, Hanyok JJ, DiPersio DM, Kluger J, Fieldman A, Chow MS. Diltiazem improves resuscitation from ventricular fibrillation in dogs. Crit Care Med 1992;20:1140-1145.

42. O'Rangers EA, Kluger J. Exacerbation of congestive heart failure secondary to moricizine: case report & review of the literature. Pharmacotherapy 1992;12(5):408-412.

43. Ujhelyi MR, O'Rangers EA, Kluger J, Fan C, Chow M. Defibrillation energy requirements during moricizine & combination antiarrhythmic therapy.
J Cardiovascular Pharm 1992;20:932-939.

44. Bleske BE, Chow MS, Zhao H, Kluger J, Fieldman A. Effects of different dosages and modes of sodium bicarbonate administration during cardiopulmonary resuscitation. Am J Emerg Med 1992;10(6):535-532.

45. Ujhelyi M, Fisher J, Chow M, Kluger J. Evaluation of the need to modify antiarrhythmic therapy because of drug intolerance or inefficacy in patients Evaluated by Electrophysiology Study. Am Heart J 1993;126:352-359

46. Tisdale JE, Colucci RD, Ujhelyi MR, Kluger J, Fieldman A, Chow MSS. Evaluation and comparison of the adverse effects of streptokinase and alteplase. Pharmacotherapy 12:440-444, 1992.

CURRICULUM VITAE
Jeffrey Kluger, M.D.

## PUBLICATIONS (con't)

47. Tisdale JE, Kluger J, Fisher JR, Chow MS. Efficacy of Class IC Antiarrhythmic Agents in Patients with Inducible Ventricular Tachycardia Refractory to Class IA Agents. J Clinical Pharmacology 1993;33:623-630.

48. Ujhelyi MR, O"Rangers EA, Fan C, Kluger J, Pharand C, Chow MS. The pharmacokinetic and pharmacodynamic interaction between propafenone and lidocaine. Clin Pharmacol Ther. 1993;53(1):38-48.

49. Tran H, Kluger J, Chow MS. Focus on Dofetilide a selective class III antiarrhythmic agent. Hosp Formul 1995;30:23-27.

50. Fisher JP, Picard MH, Mikan JS, Fram DB, Fisher JR, Kluger J, Waters DD, Gillam LD. Quantitation of myocardial dysfunction in ischemic heart disease by echocardiographic endocardial surface mapping: correlation with hemodynamic status. Am Heart J. 1995;129(6):1114-1121.

51. Pharand C, Kluger J, O'Rangers E, Ujhelyi M, Fisher J, Chow M. Lidocaine prophylaxis for fatal ventricular arrhythmias after acute myocardial infarction. Clin Pharmacol Ther 1995;57:471-478.

52. Tran H, Kluger J, Chow M. Focus on IV amiodarone a new formulation for acute arrhythmia treatment. Hosp Formul 1995;30:509-519.

53. Pharand C, Goldman R, Fan C, Chow MS, Kluger J. Effect of chronic oral moricizine and intravenous epinephrine on ventricular fibrillation and defibrillation thresholds. Pacing Clin Electrophysiol. 1996;19:82-89.

54. Tisdale JE, Zhao SH, Fan CD, Colucci RD, Kluger J, Chow MS. Antifibrillatory effect of esmolol alone and in combination with lidocaine. J Cardiovasc Pharmacol 1996;27(3):376-382.

55. Vadiel K, O'Rangers EA, Klamerus K, Kluger J, Kazierad D, Leese P, Chow MS, Zimmeran. Pharmacokinetics of intravenous amiodarone inpatients I impaired left ventricular function, J Clin Pharmacol. 1996;36:720-727.

56. Tran HT, Chos MSS, Kluger J. Amiodarone induced torsades de pointes with excessive QT dispersion following quinidine induced polymorphic ventricular tachycardia. Pacing Clin Electrophysiol. 1997;20:2276-2278.

CURRICULUM VITAE
Jeffrey Kluger, M.D.

PUBLICATIONS (con't)

57. Azar R, Berns E, Seecharran B, Veronneau J, Lippman N, Kluger J. denovo monomorphic and polymorphic ventricular tachycardia following coronary artery bypass grafting. Am J Cardiol. 1997;80:76-78.

58. Chen BP, Chow MS, Kluger J. Perspectives on current, future thrombolytic therapy for acute myocardial infarction. Formulary 1997;32:364-385.

59. White CM, Chow MS, Fan C, Kluger J, Bazunga M. Efficacy of intravenous granisetron in suppressing the bradycardia and hypotension associated with a rabbit model of the Bezold-Jarisch reflex. J Clin Pharmacol 1998;38:172-177.

