CURRICULUM VITAE
Jeffrey Kluger, M.D.

## ABSTRACTS & PRESENTATIONS (con't)

35. Hanyok JJ, Kluger J, DiPersio DM, Chow MSS: Lorcainide for the Treatment of Drug Resistant Ventricular Tachycardia: Electrophysiologic and Clinical Results. Drug Intell Clin Pharm 19. (6):459.

36. Kiernan FJ, Regnier J, Rutkowski M, Kluger J, Fieldman A: Prostacyclin Infusion in Acute Myocardial Infarction. Clinical Research 33:200A, 1985.

37. DiPersio DM, Chow MSS, Kluger J, Khoo KC, Massarella JW, Rottenberg D, Aogachi K. Effect of Renal Impairment on the Pharmacokinetics of Cibenzoline. Clin Pharm Thera 39:190, 1986.

38. DiPersio DM, Hanyok JJ, Dougherty L, Chow MSS, Kluger J. 1986. Effect of amiloride serum digoxin concentrations and systolic time intervals in patients with congestive heart failure. Twenty-first Annual American Society of Hospital Pharmacists Midyear Clinical Meeting. Abst. P-75-E.

39. Stempien AC, Hanyok JJ, Chow MSS, Kluger J, Left Ventricular and Systematic Calcium Extraction During Cardiac Arrest and Cardiopulmonary Resuscitation. Drug Intelligence and Clinical Pharmacy, Vol 20; No 6:468, 1986. Presented at American College of Clinical Pharmacy, July 1986.

40. Lader A, Fieldman A, Boss R, Kluger J, Regnier J, Use of Fred Language of Framework II for Statistical Analysis of Data in DBase III. Accepted for publication in Computers in Cardiology meetings October 7-10, 1986, Boston, MA.

41. Levitz RE, Cooper B, Pariser R, Kluger J. Echocardiographic Findings in Patients with Staphylococcus Aureus Bacteremia. Accepted for presentation: 26th ICAAC. New Orleans, La., 862 A, Oct. 1986.

42. Boss RA, Lader AS, Regnier JC, Kluger J, Pariser R, Fieldman A. A Comparison of Clinical and Echocardiographic Parameters in Predicting Life-Threatening Complications in a Low Risk Group with Acute Myocardial Infarction. Clin Research 34: 854A, 1986.

43. Capparelli E, Kluger J, Chow MSS, Acute Clinical and Electrophysiologic Effects of Flecainide in Patients with Refractory Ventricular Tachycardia. Accepted for Presentation: American Society of Hospital Pharmacists. December 1986. Las Vegas, Nevada.

23

CURRICULUM VITAE
Jeffrey Kluger, M.D.

ABSTRACTS & PRESENTATIONS (con't)

44. Pariser RH, Levitz RE, Cooper BW, Kluger J, Echocardiography in Patients with Staphylococcus. Clin Research 34:862A, 1986.

45. Zhao H, Capparelli EV, Chow MSS, Dipersio D, Hanyok J, Kluger J, Fieldman A. Effect of Cardiopulmonary Resuscitation on Plasma Diltiazem Concentrations in Dogs. Pharmaceutical Research 4 (2) S-123, 1987.

46. Hanyok JJ, Chow MSS, Kluger J, Fieldman A. Antifibrillatory effects of high dose bretylium and a lidocaine-bretylium combination during cardiac arrest and cardiopulmonary resuscitation. Journal American College of Cardiology 9 (2):228A, 1987. Crit Care Med 16:691-94, 1988.

47. Zhao H, DiPersio DM, Capparelli EV, Kluger J, Chow MSS. Clinical pharmacokinetics of controlled release disopyramide. Clin Pharmacol Ther 41(2):183.

48. Hanyok JJ, Chow MSS, Kluger J, Izard M. Verapamil kinetics and dynamics in chronic hemodialysis patients. Clin Pharmacol ther 41(2):224, 1987.

49. Capparelli EV, Chow M, Kluger J, Fieldman A. Differences in arterial, venous and myocardial blood acid-base status during cardiopulmonary resuscitation. Journal American College of Cardiology 0 (2):201A, 1987.

50. Capparelli EV, Hanyok J, DiPersio DM, Chow MS, Kluger J, Fieldman A. Diltiazem improves resuscitation from ventricular fibrillation in dogs. Clin Research 35(3):266, 1987.

51. Kostis JB, Davis D, Kluger J, Aogaichi K, Smith M, Cifenline in the Short Term Treatment of Ventricular Ectopic Activity (VEA). Clin Pharmacol Ther. 43:152, 1988. Published J Cardiovascular Pharmacol 14:88-95, 1989.

