the defendants' aircraft. In their opposition to the defendants' motion for summary judgment, the plaintiffs rely solely on allegations set forth in their complaint to establish the alleged connection between Mr. Sousa's fall and his alleged physical injury. Under Rule 56(e), however, "an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial." Fed. R. Civ. P 56(e). The plaintiffs have not provided any evidence of this kind to support the claim that Mr. Sousa was injured as a result of his fall. Because the plaintiffs have not presented any evidence substantiating an essential element of their claim of personal injury to Mr. Sousa under the Warsaw Convention, the defendants are entitled to summary judgment, both as to that claim and as to Maria Sousa's derivative loss of consortium claim.

Accordingly, the defendants' motion for summary judgment as to counts VI and VII (the only remaining claims in this action) is GRANTED. Judgment shall enter for the defendants.

SO ORDERED.

REGINALD C. LINDSAY

DATED: August 29, 2003

United States District Judge

# EXHIBIT 31

MP 1002434 42145565 001
SCALA, NEIL
42 GAY STREET MERIDEN
01/05/01
02/23/1935 65 EHR

MidState Medical Center
691117

# EMERGENCY SERVICES - NURSING FLOWSHEET

☐ Pt sent to WR | Pt brought to Rm# ☐ MEC ☐ ED | Pedi Pt on level developmentally ☐ Yes ☐ No

DATE 1-05-01 TIME 1137 WEIGHT LAST TETANUS

ALLERGIES: ☒ NKDA

INITIAL V.S. T 95.8 ☐O ☐R ☐T P 70 R 16 B/P 96/70

VISUAL ACUITY L 20/ R 20/

TREATMENTS IN PROGRESS UPON ARRIVAL: ☐ N/A ☐ Oxygen ☐ C-Collar ☐ Backboard ☐ Sandbags ☐ Ice IV Solution ☐ Splint ☐ Dressing Site Size

CHIEF COMPLAINT / TRIAGE ASSESSMENT: awoke dizzy c/o being in fibrillation the same

TRIAGE PRIORITY: 1 (2) 3 (circle one) TRIAGE NURSE:

## INITIAL NURSING EXAMINATION

**RESPIRATORY**
☐ N/A
EFFORT: ☒ Normal ☐ Stridor ☐ Dyspnea ☐ Nasal Flaring ☐ Retractions ☐ Sputum ☐ Cough
BREATH SOUNDS (L / R): Coarse ☐ ☐; Clear ☒ ☒; Crackles ☐ ☐; Wheezing ☐ ☐; Diminished ☐ ☐; Absent ☐ ☐

**GI / GU / GYN**
☒ N/A
ABDOMEN: ☐ Normal ☐ Distended ☐ Guarding ☐ Rigid
TENDERNESS: ☐ LUQ ☐ RUQ ☐ RLQ ☐ LLQ ☐ Rebound ☐ Epigastric ☐ Lower/mid
BOWEL SOUNDS: ☐ None ☐ Present ☐ Hypo ☐ Hyper ☐ Last BM
GU: ☐ Flank Pain L R ☐ Dysuria ☐ Hematuria ☐ Frequency ☐ Incontinence ☐ Urgency
PREGNANT: ☐ Denies ☐ Yes
LMP
Fetal Heart Rate
EDC

PUPILS 1 2 3 4 5 6 7 8

**CIRCULATORY**
☐ N/A
CAPILLARY REFILL: ☒ Normal ☐ Delayed ☐ Neck Vein Distention
HEART SOUNDS: ☒ Normal ☐ Abnormal
PULSES (L / R): radial; pedal; carotid

**SKIN / ORTHO**
☐ N/A ☒ Warm ☒ Dry ☐ Cool ☒ Diaphoretic
TURGOR: ☒ Normal ☐ Decreased
EDEMA: ☒ Absent ☐ Present Location
COLOR: ☒ Normal ☐ Pale ☒ Cyanotic ☐ Mottled ☐ Jaundice ☐ Flushed
MUCOUS MEMBRANES: ☒ Moist ☐ Dry
ORTHO: ☒ N/A ☐ Pain ☐ Swelling ☐ Deformity ☐ Limited movement
Abrasion (1) Pain (5) Laceration (2) Redness (6) Contusion (3) Ecchymosis (7) Burn (4) Dermal Ulcer (8) Location:

**NEURO (GCS)**
☐ N/A
EYE OPENING: 4 ☒ Spontaneous; 3 ☐ To voice; 2 ☐ To pain; 1 ☐ None
VERBAL RESPONSES: 5 ☒ Oriented; 4 ☐ Confused; 3 ☐ Inappropriate words; 2 ☐ Incomprehensible sounds; 1 ☐ None
MOTOR RESPONSES: 6 ☒ Follows command; 5 ☐ Localizes pain; 4 ☐ Withdraws pain; 3 ☐ Flexes to pain; 2 ☐ Extends to pain; 1 ☐ None

