FILED

DEC 17  7 59 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEIL SCALA )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>AMERICAN AIRLINES, INC. )<br>)<br>Defendant )<br>) | CIVIL ACTION NUMBER<br>302CV00755 (MRK) |

# PLAINTIFF NEIL SCALA'S
## LOCAL RULE 9(c)(2) STATEMENT

Pursuant to D.Conn.L.Civ.P. (9)(c)(2), the plaintiff, Neil Scala ("Scala"), hereby sets forth a short and concise statement of the material facts as to which he contends there exists a genuine issue to be tried in his case against the defendant, American Airlines, Inc. ("American").

1. American's flight attendant, after being asked by Scala for "cranberry juice", provided him a drink with alcohol in it which he ingested. Scala depo. at 34 to 43 (**Exhibit 1**).

2. Shortly after (within 30 or 40 seconds) of ingesting the drink containing

alcohol, Scala turned bright red, broke out into a sweat and began to feel sick. Scala depo. at 46 to 48. (**Exhibit 1**).

3.  The inadvertant ingestion of alcohol by Scala, the result of the mistake of Americans' flight attendant, was the triggering event which resulted in the development of his paroxysmal atrial fibrillation and that, along with Scala's increased heart rate, caused his angial episode. Medical reports of Dr. John Zesk of May 7, 2001 and November 7, 2003 (**Exhibits 2 and 3**).

>                               RESPECTFULLY SUBMITTED,
>                               THE PLAINTIFF,
>                               NEIL SCALA
>
> By: _____
>                               John F. Wynne, Jr.
>                               Buckley & Wynne
>                               685 State Street
>                               New Haven, CT  06511
>                               (203) 776-2278
>                               --His Attorneys--
>                               Federal Bar No.: CT17441

## CERTIFICATION

This is to hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to:

Elizabeth M. Cristofaro, Esq.  
Morrison, Mahoney & Miller, LLP  
One Constitution Plaza, 10th Floor  
Hartford, CT 06103  
(860) 616-4441  
Federal Bar No.: CT06315  

Peter C. Knight, *Pro Hac Vice*  
Federal Bar No. CT23816  
Tory A. Weigand, *Pro Hac Vice*  
Federal Bar No. CT23815  
Morrison, Mahoney & Miller, LLP  
250 Summer Street  
Boston, MA 02210-1181  
(617) 439-7500  

this the 15th day of December, 2003.

_____  
Attorney John F. Wynne, Jr.

3

Neil Scala
October 23, 2003

**ORIGINAL**

1

```
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2
 3   NEIL SCALA                    CIVIL ACTION NO.
 4                                 302cv:00755(MRK)
 5        VS.
 6
     AMERICAN AIRLINES, INC.    OCTOBER 23, 2003
 7
 8
 9             DEPOSITION OF:  NEIL SCALA
10
11   APPEARANCES:
12
13   BUCKLEY & WYNNE
        685 State Street
14      New Haven, Connecticut 06510
        (203) 776-2278
15   BY: JOHN F. WYNNE, JR., ESQUIRE
16
17   MORRISON, MAHONEY & MILLER
        250 Summer Street
18      Boston, Massachusetts 02210-1181
        (617) 439-7500
19   BY: TORY A. WEIGAND, ESQUIRE
20
21              Wendy J. Leard
              Registered Merit Reporter
22               CSR # 00039
23           EPPLEY COURT REPORTING
                P.O. Box 382
24         Hopedale, Massachusetts 01747
                (508) 478-9795
25
```

**EPPLEY COURT REPORTING**
508.478.9795

**EXHIBIT 1**

```
 1    Q    Do you recall what kind of aircraft it
 2   was?
 3    A    Not really.
 4    Q    Okay.  Now, this flight, the first portion
 5   of the flight, in December of 2000, was from Aruba
 6   to San Juan; is that correct?
 7    A    Correct.
 8    Q    How long is that flight?
 9    A    We were in the air about 45 minutes to 50
10   minutes.  I guess by the time you get on the plane
11   and get off, you're talking an hour and fifteen
12   minutes, something like that.
13    Q    And how long was the wait for the
14   connecting flight, if any?
15    A    It was very short, within two hours or so,
16   I think we were back on.
17    Q    During the hour-and-fifteen-minute flight
18   or 55-minute flight from Aruba to San Juan, were
19   you provided any meal service?
20    A    No.
21    Q    Okay.  Were you provided any beverage
22   service?
23    A    Correct.
24    Q    Okay.  And what did you have?
25    A    I asked for cranberry juice.  That's where
```

```
 1   I got the vodka.
 2       Q    Okay.  So this -- the portion of the trip
 3   from Aruba to San Juan is where you say you were
 4   provided the drink you didn't order; is that
 5   correct?
 6       A    Correct.
 7       Q    And that is the subject of your complaint
 8   and suit, is it not?
 9       A    Correct.
10       Q    So prior to ordering the beverage, did you
11   have any conversations with any of the flight
12   attendants or crew of the airline?
13       A    No.  She come around and asked us if we
14   wanted something to drink.
15       Q    Do you recall her name?
16       A    No.
17       Q    Do you recall anything -- what she may
18   have looked like?
19       A    Not really.
20       Q    Okay.  So she -- you recall her coming to
21   your seat and asking if you wanted anything to
22   drink?
23       A    Correct.
24       Q    Okay.  And what did you say?
25       A    I told her I'd like cranberry juice.
```