60. Zhou L, Chen BP, Kluger J, Fan C, Chow MSS. Effects of amiodarone and its active metabolite desethylamiodarone on the ventricular defibrillation threshold. J Am Coll Cardiol. 1998;31:1672-1678.

61. Tran HT, Fan C, Tu WQ, Kertland H, Li L, Kluger J, Chow MSS. QT measurement: a comparison of three simple methods. A.N.E. 1998;3(3):228-231.

62. Kluger J, Bazunga M, Goldman R, O'Rangers E, Azar P, Chow MSS. Usefulness of intravenous metoprolol to prevent syncope induced by head up tilt. Am J Cardiol. 1998;82:820-823.

63. Olatidoye AG, Veronneau J, Kluger J. Mechanisms of syncope in implantable cardioverter-defibrillator recipients who receive device therapies. Am J Cardiol. 1998;821372-1376

64. Azar RR, Lippman N, Kluger J. Recurrent polymorphic ventricular tachycardia complicating radiofrequency catheter ablation of the atrioventricular junction. PACE 1998; 21:1837-1840.

65. Dunn A, Chow MSS, Kluger J. Nesiritide: A natuuretic peptide for the treatment of acute decompensated CHF. Formulary 1999;34:123-31

15

CURRICULUM VITAE
Jeffrey Kluger, M.D.

PUBLICATIONS (con't)

66. Chen BP, White CM, Fan C, Kluger J, Chow MSS. The effect of amiodarone on the ventricular fibrillation threshold. Pharmacotherapy 1999;19:832-837

67. White CM, Xie J, Chow MSS, Kluger J. Prophylactic magnesium to decrease the arrhythmogenic potential of class III antiarrhythmic agents in a rabbit model. Pharmacotherapy 1999;19(5)635-640.

68. White CM, Dunn A, Tsikourkis J, Felton K, Free-Bosco L, Giri S, Kluger J. Prosepective evaluation of the amiodarone-Fentanyl interaction. Anesthesia and Analgesia 1999;89:585-589.

69. Zhou Li, White CM, Chen BP, Chow MSS, Fan C, Kluger J. A comparison of the antifibrillatory effects of desethylamiodarone to amiodarone in a swine model. Journal of Cardiovascular Pharmacology 1999;34:440-445.

70. Kertland H, White CM, Chow MSS, Kluger J. QT dispersion as a marker for response to quinidine in patients with ventricular tachyarrhythmias. Annals of Noninvasive Electrocardiology 2000;5:39-44.

71. White CM, Fan C, Chen B, Kluger J, Chow MSS. Assessment of the drug interaction between alteplase and nitrogylcerin – an in-vitro study. Pharmacotherapy 2000;20:380-382.

72. Tsikouris J, Kluger J, Chow MSS, White CM. Use of granisetron to prevent vasovagal syncope in humans. American Journal of Cardiology 2000;85:1262-1264.

73. Kluger J, Giedrimiene D, White CM. The effect of left ventricular function on QT dispersion in post-myocardial infarction patients with previous ventricular tachyarrhythmias. Annals of Noninvasive Electrocardiology 2000;5:234-9.

74. Dunn A, White CM, Reddy P, Chow MSS, Kluger J. Efficacy, safety, and cost-effectiveness of Ibutilide for cardioversion in patients with atrial fibrillation or flutter: Maintenance of sinus rhythm until discharge. Annals of Pharmacotherapy. Annals of Pharmacotherapy 2000;34:1233-7.

75. Xie J, Dunn A, Tsikouris J, Sun Y, Fan C, Kluger J, Chow MSS, White CM. A placebo controlled evaluation of the antifibrillatory effects of Carvedilol. Journal of Electrophysiology 2001;34:25-30.

16

CURRICULUM VITAE
Jeffrey Kluger, M.D.

PUBLICATIONS (con't)

76. Giri S, White CM, Dunn AB, Felton K, Freeman-Bosco L, Reddy P, Tsikouris J, Wilcox HA, Kluger J. Efficacy and safety of oral Amiodarone for the prevention of atrial fibrillation after open heart surgery in the elderly: The atrial fibrillation suppression trial (AFIST). Lancet 2001;357:830-6.

77. Ammar R, Song J, Kluger J, White CM. An evaluation of the electrocardiographic and hemodynamic effects of moderate caffeine ingestion. Pharmacotherapy 2001;21:437-42.