52. Colucci R, Kluger J, Zhao M, Regnier J, Bleske B, Chow M: Acute Clinical and Electrophysiological Effects of Encainide in Patients with Ventricular Tachycardia. Pharmacotherapy, 1988,(2):121, #24. Published J Electrohysiology# (6):459-466, 1989.

24

CURRICULUM VITAE
Jeffrey Kluger, M.D.

### ABSTRACTS & PRESENTATIONS (con't)

53. Capparelli E, Hanyok J, Chow M, Kluger J, Fieldman A: Effect of Bicarbonate Bolus or Infusion on Arterial and Venous Blood gases during CPR. J. Clin, Pharmacol 27 (9):711 (#25), 1987.

54. Bleske B, Kluger J, Chow M, Renier J: Clinical, Electrophysiological, And Adverse Effects of Amiodarone in Patients with Refractory Ventricular Tachycardia. 1987, 22nd Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 6-10. Abstracts, pg 77.

55. Hanyok J, Chow M, Kluger J: Place in Therapy of New Antiarrhythmic Agents. 1986, Pharmacy International 8:175-179.

56. Bleske B, Kluger J, Colucci R, Chow M: Time Course of Potassium and Magnesium Concentrations During Electrophysiological Testing. (Abstract) Presented at the 17th Annual Meeting ACCP, Orlando, FL, October 31-November 3, 1988. J Clin Pharmacol 28:929, #88, 1988. Published J Electrophysiology 3 (2):101-110, 1989.

57. Bleske B, Kluger J, Chow M, Fieldman A, Zhao H: Epinephrine and Methoxamine vs Diltiazem Post Cardiac Arrest and Resuscitation. (Abstract) Presented at the 17th Annual Meeting ACCP, Orlando, FL, October 31 - November 3, 1988. J Clin Pharmacol 28:929, #87, 1988.

58. Cocucci R, Kluger J, Regnier-Fisher J, Chow M: Lidocaine Alone as a Predictor of Subsequent Combination Therapy with a 1A or 1C Antiarrhythmic Agents in Inducible Sustained Ventricular Tachycardia. (Abstract) Presented at the 17th Annual Meeting ACCP, Orlando, FL, October 31 - November 3, 1988. J. Clin Pharmacol 28:929. #91, 1988.

59. Colucci R, Kluger J, Fisher JR, Bleske B, Chow M: Comparative Effects of Class IA, IB, and IC Antiarrhythmic Agents in Patients with Inducible Sustained Ventricular Tachycardia. (Abstract) Presented at the 17th Annual Meeting ACCP, Orlando, FL, October 31 - November 3, 1988. J. Clin Pharmacol 28:929, #90, 1988. (Manuscript in preparation).

60. Bleske B, Kluger J, Regnier J, Chow M: Acute Response to Combination of IB + IC Antiarrhythmics. (Abstract) Presented at the 17th Annual Meeting ACCP, Orlando, FL, October 31 - November 3, 1988. J. Clin Pharmacol 28:929, #89, 1988. Published J Clin Pharmacol 1989; 29:998-1002.

CURRICULUM VITAE
Jeffrey Kluger, M.D.

ABSTRACTS & PRESENTATIONS (con't)

61. Colucci R, Kluger J, Chow MSS, The Acute Effects of Esmolol in the Treatment of Ventricular Tachycardia. Presented at the 23rd Annual Midyear Clinical Meeting, Dallas Texas, December 1988. Abstract #196.

62. Collucci R, Kluger J, Fisher J, Chow MSS. Does Lidocaine (L) Predict Mexiletine (M) Response in Patients (PTS) with Inducible (I) Ventricular Tachycardia (VT). (Abstract) Presented at the 90th Annual ASCPT Meeting, Opryland, Nashville, TN, March 8-10, 1989. Clin Pharmacol Ther 45(2):123,PPB-6, 1989.

63. Chow MSS, Bleske B, Zhao H, Kluger J, Fieldman A. Effects of Different Modes of Sodium Bicarbonate Administration During Cardiopulmonary Resuscitation (CPR). (Abstract) Presented at the 90th Annual ASCPT Meeting, Opryland, Nashville, TN, March 8-10, 1989. Clin Pharmacol Ther 45(2):124, PPB-7, 1989.

64. Collucci R, Kluger J, Zhao H, Fisher J, Chow MSS. Is Encainide an Effective Antiarrhythmic Agent for the Treatment of Inducible Ventricular Tachycardia? (Abstract Presented at the 90th Annual ASCPT Meeting, Opryland, Nashville, March 8-10, 1989. Clin Pharmacol Ther 45(2):169, PIIE-9, 1989.