ABBREVIATIONS
PUPILS: B = Brisk D = Dilated S = Sluggish P = Pinpoint F = Fixed
HAND GRASP/ LEG MOVEMENT: S = Strong W = Weak

**PSYCHOSOCIAL**
EYE CONTACT: ☒ Yes ☐ No
AFFECT: ☒ Normal ☐ Flat ☐ Other
MOTOR BEHAVIOR: ☒ Cooperative ☐ Agitated ☐ Restless
SPEECH: ☒ Normal ☐ Abnormal ☐ Slurred/Garbled
SUPPORT SYSTEMS: ☐ Lives alone ☐ SNF ☒ Family/Significant Other ☐ Shelter
☐ LANGUAGE BARRIER Lang. Type
IDEATIONS: ☒ N/A ☐ None ☐ Harmful to Self ☐ Harmful to Others

**PMH**
☐ Pt. Denies ☐ Alcohol/Drug use ☐ Allergens ☐ Asthma ☐ Blood Disorder ☐ Cancer ☐ COPD ☐ Diabetes ☐ Endocrine ☐ Epilepsy ☐ GI Disease ☐ Heart Disease ☐ Hypertension ☐ Kidney Disease ☐ Liver Disease ☐ Mental Disorder ☐ Respiratory Disease ☐ Smoking ☐ Stroke ☐ TB ☐ Other

| | CURRENT MEDICATION | DOSE | FREQUENCY | L.D. |
|---|---|---|---|---|
| 1 | Lanoxin | .25 | (took extra | this AM |
| 2 | HCTZ | .25 | | |
| 3 | Baycol | 0.4 | | |
| 4 | metoprolol | 50 | | |
| 5 | Ecotrin | | | |
| ☐ 6 | | | | |

Size Other:

| TIME | FOCUS | NOTES |
|---|---|---|
| | | 98% RA |
| 1200 | D | Pt c/o dizziness. Denies CP/SOB. Episode began 0300. Pt told by Dr Zesk to take extra .25mg Digoxin for sx, if didn't resolve go to ER. MP |
| | A | IV established, labs drawn |
| | A | Pt placed on monitor. Slow Afib |
| | A | EKG done, given to Dr Surdukowski |
| 1220 | D | Dr Surdukowski in to evaluate pt |
| 1250 | A | IV w/o x 500cc bolus per order |
| 1400 | | IV bolus complete. Monitor |
| 1420 | | 127/59. 62 - slow Afib. Mg++ level added to labs MP |

(Column headings of the notes area: TIME, FOCUS, BP, P, R, T, PUPIL SIZE/REACTION L R, HAND GRASP L R, LEG L R, GCS, SAO2, MONITOR)

☒ Skin assessment completed Intact
Admitted Pt. ☐ Belongings Form Completed ☐ Clinical Path ☐ Belongings given to transfer/discharge. ☐ Clothes in locker on

Patient Complaint, Problem or Nursing Diagnosis: Dysrhythmia

PRIMARY NURSE SIGNATURE: MPapandrea RN INITIAL: MP

## INTAKE

| TIME | AMT/SOLUTION ADDITIVE | NO. ATTEMPTS | SIZE | SITE | INSERTED BY | ABSORBED | DCD/SITE | REMOVED BY |
|---|---|---|---|---|---|---|---|---|
| 1210 | 1000cc NS | 1 | 20 | (L) H | MPapandreaRN | | | |

## OUTPUT

| TIME | TYPE/RTE | AMT |
|---|---|---|
| | | |

**DISCHARGE** Time 3:45 pm
☐ Immunization Type / Lot Number
☐ Crutch Walking with Return Demo
☐ Discharge Medication Given
☐ Parent/Guardian/Patient verbalized understanding of D/C instructions
☐ Instruction Via Interpreter
☐ Discharge by Physician / PA ☐ Stable
Discharge to: ☒ Home ☐ SNF ☐ Other
DISCHARGE NURSE: [signature]

GRASP CATEGORY ENTER #1-5 for GRASP: 7AM-330PM (4) 3PM-1130PM 2 11PM-7AM

MEDICAL RECORDS

691117 REV 0700

NURSING FLOW SHEET - Page 1
Patient: SCALA, NEIL | MidState Medical Center | Printed: 09/03/03 13:14
By For: ROI-V MHLAVAC | MR#: 1002434V | Discharged: 01/05/01 | Service Dates: 00/00/00 - 00/00/00
REQ:1579064 - DET:6013254 - ITEM:11043120