1   deposition?
2   A   (No audible response)
3   Q   Okay. After you said you wanted a
4   cranberry juice and your wife ordered a diet Coke,
5   what is the next thing you saw?
6   A   Well, the airline stewardess went up to
7   the front of the cabin where they keep the
8   beverages. And she come running back and she
9   says, "We don't have any cranberry juice upfront.
10  I've got to go get it out of coach."
11          I says, "Any juice, even water." I says,
12  "It doesn't have to be cranberry juice."
13          "Oh, no." She was very, you know,
14  helpful. "I'll get you cranberry juice."
15          She went to the back of the plane, went
16  back up front, come out with the glass with
17  cranberry juice and vodka on top of it.
18  Q   When she came to your seat -- well, strike
19  that.
20          So after you saw her go up to the front
21  galley -- was there a galley up there?
22  A   Yeah, if you want to call it there.
23  Q   Could you see inside, what she was doing?
24  A   I couldn't see her doing it at that time,
25  no.

```
 1    Q    Okay.  So the next thing you recall is her
 2  coming back to you and saying they didn't have any
 3  cranberry juice upfront, she had to go where?
 4    A    She went to coach.
 5    Q    Okay.
 6    A    The back of the plane.
 7    Q    And at that point you said to her --
 8    A    "Don't bother."  I says, "Just give me any
 9  juice."
10    Q    Or water?
11    A    Or water.
12    Q    Okay.  Did she hear you say that?
13    A    She did.  She said, "Don't worry, I'll get
14  it."
15    Q    And at that point did she go to the back
16  of the plane?
17    A    She did.
18    Q    Okay.  And did your wife say anything when
19  she had come by?
20    A    No.
21    Q    Have you told me everything you can
22  recall --
23    A    Yes.
24    Q    -- the flight attendant saying to you at
25  that point?
```

```
1     A    I think so, yes.
2     Q    All right.  So she then returns to your
3  seat?
4     A    Correct, with the drink.
5     Q    Did you see her serve anyone else before
6  coming to you to serve you the drink?
7     A    I can't recall that.
8     Q    Okay.  So she comes to you.  Did she come
9  from behind your seat or from the front?
10    A    No, she came from the front.  But I wasn't
11 paying that much attention to her.
12    Q    So if she went back -- in the back of the
13 plane, she must have walked by you again?
14    A    Correct.
15    Q    But you didn't see that?
16    A    I saw her walk back into the galley, but I
17 wasn't keeping an eye on her, see what she was
18 doing.
19    Q    Did you see whether she had anything in
20 her hand when she walked by you?
21    A    No, I didn't.
22    Q    Did you see what she did, if anything, in
23 the galley?
24    A    No, I did not.
25    Q    She then came to your seat with a drink?
```

```
 1     A    Correct.
 2     Q    Did she have a diet Coke for your wife?
 3     A    I don't know if she had brought my wife
 4   the diet Coke first or brought it at the same
 5   time.  I really don't remember.  But I know my
 6   wife drank the Coke because she doesn't normally
 7   drink Coke.
 8     Q    But she ordered a Coke?
 9     A    Correct.
10     Q    Okay.  When she came to your table --
11   strike that.
12          -- to your seat, did you see what she had
13   in her hand?
14     A    When she came back the second time?
15     Q    Yes.
16     A    Yes, she had my drink.
17     Q    Okay.  What kind of cup or glass was it?
18     A    It's a round clear glass that they give
19   you.  It's not very big.
20     Q    Plastic?
21     A    No, it's glass.  It had ice in it and it
22   had cranberry juice in it.
23     Q    So you could see through the glass and you
24   could see the ice --
25     A    Correct.
```

```
 1    Q    -- and you could see the red juice.
 2    A    Right.
 3    Q    Did it have a lime or stirrer in it or
 4  anything?
 5    A    No.
 6    Q    Okay. Now, when she handed it to you, did
 7  she hand it to you or did she place it on your
 8  tray?
 9    A    No, she handed it to me.
10    Q    Was your tray down?
11    A    You don't put trays down for drinks.
12  There's a center console where you lay the drinks.
13    Q    Okay. Between you and your wife's seat?
14    A    Correct.
15    Q    So she just handed it to you?
16    A    Correct.
17    Q    Did she say anything to you when she
18  handed it to you?
19    A    No.
20    Q    Did you say anything to her when she
21  handed it to you?
22    A    Well, when she handed it to me -- we had
23  lunch at a pizza place there, in Aruba. And the
24  wife and I were dying of thirst because we -- the
25  plane was late getting into Aruba and we sat in
```

```
 1   the airport in that heat and we were dying of
 2   thirst.
 3            She handed it to me and I gulped it.  And
 4   then I was speechless.  I couldn't talk to her.
 5            And that's when I says to her, "You put
 6   alcohol in here."
 7            And I asked her to get me some water so I
 8   could drink it quickly, put the alcohol down.
 9       Q    All right.  So she handed you the drink
10   and you took a drink?
11       A    I gulped it, yes.
12       Q    When you say "gulped it," how much did you
13   drink?
14       A    I took a big mouthful because I was dying
15   of thirst.
16       Q    Okay.  And you turned to her and you
17   said --
18       A    It was pure alcohol that I drank.
19       Q    She was still sitting right there?
20       A    She was standing right there.  And I
21   was --
22       Q    And what did she say when -- after you
23   said, "There's alcohol in it"?
24       A    She apologized.  She said, "I thought you
25   ordered vodka and cranberry juice."
```