78. Caron M, Song J, Ammar R, Kluger J, White CM. An evaluation of the change in electrocardiographic P-Wave variables after acute caffeine ingestion in normal subjects. Journal of Clinical Pharmacy and Therapeutics 2001;26:145-8.

79. Tran H, White CM, Chow MSS, Kluger J. An evaluation of the impact of gender and age on QT and QTc dispersion among normal individuals. Annals of Noninvasive Electrocardiology 2001;6:129-33.

80. Bleske B, Song J, Chow MSS, Kluger J, White CM. The hematologic and chemical changes observed during and after cardiac arrest in a canine model – A pilot study. Pharmacotherapy 2001;21:1187-91.

81. Giedrimiene D, White CM, Verroneau J, Kluger J. A comparison of QT and QTc dispersion among patients with sustained ventricular tachycardia and different etiologies of heart disease. Annals of noninvasive electrocardiology 2001;6:319-22.

82. Tsikouris J, Kluger J, Song J, White CM. Changes in P-Wave dispersion and P-Wave duration after open heart surgery are associated with the peak incidence of atrial fibrillation. Heart & Lung 2001;30:466-71.

83. Reddy P, Dunn A, White CM, Tsikouris J, Giri S, Kluger J. An economic analysis of amiodarone versus placebo for the prevention of atrial fibrillation after open heart surgery. Pharmacotherapy 2002;22:75-80.

84. Caron M, Hotsko A. Robertson S, Mandybur L, Kluger J, White CM. Electrocardographic and Hemodynamic Effects of Panax Ginseng. Annals of Pharmacotherapy 2002;36:758-63.

17

CURRICULUM VITAE
Jeffrey Kluger, M.D.

PUBLICATIONS (con't)

85. Song J, Kalus J, Caron M, Kluger J, White CM.* The Impact of Acute Diuresis on Electrocardiographic P-wave Variables in Fluid Overloaded Heart Failure Subjects Pharmacotherapy 2002;22:564-8.

86. White CM, Giri S, Tsikouris J, Dunn AB, Felton K, Reddy P, Kluger J. A Comparison of Two individual Amiodarone Regimens to Placebo in Open Heart Surgery Patients. Annals of Thoracic Surgery 2002;74:69-74.

87. Haider J, Kalus J, White CM, Narula D, Caron M, Kluger J. An Assessment of P-wave Changes in Patients with Positive Versus Negative Head Upright Tilts. Journal of Electrocardiography 2002;35:303-6.

88. Giedrimiene D, Giri S, White CM, Giedrimas E, Kluger J. The Immediate and Short-Term Effect of Successful Percutaneous Coronary Intervention on Repolarization in Acute Myocardial Infarction Patients. Annals of Noninvasive Electrocardiology 2002;7:357-62.

89. Caron MF, Kluger J, Tsikouris JP, Ritvo A, Kalus JS, White CM.* The Effects of Intravenous Magnesium Sulfate on the QT Interval in Patients Receiving Ibutilide. Pharmacotherapy 2003;23:296-300.

90. White CM, Caron MF, Kalus JS, Rose H, Song J, Reddy P, Kluger J. Intravenous and Oral Amiodarone, Atrial Septal Pacing, or Both Strategies to Prevent Post-Cardiothoracic Surgery Atrial Fibrillation: the Atrial Fibrillation Suppression Trial II (AFIST II). Circulation, In Press.

91. Coleman C, Kalus JS, White CM, Tsikouris J, Spencer AP, Kluger J, Reddy P. Cost-Effectiveness of Ibutilide with or without Magnesium Prophylaxis in the Treatment of Atrial Fibrillation. Pharmacoeconomics, In Press.

CURRICULUM VITAE
Jeffrey Kluger, M.D.

## ABSTRACTS & PRESENTATIONS

1. Kluger J, Hinkle LE: Factors Affecting Prognosis of Men with Ventricular Premature Complexes (abstr) Circulation 54:11, 1976. Presented at the American Heart Association, Miami Beach, Florida, November 16, 1976.

2. Hinkle LE, Robinson T, Kadyszewski E, Kluger J: Prognostic Value of Transverse Diameter of Heart Shadow on X-ray (abstr.). Newsletter of the Council on Epidemiology of the American Heart Association, January 1977. Presented at the Conference on CVD Epidemiology, San Diego, California, March 7-9, 1977.

3. Kluger J, Reidenberg MM, Tyberg T, Lloyd V, Ellis G, Hayes J, Drayer DE: Clinical Pharmacology of N-Acetyl Procainamide (NAPA), the Major Metabolite of Procainamide in Man. (abstr). Clin Research 26:244A, 1978. Presented at the American Federation for Clinical Research, San Francisco, California, March 1, 1978.