65. Colucci R, Chow MSS, Kluger J, Salistad J, Findlay J, Long R. The Pharmacokinetics of Digoxin Immune Fab, Total Digoxin and Free Digoxin in Patients with Renal Impairment. The Tenth Annual Meeting of American College of Clinical Pharmacy, Kansas City, MO, August 6-9, 1989.

66. Fisher J, Kluger J, Ritvo BS, Fieldman A. Characteristics of Nonsustained Ventricular Tachycardia Predict Inducible Ventricular Tachycardia During Electrophysiology Studies. Clin Res 37(3):839A, 1989.

67. Jacuch MR, Fisher JR, Kluger J, Outcome of Patients with Aborted Sudden Cardiac Death with No Inducible Ventricular Tachycardia at Baseline Electrophysiology Study. Clin Res 37(3):840A, 1989.

68. Mittleman RS, Kluger J, Mack K, Estes III NAM. Electrophysiology and Electrocardiographic Effects of Intravenous 3-Methoxy O-Demethyl Encainide in Patients with Ventricular Tachycardia. Clin Res 37(3):844A, 1989.

26

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

69. Tisdale JE, Kluger J, Fisher JR, Chow MSS. Efficacy of Class IC Antiarrhythmic Agents in Patients with Inducible Ventricular Tachycardia Refractory of Class IA Drugs. (Abstract) Presented at the 18th Annual ACCP Meeting, Baltimore, MD, October 11-14, 1989. J. Clin Pharmacol 29:855, #94, 1989.

70. Tisdale JE, Fisher JR, Chow MSS, Kluger J. Efficacy of Subsequent Therapy with an Alternate Class IC Antiarrhythmic Tachycardia on Initial Class IC Antiarrhythmic Therapy. (Abstract) Presented at the 18th Annual ACCP Meeting, Baltimore, MD, October 11-14, 1989. J Clin Pharmacol 29:855, #95, 1989.

71. Kluger J, Fisher J, Sanzobrino B, Fieldman A. Utility of Ambulatory Electrocardiographic Monitoring as an Adjunt to Electrophysiology Study Guided Therapy for Ventricular Tachyarrhythmias. Presented, NASPE, June 1990, San Diego, CA. PACE 1990;13:22.

72. Tisdale JE, Colucci RD, Ujhelhy M, Kluger J, Fieldman A, Chow MS. Evaluation of Adverse Effects of Tissue Plasminogen Activator (t-PA) and Streptokinase. Presented, 11th Annual Meeting of the American College of Clinical Pharmacy, August 5-8, 1990, San Francisco, CA. Pharmcotherapy 1990;10(3):247-248,#110.

73. Berns E, Kluger J, Fisher JR, Ujhelyi M. Antiarrhythmic Modification of Induced Ventricular Tachycardia; Does it Predict Type of Recurrent Arrhythmic Events? Presented, American Federation for Clinical Research Meeting, Eastern Section, October 19-20, 1990, New York, NY. Clin Res 1990;38:3.

74. Ujhelyi M, Fisher JR, Chow MSS, Kluger J. Electrophysiology Study Guided Therapy: The Need for Modification of Discharge Antiarrhythmic Therapy Secondary to Inefficacy of Drug Intolerance. Presented, American Federation for Clinical Research Meeting, Eastern Section, October 19-20, 1990, New York, NY. Clin Res 1990;38:3.

75. Cardon J, Fisher JR, Fieldman A, Kluger J. Characteristics of Holter Monitoring in Patients with Inducible Monomorphic Ventricular Tachycardia Refractory to Medical Therapy. Presented, American Federation for Clinical Research Meeting, Eastern Section, October 19-20, 1990, New York, NY. Clin Res 1990;38:3.

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

76. Kluger J, Berns E, Fisher JR, Ujhelyi M. Antiarrhythmic Modifications of Induced Ventricular Tachycardia; Does it Predict Type of Recurrent Arrhythmic Event? Presented, American College of Cardiology, 40th Annual Scientific Session, March 3-7, 1991, Atlanta, Georgia. JACC 1991;17:40A.

77. Fisher JP, Mikan JS, Picard M, Fram DB, Sanzobrino BW, Carl LV, Kluger J, McKay RG, Gillam LD. Dysfunction of More Than 40% of Left Ventricular Myocardium is Required to Cause Cardiogenic Shock. Presented, American College of Cardiology, 40th Annual Scientific Sessions, March 3-7, 1991, Atlanta, Georgia. JACC 1991;17:313A.