**MidState Medical Center**
MERIDEN, CONNECTICUT 06450

**EMERGENCY SERVICES NURSING FLOWSHEET**

Scala, Neil

| TIME | BP | P | R | T | FOCUS | D: DATA A: ACTION R: RESPONSE |
|---|---|---|---|---|---|---|
| 1440 | 147/75 | 60 | 18 | 98% | O2 sat RA | Corvert Bolus over ~~for~~ 10 min 1mg started Dr Surdukowski at bedside. |
| 1445 | | | | | | Dr Zeok in to see pt — MP |
| 1450 | | | | | | Corvert infusion complete |
| 1455 | | | | | | Pt converted to NSR c̄ ectopy |
| 1500 | | | | | | Report to Bx |
| 1630 | 134/78 | 58 | 18 | | D. | Pt AOx3, Denies symptoms "I'm ready to go home" Pt. to be observed until 7:30 pm NSR ∅ ectopy — |
| 1730 | 125/60 | 62 | 18 | | D. | Pt ate 90% of dinner. Denies Sx. Remains in NSR ∅ ectopy |
| 1900 | | | | | A. | Pt "ready to go home" Dr Daoud notified pt. remains in NSR asymptomatic |
| 1945 | | | | | D. | pt d/c'd home in stable cond. c̄ instructions |

**GROSS ANATOMIC FIGURE**

RIGHT LEFT LEFT RIGHT

** For each entry made on the figure above, supportive documentation is required on the focus note.

**NUMBER (FROM BELOW) AREAS AFFECTED ON FIGURE TO LEFT.**

(1) PAIN SCALE # ___
(2) ABRASION
(3) LACERATION
(4) CONTUSION
(5) BURN
(6) REDNESS
(7) ECCHYMOSIS
(8) DERMAL ULCER
(9) SWELLING
(10) DEFORMITY
(11) LIMITED MOVEMENT
(12) CONTRACTURES

**INTAKE**

| TIME | AMT/SOLUTION ADDITIVE | NO. ATTEMPTS | SIZE | SITE | INSERTED BY | ABSORBED | DC'D/SITE | REMOVED BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | TOTAL | | | | | | | |

**OUTPUT**

| TIME | TYPE/RTE | AMT |
|---|---|---|
| | | |
| TOTAL | | |

691118 Rev. 0900

**MEDICAL RECORDS**

ED NURSING FLOW SHEET - Page 2 | MidState Medical Center | Printed: 09/03/03 13:14
Patient: SCALA, NEIL | MR#: 1002434V | Discharged: 01/05/01 | Service Dates: 00/00/00 - 00/00/00
Copy For: ROI-V MHLAVAC

**MIDSTATE MEDICAL CENTER**
**EMERGENCY SERVICES**
SCALA, NEIL 1

**Patient:** SCALA, NEIL **MR#:** 1002434 **Date:** 1/5/01

**Arrival:** **Triaged:** **Nursing:** **Examine:**

**Age:** **Sex:** **Private Physician:**

**CHIEF COMPLAINT:**

**HISTORY OF PRESENT ILLNESS:**
This is a 65-year-old who came in complaining of dizziness which awoke him at three a.m. He stated that his heart rate was over 100. He felt palpitations and an irregular heart beat. The patient denied chest pain, trouble breathing, nausea, diaphoresis. He states he has been in atrial fibrillation before and had to be cardioverted two times. The patient is a patient of Dr. Zesk. He called Dr. Zesk and he advised him to take an extra Digoxin dose and if that did not work to come to the emergency room. The patient denies any chest pain in the emergency department.

PAST MEDICAL HISTORY
Atrial fibrillation, high cholesterol, hypertension.

PAST SURGICAL HISTORY
Negative.

MEDICATIONS
Lanoxin.
Hydrochlorothiazide.
Baycol.
Metoprolol.
Ecotrin.

ALLERGIES
None.

PHYSICAL EXAMINATION
VITAL SIGNS: Temperature 95.8, pulse 70, respirations 16, blood pressure 96/70.
HEAD, EARS, EYES, NOSE, THROAT: Pupils are reactive. Tympanic membranes are clear.
NECK: Supple. No jugular venous distention.
LUNGS: Clear to auscultation.
HEART: Irregular rate, irregular rhythm.
ABDOMEN: Soft, nontender.
EXTREMITIES: No cyanosis, clubbing or edema.

The patient had normal electrolytes, normal white count. His digoxin level was 1.0. I discussed the patient with Dr. Zesk. It was decided to try Covert to see if the patient will convert. If the patient does not convert, he will be electrically cardioverted electrically

**MIDSTATE MEDICAL CENTER**
**EMERGENCY SERVICES**
SCALA, NEIL 2

by Dr. Zesk in the Emergency Department. The patient will be signed out to the next emergency department physician, Dr. Daoud.

Joan Surdukowski, MD

sg/26362
D:1/5/01
T:1/6/01
revised: 1/10/01-ktb