1           She called it a Cape Cod.  I never knew
2    what a Cape Cod was.
3           Q     Okay.  I want to make sure I have it
4    right.
5           You said she was still standing by your
6    seat when she gave you the alcohol.  You drank a
7    sip or a gulp in front of her?
8           A     Correct.
9           Q     And then you turned to her and said "This
10   has got alcohol in it," correct?
11          A     I almost couldn't get it out because the
12   alcohol gagged me.
13          Q     Okay.  All right.  And you said to her,
14   "This has got alcohol" --
15          A     Correct.
16          Q     And then she says, "I thought you ordered
17   a cranberry juice and vodka"?
18          A     Correct.
19          Q     And what did -- what was the next thing
20   that either one of you said?
21          A     I says, "I don't drink alcohol.  Get me
22   some water so I can," you know, "dilute this
23   down."
24          Q     And what did she say?
25          A     She ran and got me a glass of water.

1  else?
2  A    No, we didn't.
3  Q    Okay.  And she -- where did she go after
4  that?
5  A    I think she went up to the galley and
6  spoke with the rest of the --
7  Q    Now, during any time prior to her leaving
8  after giving you the glass of water, did your wife
9  say anything while she was there?
10 A    No.  I don't think so.
11 Q    What was the next thing that happened?
12 A    I turned bright red.  And believe me, my
13 skin is darker than the natives from sun.  And
14 then I broke out into a sweat like you wouldn't
15 believe.  The chair was soaked that I was sitting
16 in.  I had to get out of it.  My clothes were
17 soaked like I was in the shower.
18      This happened within a matter of, I'd say,
19 30 or 40 seconds after I gulped that alcohol.
20 Q    Okay.  So you say you turned bright red
21 and you broke out in a sweat so much so that your
22 clothes were soaked and you soaked the seat; is
23 that correct?
24 A    I was soaked.
25 Q    Did you have a jacket on like you do

```
 1   today?
 2       A      No.
 3       Q      Just a shirt?
 4       A      Just a shirt.
 5       Q      Short-sleeve shirt?
 6       A      Yes.
 7       Q      Did you sweat through the front of it?
 8       A      I sweated through everything: my pants, my
 9   shirt, even my shoes were wet.
10       Q      Okay.  So right through your sox.  Your
11   shoes were wet?
12       A      Everything.
13       Q      Your entire pants were wet?
14       A      Correct.
15       Q      Both legs, and right to the outside of
16   your pants, if anyone touched them, they would
17   find it wet?
18       A      Correct.  Even the seat was soaked.
19       Q      And your shirt was totally soaked.
20       A      Yes.
21       Q      And that took place within 30 to 40
22   seconds of having the drink?
23       A      Yes.  It happened instantly.
24       Q      What was the next thing that happened?
25       A      I got sick.  I felt terrible.  And we told
```

```
 1   the stewardess that I was getting sick.
 2        Q    Okay.  Who asked for the stewardess, you
 3   or your wife?
 4        A    I think the stewardess was coming by and I
 5   told her, I says, "I'm getting terribly sick."
 6        Q    This is the same stewardess that had
 7   brought you the --
 8        A    I don't remember if it was the same one or
 9   not.
10        Q    Okay.  When you asked -- when you got the
11   stewardess, you said -- what did you say
12   specifically?  "I am sick" or "I don't feel well"?
13        A    "I'm getting very sick," yeah, because I
14   knew something had gone wrong.
15        Q    All right.  When you say you were getting
16   very sick, what did you specifically feel?
17        A    I had an upset stomach and I was burning
18   up.
19        Q    You were hot?
20        A    Right.
21        Q    Okay.  So you had an upset stomach and you
22   felt very hot.
23        A    Oh, yeah.
24        Q    Okay.  Any other way that you felt that
25   you were sick?
```