4. Klein AA, Kluger J, Markenson AL, Ehlers KH, Levin AR, Engle MA: Dynamic Exercise Testing with Echocardiographic Correlated in Thalassemia Major (Thal). (abstr). Pediatric Research 12, Part 2, page 384, 1978.

5. Lahita R, Kluger J, Drayer DE, Koffler D, Reidenberg MM: Lack of Anti-Nuclear Antibody Production in Man by the Antiarrhythmic N-Acetyl Procainamide (NAPA). Clinical Research 27:235A, 1979. Presented at the American Federation for Clinical Research, Washington, DC, May 7, 1979.

6. Kluger J, Kosten T, Hinkle LE: Shortening of the Coupling Interval of VPC's with Increasing Heart Rate: A Mechanism of "Instantaneous" Death. (abstr). Circulation 58:11-146, 1978. Presented at the American Heart Association, Dallas, Texas, November 15, 1978.

7. Kosten T, Kluger J, Hinkle LE: Pathogenic Mechanism of Unexpected Sudden Cardiac Death. (abstr). Psychosomatic Medicine 70:89, 1978.

8. Camacho M, Drayer DE, Kluger J, Reidenberg MM: Renal Excretion of Procainamide and N-Acetyl Procainamide in Man as a Function of Age. Clinical Research, 27:599A, 1979. Presented at the Eastern Section of the American Federation for Clinical Research, Boston, Massachusetts, October 20, 1979.

19

CURRICULUM VITAE
Jeffrey Kluger, M.D.

ABSTRACTS & PRESENTATIONS (con't)

9. Kluger J, Homer WH, Reidenberg MM: Effects of Procainamide and N-Acetyl Procainamide in Myocardial Contractility in Ischemic Isolated Rabbit Hearts. Clinical Research 28:18A, 1980. Presented at the Eastern Section of the American Federation for Clinical Research, Boston, Massachusetts, October 20, 1979.

10. Ellis G, Kluger J, Goldstein J, Kline S, Reidenberg MM: Hemodynamic Evaluation of N-Acetyl Procainamide in Dogs with Acute Myocardial Infarction. (abstr). Circulation Suppl 59-60, 11-184, 1979. Presented at the American Heart Association, Anaheim, California, November 14, 1979.

11. Subramanian VA, Kluger J, Goldstein J: Percutaneous Intraaortic Balloon Pumping. (abstr). Proceedings European Society for Artificial Organs. V11:12, 1980. Presented in Zurich, Switzerland, September 16, 1980.

12. Kluger J, Leech S, Drayer DE, Reidenberg MM: Acetyl Procainamide Therapy in Patients with Previous Procainamide-Induced Lupus Syndrome. (abstr). Clinical Research 28:187A, 1980. Presented at the National Meeting of the American Federation for Clinical Research, Washington, DC, May 12, 1980.

13. Reindenberg MM, Camacho M, Kluger J, Drayer DE: Aging Decreases the Renal Clearance of Procainamide and Acetyl Procainamide (abstr). Clinical Research 28:476A, 1980. Presented at the National Meeting of the American Federation for Clinical Investigation in Washington, DC, May 12, 1980.

14. Goldberg HL, Borer JS, Kluger J, Jacobstein JG, Scheidt SS: The Significance of "Reciprocal" ST Depression During Acute Myocardial Infarction. Clinical Research 28:612A, 1980. Presented at the Eastern Section of the American Federation for Clinical Research, October 17, 1980.

15. Kluger J, Collins M, O'Laughlin J, Lloyd V, Deveaux R, Goldstein J: Familial Idiopathic Right Ventricular Dilatation with Ventricular Tachycardia. Clinical Research 28:615A, 1980.

16. Kluger J, Cody RJ Jr, Smith V, Laragh JH: Comparative Hemodynamic Effects and Humoral Correlations of Prazosin and Captopril in Heart Failure. Clin Res 29:215A, 1981.

20

CURRICULUM VITAE
Jeffrey Kluger, M.D.

## ABSTRACTS & PRESENTATIONS (con't)

17.  Kluger J, Leech S, Laragh J, Senley J, Pickering T: Renin in Acute Ischemic Heart Disease. Clin Res 29:215A, 1981.

18.  Cody RJ, Kluger J, Laragh JH: The Renin Angiotensin System in Chronic Congestive Heart Failure. Clin Res 29:647A, 1981.