78. O'Rangers EA, Kluger J, Fisher JR, Chow M. Efficacy of Propafenone in Patients with Inducible Ventricular Tachycardia. Presented, American Society for Clinical Pharmacology and Therapeutics, March 13-15, 1991, San Antonio, TX. Clin Pharmacol Ther 1991;PIII-60.

79. Ujhelyi MR, Fisher JR, Chow M, Kluger J. Outcome of Patients Requiring Modification of Discharge Antiarrhythmic Therapy After Electrophysiology Study Guided Therapy. Presented, American Society for Clinical Pharmacology and Therapeutics, March 13-15, 1991, San Antonio, TX. Clin Pharmacol Ther 1991;PIII-58.

80. Chow MS, Ujhelyi MR, Podurgiel S, Gentile NT, Tisdale JE, Fan C, Kluger J, Fieldman A. Hemodynamic Consequence of Nimodipine Administration During Cardiopulmonary Resuscitation (CPR). Presented, American Society for Clinical Pharmacology and Therapeutics, March 13-15, 1991, San Antonio, TX.

81. Wolfberg C, Fisher JR, Kluger J. Utility of a Second Right Ventricular Site in Patients Undergoing Electrophysiology Study and Serial Drug Testing. Presented, American Federation for Clinical Research, Eastern Section, October 3-5, 1991, New York, NY. Clin Res 1991;39:3

82. Ujhelyi MR, O'Rangers EA, Fan C, Kluger J, Chow MSS. Pharmacokinetic Interaction Between Propafenone & Lidocaine. Presented, American College of Clinical Pharmacy, August 9-12, 1992, Toronto, Ontario, Canada.

28

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

83.  Ujhelyi MR, O'Rangers EA, Kluger J, Fan C, Chow MSS. Antifibrillatory Actions of Moricizine Alone and in Combination with Lidocaine. Presented, American College of Clinical Pharmacy, August 9-12, 1992, Toronto, Ontario, Canada.

84.  Pharand C, Fisher J, Chow M, Kluger J. Modification of Inducible Ventricular Tachycardia by Antiarrhythmics: The Role of Amiodarone. Presented, American College of Pharmacology, September 17-19, 1992, Washington, DC.

85.  O'Rangers EA, Berns E, Ujhelyi M, Chow M, Kluger J. Effects & Utility of Isoproterenol in Patients Who Partially Respond to Antiarrhythmic Drug Therapy. Presented, American College of Pharmacology, September 17-19, Washington, DC.

86.  O'Rangers EA, Ujhelyi MR, Chow M, Kluger J. Risks May Outweigh Benefit When Adding B-Blockers to Antiarrhythmic Drugs for the Treatment of Inducible Sustained Ventricular Tachycardia. Presented, American College of Pharmacology, September 17-19, 1992, Washington, DC.

87.  O'Rangers EA, Kluger J. Prevention of Syncope and Asystole with B-Blocker Therapy. Presented, Eastern Division American Federation for Clinical Research, October 9-10, 1992, New York, NY. Clinical Research Vol. 40, No. 3, 1992.

88.  Pharand C, O'Rangers EA, Ujhelyi M, Fisher J, Bosco L, Chow M, Kluger J. Prophylactic Lidocaine for Lethal Ventricular Arrhythmias Following Acute Myocardial Infarction: 8-Versus 48-Hour Infusion. Presented, 42nd Annual Scientificy Session American College of Cardiology March 14-18, 1993, Anaheim, CA. JACC Vol. 21, No. 2 February 1993:451A.

89.  Kluger J, Pharand C, O'Rangers E, Ujhelyi M, Gilman D, Fisher J, Bosco L, Chow M. Safety of An Age- and Weight-Adjusted Lidocaine Infusion Post Acute Myocardial Infarction. Presented, 94th Annual Meeting of the American Society for Clinical Pharmacology & Therapeutics March 24-26, 1993, Honolulu, Hawaii. Clinical Pharmacology & Therapeutics Vol. 53, No. 2, February 1993.

29

CURRICULUM VITAE
Jeffrey Kluger, MD

## ABSTRACTS & PRESENTATIONS (con't)

90. Pharand C, Fan C, Chow M, Kluger J. Quinidine Concentration Determination: TDX Versus HPLC. Presented, 94th Annual Meeting of the American Society for Clinical Pharmacology & Therapeutics March 24-26, 1993, Honolulu, Hawaii. Clinical Pharmacology & Therapeutics Vol. 53, No. 2, February 1993.