Scala, Neil

MAY 07 2001   WGT. 278 *clothed*   HT. _____   B.P. _____   age 66

Pulse: 122/80   50 reg.

Neil is here for management of his ischemic heart disease and paroxysmal atrial fibrillation. Of interest is a long odyssey with his paroxysmal atrial fibrillation was triggered when he was on an airline and asked for a drink of cranberry juice. Apparently, he was given the cranberry juice but with two jiggers of vodka in it. This resulted in him turning beet red and then developing a rapid, irregular heart rate. It appears that the alcohol triggered the development of atrial fibrillation. This when onto a tachycardia, which triggered an anginal attack and a long sequence from that point on culminating eventual conversion to sinus rhythm with a Holter in January revealing that he was back in stable sinus rhythm and has been taken off of his Coumadin. He has had no chest pain, no shortness of breath. He is now age 66. He plays tennis three times a week. He has developed diabetes. His last sugar was 162, glycated hemoglobin 8.6. He was started on Avandia 4 mg a day.

PHYSICAL EXAMINATION: Today, his skin was warm and dry. His lungs were clear. There were no rales or rhonchi. The cardiac exam revealed a regular rhythm. The rate was 50. There was no murmur, rub, or gallop. The blood pressure was 122/80 in the right arm in the seated position. Weight is up four pounds.

I spent time discussing with Neil the importance of weight reduction not only for managing his diabetes but also his lipids and ischemic heart disease. He will need fasting lipids and liver function tests, and a basic metabolic profile. Currently, his medications will consist of the following:

MEDICATIONS:   Ecotrin 325 mg q.d.
               Baycol .4 mg b.i.d.
               Vitamin E 400 IU q.d.
               HCTZ 25 mg q.d.
               Lanoxin .25 mg q.d.
               Metoprolol 50 mg b.i.d.
               Avandia 4 mg q.d.
               Gingko biloba per patient

Cardiovascular reevaluation will be in four month's time.

JSZ:gf
T: 05/08/01

**EXHIBIT 2**



# INTERNAL MEDICINE ASSOCIATES, P.C.

97 Barnes Road, Suite 1, Wallingford, CT 06492 • Phone (203) 284-3137 • Fax (203) 284-3130

**CARDIOLOGY**

Stephen D. Rossner, M.D., F.A.C.P.
Harold S. Wilkes, M.D., F.A.C.C.

George Spivack, M.D., F.A.C.C.
John S. Zesk, M.D., F.A.C.C.

November 7, 2003

Attorney John F. Wynne, Jr.
Buckley & Wynne
Attorneys At Law
685 State Street
New Haven, CT 06511

RE: Neil Scala

Dear Attorney Wynne:

You requested a medical opinion as to what might have triggered one of Mr. Scala's episodes of paroxysmal atrial fibrillation in the Spring of 2001.

In reviewing my office note on May 7, 2001 it indicates the likelihood that Mr. Scala had an episode of paroxysmal atrial fibrillation triggered by inadvertent ingestion of 2 jiggers of vodka which were served to him accidentally in cranberry juice while flying in an airline. Alcohol can certainly trigger an episode of paroxysmal atrial fibrillation particularly in an individual who is not used to consuming it as is the case with Mr. Scala who states that he is quite sensitive to alcohol use and avoids it. He noted that after having received the drink he turned "beet red" and then developed a rapid irregular heart rate. It would be my opinion that within medical probability the alcohol ingestion was the triggering event resulting in the development in paroxysmal atrial fibrillation and that similarly paroxysmal atrial fibrillation with a rapid ventricular response rate would, in all probability, be the trigger for the development of an anginal episode.

Sincerely,

John S. Zesk, M.D., F.A.C.C.

JSZ:jeh

**EXHIBIT 3**