19.  Cody RJ, Kluger J, Franklin KW, Laragh JH: Supine and Tilt Response of Plasma Norepinephrine During Chronic Captopril Therapy of Heart Failure. Clin Res 29:647A, 1981.

20.  Smith VE, Karimeddini MK, Kluger J, Deloge K, Rosenberg R, Katz AM: Immediate Post Exercise Ejection Fraction in Coronary Artery Disease. Clin Res 29:659A, 1981. Presented at the Eastern Section, The American Federation of Clinical Research, October 23, 1981, Boston, Massachusetts.

21.  Kluger J, Leech S, Reidenberg MM, Lloyd V, Drayer DE: Chronic Acetyl Procainamide Therapy of Ventricular Arrhythmias, Circulation 64:IV-3, 6, 1981. Presented at the 54th Scientific Sessions of the American Heart Association, November 19, 1981, Dallas, Texas.

22.  Cody RJ, Franklin KW, Kluger J, Laragh JH: Improved Tilt and Baroreceptor Responses in Chronic Heart Failure During Captopril Therapy. (abstr). Ameri J Cardiol 49:989, 1982. Presented at the 31st Annual Scientific Session of the American College of Cardiology, April 28, 1982, Atlanta, Georgia.

23.  Cody RJ, Kluger J, Sealey JE, Laragh JH: The Renin-Angiotensin in System in Chronic Congestive Heart Failure. (abstr). Amer J Cardiol 49:1036, 1982. Presented at the 31st Annual Scientific Session of the American College of Cardiology, April 29, 1982, Atlanta, Georgia.

24.  Cody RJ, Franklin KW, Kluger J, Laragh JH: Improved Tilt and Baroreceptor Responses in Chronic Heart Failure During Captopril Therapy. (abstr.) Clin Pharmocol Ther 31:211-212, 1982.

25.  Chow MSS, Nester T, Hamilton R, Kluger J, Ritvo A, Feldman A.
     Pharmacokinetics of a sustained-release procainamide preparation - a preliminary report. (abstr.) Drug Intel Clin Pharm 16:486.

21

CURRICULUM VITAE
Jeffrey Kluger, M.D.

ABSTRACTS & PRESENTATIONS (con't)

26. Chow M, Nester T, Hamilton R, O'Reilly D, Kluger J, Ritvo A, Fieldman A: Pharmacokinetics of a Sustained-Release Procainamide Preparation and Individualization of Therapy Utilizing a One-Compartment Pharmacokinetic Model. (abstr.) Clin Pharm Ther 33:250, 1983.

27. Hamilton R, Nester T, Kluger J: The Effect of Intra-Aortic Balloon Counter-Pulsation Upon Procainamide Pharmacokinetics. Presented at the 17th Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, December 5-9, 1982, Los Angeles, CA.

28. Nester T, Hamilton, R, Kluger J: Mexiletine and Phenytion Interaction. Presented at the 17th Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, December 5-9, 1982, Los Angeles, CA.

29. Chow MSS, Kluger J, Lawrence R, Fieldman A: Antifibrillatory Effects of Lidocaine and Bretylium During Cardiac Arrest and Cardiopulmonary Resuscitation. (abstr.) J AM Coll Card 3:619, 1984. Presented at the American College of Cardiology Meeting, March 29, 1984. Dallas, TX.

30. Drayer DE, Reidenberg MM, Kluger J, Nester T, Regnier J, Kowal B, Bekersky I: Decline in Renal Clearance of Cibenzoline Per Unit GFR with Age. Clin Res 32:481A, 1984. Presented at the American Society for Clinical Investigation, May 7, 1984, Washington, DC.

31. Chow MSS, Kluger J, Fieldman A: Antifibrillatory Effects and Blood Concentrations of Lidocaine During Cardiac Arrest and Cardiopulmonary Resuscitation. Drug Intell Clin Pharm 18:512-513, 1984.

32. Chow MSS, Fieldman A, Kluger J: Effect of Epinephrine and Calcium Chloride on Left Ventricular Pressure and Carotid Flow During Cardiopulmonary Resuscitation. Ann Emer Med 13:394, 1984.

33. Chow MSS, Kluger J, Lawrence R, Fieldman A: Defibrillation Threshold Post Lidocaine and Bretylium During Cardiac Arrest and Cardiopulmonary Resuscitation. Clin Pharmacol Ther 37:187, 1985.

34. Chow MSS, DiPersio D, Kluger J, Fieldman A: The Hemodynamic Effects of Epinephrine and Calcium Chloride During CPR. Drug Intell Clin Pharm 19. (6):459 (1985).

22