91. Pharand C, Fan C, Chow M, Kluger J. Relationship Between Total and Unbound Serum Concentrations and Pharmacologic Effects of Quinidine. Presented, 94th Annual Meeting of the American Society for Clinical Pharmacology & Therapeutics March 24-26, 1993, Honolulu, Hawaii. Clinical Pharmacology & Therapeutics Vol. 53, No. 2, February 1993.

92. Pharand C, Goldman R, Fan C, Chow M, Kluger J. Effect of Oral Moricizine and Epinephrine on Defibrillation Thresholds. Presented, 22nd Annual Meeting of the American College of Clinical Pharmacology, November 1-3, 1993, Boston, Massachusetts. The Journal of Clinical Pharmacology Vol. 33 No. 10, October 1993.

93. O'Rangers E, Kluger J, Chow M, Kazierad D, Leese P, Vadiei K, Klamerus K, Zimmerman J. Amiodarone Disposition in Normal and Impaired Left Ventricular Function. Presented, 95th Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, March 30-April 1, 1994, New Orleans, Louisiana. Clinical Pharmacology & Therapeutics Vol. 55 No. 2, February 1994.

94. Kertland H, Chow M, Kluger J. Acute Clinical and Electrophysiologic Effects of Sotalol in Patients with Life Threatening Ventricular Arrhythmias. Presented, 95th Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics, March 30-April 1, 1994, New Orleans, Louisiana. Clinical Pharmacology & Therapeutics Vol. 55 No. 2, February 1994.

95. Kertland H, Chow M, Kluger J. Prophylactic Lidocaine Use in Patients with Acute Myocardial infarction: Influences on Prescribing by Recent Trial. Presented, 95th Annual Meeting of the American Society for Clinical Pharmacology & Therapeutics, March 30-April 1, 1994, New Orleans, Louisiana. Clinical Pharmacology & Therapeutics Vol. 55 No. 2, February 1994.

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

96. Kertland H, Chow M, Crowley J, Kluger J. QT Dispersion; a predictor of quinidine efficacy? Presented, 15th Annual Scientific Sessions of the North American Society of Pacing & Electrophysiology, May 11-14, 1994, Nashville, Tennessee. PACE Vol. 17 Part II, April 1994.

97. Kertland HR, Chow MSS, Crowley J, Kluger J. The effects of adding lidocaine on quinidine-induced QTc dispersion in patients with inducible ventricular arrhythmias. Presented to Cardiostim, Nice, France June 15-18 1994.

98. Kertland HR, Azar P, Shareef B, Fan C, Tran H, Huang C, Kluger J, Chow MSS. Nitroglycerin's effect on t-PA activity. J Clin Pharmacol 1994;34:1030.

99. Tran H, Kertland H, Fan C, Tu W, Burhop K, Nanavaty M, Kluger J, Chow MSS. Effect of Diaspirin crosslinked hemoglobin (DCLHb) on ventricular fibrillation threshold (VFT) and acid-base status during cardiopulmonary resuscitation (CPR). J Clin Pharmacol. 1994;34:1030.

100. Kluger J, Veronneau J, Fisher J. Cluster Shocks: A strong predictor of subsequent mortality in patients with internal cardioverter defibrillators. Presented, North American Society of Pacing & Electrophysiology, May 3-6, 1995, Boston, Massachusetts. PACE 1995;18(PartII):845

101. Mercho NF, Lippman N, Kluger J, Grogin HR, Crowley J, Berns E. Impact of head-up tilt on the efficacy of antitachycardia pacing and low energy cardioverson. PACE 1995;18(PARTII)818

102. Tran H, Lippman N, Grogin H, Berns E, Veronneau J, Chow M, Kluger J. Is QT Dispersion A Marker for Inducibility of Ventricular Tachycardia in Non-Sustained Ventricular Tachycardia Patients? Presented, North American Society of Pacing & Electrophysiology, May 3-6, 1995, Boston, Massachusetts. PACE 1995;18(PARTII).

103. Tran HT, Crowley J, Chow MSS, Kluger J. QT dispersion with lidocaine in patients with inducible ventricular arrhythmias during electrophysiology study. Clin Pharmacol Ther 1995;57(2):140 PI-19.

31

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

104. Tran HT, Chow MSS, Crowley J, Kertland H, Kluger J. Electropharmacologic effects of adding lidocaine to sotalol in patients with refractory ventricular tachyarrhythmias. Clin Parmacol Ther 1995;57(2)140;PI-20.

105. Tran HT, Fan C, Kertland H, Tu W, Li L, Kluger J, Chow MSS. Variability of QT measurement by three different methods. Presented at NASPE 16th Annual Scientific Sessions in Boston, MA, May 3-6, 1995. PACE 1995;PARTII)18:890.

106. Chow MSS, Fan C, Tran HT, Zhao H, Kluger J. Beneficial effects of diaspirin cross-linked hemoglobin during fibrillatory arrest and CPR in animal model. Circulation 1995;10(Suppl I):I-174.

107. Tran HT, Heller GV, Mascitelli VA, Ahberg AW, Hathaway L, Chow MSS, Kluger J. Does spontaneous chest pain with reversible myocardial ischemia increase QT dispersion? Presented at the 68th Scientific Sessions American Heart Association, meeting, November 13-16, 1995, Anaheim, CA.
Circulation 1995;10(Suppl I):I-215.

108. Kluger J, Bazunga M, Kertland H, Goldman R, Tran H, O'Rangers E, Chow MSS. A randomized, placebo-controlled, double-blind trial of metoprolol to revent syncope induced by head up tilt. Presented at the 68th Scientific Sessions American Heart Association meeting, November 13-16, 1995, Anaheim, CA.
Circulation 1995;10(Suppl I):I-436.

109. Chow MSS, Fan C, Zhou L, Tran HT, Zhao H, Liu X, Kluger J. Effect of diaspirin cross-linked hemoglobin on factors, which influence successful CPR. Presented to the VI World Conference on Clinical Pharmacology and Therapeutics, August 4-9, 1996, Buenos Aires, Argentina.

110. Bazunga M, Kluger J, Chow MS. Influence of the Esvem Study on the Usage of Antiarrhythmics for Atrial Fibrillation. Presented, 97th Annual Meeting of the American Society for Clinical Pharmacology & Therapeutics, March 20-22, 1996, Orlando, Florida. Clin Pharm & Therapeutics 1996;Vol 59.

111. Zhou L, Chow MSS, Chen BP, Fan C, Kluger J. Acute effect of amiodarone and desethylamiodarone on defibrillation threshdol. Presented at the American College of Cardiology 46th Annual Scientific Session, March 1997, Anaheim, CA. J Am Coll Cardiol 1997;29(2)Suppl A:33A.

32

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

112. Zhou L, Chow MSS, Chen BP, Fan C, Kluger J. Electrophysiologic and antifibrillatory effects of amiodarone and desethylamiodarone. Presented at the American College of Cardiology 46th Annual Scientific Session, March 997, Anaheim, CA. J Am Coll Cardiol 1997;29(2)Suppl A:34A.

113. White CM, Bazunga M, Fan C, Chow MSS, Kluger J. The effect of granisetron in preventing the Bezold-Jarisch Reflex in animal model of vasovagal syncope. Presented at the American College of Clinical Pharmacy 1997, Spring Practice and Research Forun, April 1997, Panama City, Florida. Pharmacotherapy 1997;17(1):182-183.

114. Fan C, Bazunga B, Chen B, Kluger J, Chow MSS. Interaction of alteplase and nitroglycerin: an in vitro study. Presented at the American College of Clinical Pharmacy 1997 Spring Practice and Research Forum, April 1997, Panama City, Florida. Pharmacotherapy 1997;17(1):182-183.

115. Kluger J, Hathaway L, Giedrimiene D. Does left ventricular function influence QT dispersion in patients with previous myocardial infarction and ventricular tachyarrhythmias. Presented at the American College of Cardiology 46th Annual Scientific Session, March 1997, Anaheim, CA. J Am Coll Cardiol 1997;29(2)Suppl A:510A.

116. Giri S, Waters D, Kluger J. Neurally mediated hypotension in chronic fatigue syndrome. Does low salt intake play a role. Presented at the American College of Cardiology 46th Annual Scientific Session, 11 March 1997, Anaheim, CA. Am Coll Cardiol 1997;29(2)Suppl A:348A.

117. Azar R, Berns E, Seecharran B, Lippman N, Kluger J. Denovo sustained ventricular tachycardia following cardiac surgery: A result of transient post-op abnormalities or an underlying arrhythmogenic substrate. PACE 1997;20:1178A.

118. Giedrimiene D, Kluger J, DeGray R. Comparison of QT and QTc dispersion derived from orthogonal system versus 12 standard and 6 precordial leads. Presented, Europace 1997. PACE Vol 20:1504 Part II, May 1997.

33

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

126. Dunn A, Reddy P, White CM, Chow MSS, Kluger J. Pharmacoeconomic analysis of ibutlide versus electrical cardioversion for patients with atrial fibrillation or flutter. Presented at the 48th Annual scientific Session of the American College of Cardiology, March 1999, New Orleans, LA.   JACC 1999;33:104A.

127. White CM, Tsikouris JP, Chow MSS, Kluger J. Effect of serotonin receptor antagonist granisetron on neurally mediated syncope. Presented at the 20th Annual Scientific Sessions of the North American society of Pacing and Electrophysiology, May 1999, Toronto, Canada.  PQACE 1999;22:791.

128. Giri S, White CM, Dunn A, Felton K, Free-Bosco L, Tsikouris J, Kluger J. Efficacy and safety of adjuvant preoperative oral amiodarone to prevent atrial fibrillation after open heart surgery in the elderly patients receiving postoperative beta-blockade. Presented at the American Heart Association 72nd Scientific Sessions, November 7-10, 19999, Atlanta, GA. 1999.  Circulation 1999;100:I-453.

129. White CM, Giri S, Dunn A, Tskouris J, Free-Bosco L, Felton K, Kluger J. Feasibility of a rapid 24-hour loading regimen of oral amiodarone with beta-blockade in elderly patients prior to open heart surgery.  Presented at the American Heart 72nd Scientific Sessions, November 7-10, 1999, Atlanta, GA  Circulation 1999;100:I-595.

130. Tsikouris J, Dunn A, Fan C, Chow MSS, Kluger J, White CM.  Amiodarone and desethylamiodarone plasma concentration after different amiodarone strategies in the open heart surgery population. Presented at the American Society of Health-Systems Pharmacists 34th Annual Midyear Clinical Meeting. December 3-7 Orlando, FL.  International Pharmaceutical Abstracts 1999; 34{abstract 3613034}:2275.

131. Tsikouris JP, White CM, Dunn A, Giri S, Kluger J. Changes in p-wave dispersion and p-wave duration following open heart surgery correlate with the peak incidence of atrial fibrillation.  Presented at the American College of Cardiology Meeting, March 14, 2000, Anaheim CA.  J Am Coll Cardiol 2000;34:140.

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

132. Xie J, Dunn A, Sun Y, Tsikouris J, White CM, Pan C, Kluger J, Chow MSS. Comparative effects of beta-blockers on ventricular fibrillation threshold. Presented at the American society of Clinical Pharmacology and Therapeutics Annual Meeting. March 17, 2000, Los Angeles, CA. Clinical Pharmacology & Therapeutics 2000;67:147[PIII-21].

133. Reddy P, Dunn A, Tsikouris J, White CM, Giri S, Felton K, Freeman-Bosco L, Kluger J. An economic comparison of Amiodarone versus placebo in the prevention of atrial fibrillation after open heart surgery. Presented at American College of Clinical Pharmacy Annual Meeting, Nov. 2000. Pharmacotherapy 2000;20:1231.

134. Kluger J, White CM, Dunn AB, Freeman-Bosco L, Felton K, Gillam L, Giri S. Which independent variables predict post-open heart surgery atrial fibrillation in elderly patients? Presented at American Heart Association Meeting, Nov. 2000. Circulation 2000;102:II-554 (Abstract 2694).

135. Kluger J, White CM, Dunn AB, Freeman-Bosco L, Tsikouris JP, Wilcox HA, Giri S. Oral Amiodarone for the prevention of atrial fibrillation after open heart surgery in the elderly. Presented at American Heart Association Meeting, Nov. 2000. Circulation 2000;102:II-679 (Abstract 3286).

136. Caron M, Song J, Ammar R, Kluger J, White CM. Evaluation of Caffeine's effects on electrocardiographic P-Wave variables and hemodynamics. Presented at American College of Clinical Pharmacists 2001 Spring Practice and Research Forum, Salt Lake City, Utah, April 22 – 25, 2001. Pharmacotherapy 2001;21:367 (Abstract 8).

137. Song J, Caron M, Kluger J, White CM. The usefulness of intravenous magnesium sulfate to decrease the arrhythmogenic potential of Ibutilide in patients with atrial fibrillation. Presented at ASHP Midyear Clinical Meeting, Dec. 2 – 6, 2001, New Orleans, LA. AJHP 2001;58:1979.

138. White CM, Giri S, Dunn A, Tsikouris J, Kluger, J. Predictors of cerebrovascular accidents after open heart surgery. Presented at ASHP Midyear Clinical Meeting, Dec. 2 – 6, 2001, New Orleans, LA. AJHP 2001;58:1979.

CURRICULUM VITAE
Jeffrey Kluger, MD

ABSTRACTS & PRESENTATIONS (con't)

139. Hotsko AL, Robertson S, Caron M, Mandybur L, Kluger, J White CM. The electrocardiographic effects of panax ginseng in normal volunteers. Presented at ASHP Midyear Clinical Meeting, Dec. 2 – 6, 2001, New Orleans, LA

140. Robertson S, Hotsko AL, Caron M, Kluger J, White CM. Hemodynamic effects of panax ginseng in normal volunteers. Presented at ASHP Midyear Clinical Meeting, Dec. 2 – 6, 2001, New Orleans, LA.

141. White CM, Kalus JS, Caron MF, Song J, Rose H, Tsikouris J, Kluger J. Impact of an Intravenous and Oral Amiodarone Regimen in the Post-Open heart Surgery Atrial Fibrillation Suppression trial II (AFIST II).
Poster Presentation: American College of Clinical Pharmacists. Oct 21, 2002, Alberquerque, NM.
Abstract Citation Published: Pharmacotherapy 2002;22:1328.

142. Reddy P, Kalus JS, Caron MS, Kluger J, White CM. Pharmacoeconomic analysis of AFIST II.
Poster Presentation: American College of Clinical Pharmacists. Oct 21, 2002, Alberquerque, NM.
Abstract Citation Published: Pharmacotherapy 2002;22:1329.

143. Kalus JS, Caron MS, Liu X, Rose HL, Kluger J, White CM. What is the Effect of Amiodarone on P-wave Variables in Cardiac Surgery Patients?
Poster Presentation: American College of Clinical Pharmacists. Oct 21, 2002, Alberquerque, NM.
Abstract Citation Published: Pharmacotherapy 2002;22:1328.

144. Caron MF, White CM, Kalus JS, Rose H, Song J, Narula D, Tsikouris JP, Kluger J.
The Impact of Amiodarone, Bachmann's Bundle Pacing, or Both Strategies in the Post-Open Heart Surgery Atrial Fibrillation Suppression Trial II (AFIST II).
Platform Presentation: American Heart Association. November 19, 2002, Chicago, IL.
Abstract Citation Published: Circulation 2002; 106:686.

37

145. Kalus JS, Spencer AP, Chung J, Kluger J, White CM. Does Magnesium Prophylaxis Alter Ibutilide's Therapeutic Efficacy in Atrial Fibrillation Patients?.
Platform Presentation: American Heart Association. November 20, 2002. Chicago, IL.
Abstract Citation Published: Circulation 2002; 106:II-634.

146. Kalus JS, Caron M, Malay R, Liu X, White CM, Narula D, Rose H, Song J, Kluger J. Does Bachmann's Bundle Pacing Affect the Risk of Developing Postoperative Atrial Fibrillation and Electrocardiographic P-wave Parameters.
Poster Presentation: American Heart Association. November 19, 2002, Chicago, IL.
Abstract Citation Published: Circulation 2002; 106:578.

147. Caron MF, Kalus JS, Rose HL, Kluger J, White CM. Is fluid volume a predictor of post-cardiac surgery atrial fibrillation?
Poster Presentation: American Society of Health-Systems Pharmacy Midyear Meeting. December 2002, Atlanta, GA
Abstract Citation Published: AJHP 2002;59:2002.

148. Kalus JS, Caron MF, Rose HL, Kluger J, White CM. Does Amiodarone Prevent Atrial Fibrillation in Patients Undergoing Off-Pump Cardiac Surgery?
Poster Presentation: American Society of Health-Systems Pharmacy Midyear Meeting. December 2002, Atlanta, GA
Abstract Citation Published: AJHP 2002;59:2001.

149. Kluger J, Kalus JS, Caron MC, White CM, Rose H, Liu X. P-Wave Variables in Patients with Atrial Fibrillation After Cardiac Surgery.
Poster Presentation: XII World Congress on Cardiac Pacing & Electrophysiology. February 19-22, 2003. Hong Kong, China.

150. Kluger J, Caron MF, White CM, Tsikouris JP, Kalus JS, Ritvo A. The Impact of IV Magnesium on QT and QTc Intervals in Patients Receiving Ibutilide.
Poster Presentation: XII World Congress on Cardiac Pacing & Electrophysiology. February 19-22, 2003. Hong Kong, China.

151. McBride BF, Takata H, Gallagher RC, Kalus JS, Caron MF, White CM, Rose HL, Kluger J. Does Atrial Septal Pacing Prevent Atrial Fibrillation Following Cardiothoracic Surgery?
Oral Presentation: NASPE, May 17, 2003, Washington, DC.

152. Kalus J, Caron MF, McBride BF, Kluger J, Guertin D, White CM. What is the Impact of Elevated Catecholamine Concentrations on the Defibrillation Threshold in Patients with Implanted Cardioverter-Defibrillators?
Platform Presentation: American College of Clinical Pharmacists, Nov 4, 2003, Atlanta, GA.