FILED

Dec 17  7 48 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEIL SCALA ) | |
| ) | |
| **Plaintiff** ) | |
| V. ) | CIVIL ACTION NUMBER |
| ) | 302CV00755 (MRK) |
| AMERICAN AIRLINES, INC. ) | |
| ) | |
| **Defendant** ) | |

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT AMERICAN AIRLINE'S MOTION FOR SUMMARY JUDGMENT**

The defendant, American Airlines, Inc. ("American"), has moved for summary judgment, claiming it is entitled to judgment as a matter of law because there is no genuine issue of material fact for the court to decide. The gist of American's claim is that the plaintiff, Neil Scala ("Scala"), failed to timely file his expert disclosure in accordance with the court's scheduling order and, therefore, is precluded from offering any expert testimony on causation, an essential element of his case, entitling American to summary judgment.

Scala does not dispute that he did not provide a formal Rule 26 expert disclosure on or before August 15, 2003, the date in the court's scheduling order by which he was to serve his expert reports. He did, however, provide counsel with all expert records and reports that he received to date from his treating physician, Dr. John S. Zesk, prior to said date. Counsel for

Scala was under the belief (apparently mistaken) that counsel were not requiring each other to go through the formalities of discovery and disclosure and, therefore, he did not file a formal Rule 26 disclosure. He has now done so. **(Exhibit 1)**.

It was not until American filed its Motion for Summary Judgment that Scala became aware that it was insisting on a formal Rule 26 disclosure. American had, well prior to August 15, 2003, all Scala's medical records and reports, including the May 7, 2001 report of Dr. Zesk **(Exhibit 2)** which connects his claimed injuries to the subject incident. Scala also provided counsel for American with Dr. Zesk's report of November 7, 2003 **(Exhibit 3)**.

American's claim that Scala never provided an expert report is false. American had Dr. Zesk's report of May 7, 2001 setting forth the opinions that are set forth in Scala's Rule 26 disclosure. Additionally, at the status conference held on September 30, 2003, the court inquired as to whether counsel for Scala had served his expert reports. Scala's counsel stated that he had. Counsel for American did not at that time object to the disclosure or raise the issue that it did not comply with Rule 26.

Scala does not dispute American's contention that he is required to establish that the subject incident caused his claimed injuries and that he is required to do so with expert medical evidence. This is a simple negligence case and there clearly exists a genuine issue of material fact as to the issue of causation of Scala's injuries. In light of Dr. Zesk's opinions, set forth in

his reports (and now in Scala's formal Rule 26 disclosure), causation of Scala's injuries is a genuine issue of material fact, making summary judgment inappropriate. American has always been aware of the nature of Scala's claimed injuries. This case is not exposed for trial until June 1, 2004, giving American ample time to depose Dr. Zesk if it so desires. American had the sum and substance of Dr. Zesk's opinions prior to August 15, 2003, it has not shown any prejudice and should not now be allowed to exalt form over substance based on Scala's counsel's mistaken belief that counsel were not insisting on the formalities of disclosure. American's Motion for Summary Judgment should not be allowed.

>THE PLAINTIFF,
>NEIL SCALA
>
>By:_____
>John F. Wynne, Jr.
>Buckley & Wynne
>685 State Street
>New Haven, CT  06511
>(203) 776-2278
>-- His Attorneys --
>Federal Bar No.: CT17441

## **CERTIFICATION**

      This is to hereby certify that a copy of the foregoing has been mailed, first-class, postage prepaid, to:

| | |
|---|---|
| Elizabeth M. Cristofaro, Esq.<br>Morrison, Mahoney & Miller, LLP<br>One Constitution Plaza, 10th Floor<br>Hartford, CT 06103<br>(860) 616-4441<br>Federal Bar No.: CT06315 | Peter C. Knight, *Pro Hac Vice*<br>Federal Bar No. CT23816<br>Tory A. Weigand, *Pro Hac Vice*<br>Federal Bar No. CT23815<br>Morrison, Mahoney & Miller, LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500 |

this the 15th day of December, 2003.

                                                                         Attorney John F. Wynne, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEIL SCALA ) | CIVIL ACTION NUMBER |
| ) | 302CV00755 (MRK) |
| Plaintiff ) | |
| V. ) | |
| ) | |
| AMERICAN AIRLINES, INC. ) | |
| ) | |
| Defendant ) | DECEMBER 15, 2003 |
| ) | |

PLAINTIFF NEIL SCALA'S
EXPERT DISCLOSURE PURSUANT TO
FED.R.CIV.P. 26(a)(2)(A)-(C)

NOW COMES, plaintiff, Neil Scala, and pursuant to this Court's scheduling order and Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure submits the following expert disclosure.

1. Rule 26(a)(2)(A)

   John S. Zesk, M.D.
   American Board Certified in Internal Medicine
   Internal Medicine Associates
   97 Barnes Road, Suite 1
   Wallingford, CT  06492

**EXHIBIT 1**

Dr. John Zesk is board certified in Internal Medicine, Cardiovascular Disease. He is a physician on the faculty of Yale University and the University of Connecticut School of Medicine. A copy of Dr. Zesk's Curriculum Vitae is attached.

Dr. Zesk is expected to testify as to the medical care and treatment of the plaintiff and its causal connection to the subject incident. Specifically, he is expected to opine that the plaintiff had an episode of paroxysmal atrial fibrillation triggered by the inadvertent ingestion of alcohol which was served to him during American Airlines Flight No. 1134 on December 15, 2000. Dr. Zesk is further expected to testify that alcohol can trigger an episode of paroxysmal atrial fibrillation particularly in an individual who is not used to consuming it as is the case with the plaintiff who is sensitive to alcohol use and avoids it. Dr. Zesk will further testify that it was noted that after the plaintiff ingested the alcohol, he turned "beet red" and developed a rapid irregular heartbeat. The doctor's opinion is that within medical probability the alcohol ingestion was the triggering event which resulted in the development in paroxysmal atrial fibrillation and that similarly paroxysmal atrial fibrillation with a rapid ventricular response rate would in all probability be the trigger for the development of the plaintiff's anginal episode.

Dr. Zesk's opinions are based on his education, training and experience and specialization as a cardiologist; his care and treatment of the plaintiff; and his review of the facts underlying the plaintiff's claims and the medical records of the plaintiff's treatment.

Publications authored within preceding ten years: None.

Compensation to be paid: Dr. Zesk charges: $500 per hour for study and testimony.

Listing of cases which witnesses testified as expert at trial within the preceding four years: None.

Copies of Dr. Zesk's reports and office notes have been previously provided.

| THE PLAINTIFF, <br> NEIL SCALA | JOHN S. ZESK, M.D., F.A.C.C. |
|---|---|
| By: _____ <br> John F. Wynne, Jr. <br> Buckley & Wynne <br> 685 State Street <br> New Haven, CT 06511 <br> (203) 776-2278 <br> --His Attorneys-- <br> Federal Bar No.: CT17441 | _____ <br> John S. Zesk <br> Internal Medicine Associates, P.C. <br> 97 Barnes Rd., Suite 1 <br> Wallingford, CT 06492 <br> (203) 284-3137 |

## CURRICULUM VITAE
### JOHN S. ZESK, M.D., F.A.C.C.
### 340 PAYNE DRIVE
### CHESHIRE, CT 06410

**DATE OF BIRTH:** JULY 20, 1944  **PLACE:** MERIDEN, CT

**EDUCATION:**

| | |
|---|---|
| UNIVERSITY OF ROCHESTER, AB CHEMISTRY | 1962-1966 |
| UNIVERSITY OF ROCHESTER, SCHOOL OF MEDICINE, M.D. | 1966-1970 |

**APPOINTMENTS:**

| | |
|---|---|
| CLINICAL ASSISTANT PROFESSOR OF MEDICINE, UNIVERSITY OF CONNECTICUT SCHOOL OF MEDICINE | 1998-PRESENT |
| CHAIRMAN, CLINICAL INFORMAITON MANAGEMENT COMMITTEE | 1997-PRESENT |
| CLINICAL ASSISTANT PROFESSOR OF MEDICINE, YALE UNIVERSITY SCHOOL OF MEDICINE | 1997-PRESENT |
| CLINICAL INSTRUCTOR OF MEDICINE, YALE UNIVERSITY SCHOOL OF MEDICINE (AMBULATORY MEDICINE CLERKSHIP) | 1995-1997 |
| EXECUTIVE DIRECTOR MEDICINE/CARDIOLOGY DIVISION OF INTERNAL MEDICINE ASSOCIATES, WALLINGFORD, CT | 1992-PRESENT |
| STAFF CONSULTING CARDIOLOGIST, GAYLORD HOSPITAL | 1989-PRESENT |
| STAFF CONSULTING CARDIOLOGIST, MASONIC HOSPITAL | 1989-PRESENT |
| ACTIVE STAFF PHYSICIAN, MIDSTATE MEDICAL CENTER | 1989-PRESENT |
| MEMBER, CONNECTICUT HOSPITAL ASSOCIATION TASK FORCE "TOWARD EXCELLENCE IN CARE" | 1989 |
| CHAIRMAN, MEDICAL RECORDS COMMITTEE, VETERAN'S MEMORIAL MEDICAL CENTER, MERIDEN, CT | 1987-1990 |
| CHIEF OF STAFF, MEMORIAL HOSPITAL, MERIDEN, CT | 1984-1986 |
| PRESIDENT, MERIDEN-WALLINGFORD MEDICAL SOCIETY | 1986 |
| VICE-PRESIDENT, MERIDEN-WALLINGFORD MEDICAL SOCIETY | 1985 |
| SECRETARY, MERIDEN-WALLINGFORD MEDICAL SOCIETY | 1984 |
| TREASURER, MERIDEN-WALLINGFORD MEDICAL SOCIETY | 1983 |
| CHIEF OF CARDIOLOGY, VETERAN'S MEMORIAL MEDICAL CENTER, EAST CAMPUS, MERIDEN, CT | 1980-1986 |
| CHIEF OF MEDICINE, MEMORIAL HOSPITAL, MERIDEN, CT | 1980-1983 |
| CHAIRMAN, PREVENTATIVE CARDIOLOGY TASK FORCE AHA-CONNECTICUT AFFILIATE | 1979-1981 |
| CHAIRMAN, INTENSIVE CARE UNIT COMMITTEE, MEMORIAL HOSPITAL, MERIDEN, CT | 1979-1981 |

**TRAINING:**

| | |
|---|---|
| CERTIFIED ADVANCED CARDIAC LIFE SUPPORT INSTRUCTOR, AMERICAN HEART ASSOCIATION | 1987-PRESENT |
| INSTRUCTOR & FELLOW IN MEDICINE (CARDILOGY), UNIV. OF ROCHESTER SCHOOL OF MEDICINE, ROCHESTER, NY | 1975-1977 |
| RECIPIENT OF GENESEE VALLEY HEART ASSOCIATION FELLOWSHIP AWARD TO STUDY "OXYGEN HEMOGLOBIN BINDING AND TISSUE OXYGEN TRANSPORT." | 1976-1977 |
| ASSOCIATE MEDICAL RESIDENT, UNIVERSITY OF ROCHESTER ASSOCIATED HOSPITALS PROGRAM | 1974-1975 |
| LCDR, UNITED STATES NAVAL REVERVE, U.S. NAVAL HOSPITAL, QUANTICO, VA | 1972-1974 |
| ASSISTANT MEDICAL RESIDENT, UNIVERSITY HOSP. OF CLEVELAND | 1971-1972 |
| STRAIGHT MEDICAL INTERN, UNIVERSITY HOSPITAL OF CLEVELAND | 1970-1971 |

TOTAL P.01

MAY 07 2001    WGT. _278 clothed_    HT. _____    B.P. _____    age 66

pulse: 122/80    50 reg.

Neil is here for management of his ischemic heart disease and paroxysmal atrial fibrillation. Of interest is a long odyssey with his paroxysmal atrial fibrillation was triggered when he was on an airline and asked for a drink of cranberry juice. Apparently, he was given the cranberry juice but with two jiggers of vodka in it. This resulted in him turning beet red and then developing a rapid, irregular heart rate. It appears that the alcohol triggered the development of atrial fibrillation. This when onto a tachycardia, which triggered an anginal attack and a long sequence from that point on culminating eventual conversion to sinus rhythm with a Holter in January revealing that he was back in stable sinus rhythm and has been taken off of his Coumadin. He has had no chest pain, no shortness of breath. He is now age 66. He plays tennis three times a week. He has developed diabetes. His last sugar was 162, glycated hemoglobin 8.6. He was started on Avandia 4 mg a day.

PHYSICAL EXAMINATION: Today, his skin was warm and dry. His lungs were clear. There were no rales or rhonchi. The cardiac exam revealed a regular rhythm. The rate was 50. There was no murmur, rub, or gallop. The blood pressure was 122/80 in the right arm in the seated position. Weight is up four pounds.

I spent time discussing with Neil the importance of weight reduction not only for managing his diabetes but also his lipids and ischemic heart disease. He will need fasting lipids and liver function tests, and a basic metabolic profile. Currently, his medications will consist of the following:

MEDICATIONS:    Ecotrin 325 mg q.d.
               Baycol .4 mg b.i.d.
               Vitamin E 400 IU q.d.
               HCTZ 25 mg q.d.
               Lanoxin .25 mg q.d.
               Metoprolol 50 mg b.i.d.
               Avandia 4 mg q.d.
               Gingko biloba per patient

Cardiovascular reevaluation will be in four month's time.

JSZ:gf
T: 05/08/01

**EXHIBIT 2**

 **INTERNAL MEDICINE ASSOCIATES, P.C.**
97 Barnes Road, Suite 1, Wallingford, CT 06492 • Phone (203) 284-3137 • Fax (203) 284-3130

**CARDIOLOGY**

Stephen D. Rossner, M.D., F.A.C.P.
Harold S. Wilkes, M.D., F.A.C.C.

George Spivack, M.D., F.A.C.C.
John S. Zesk, M.D., F.A.C.C.

November 7, 2003

Attorney John F. Wynne, Jr.
Buckley & Wynne
Attorneys At Law
685 State Street
New Haven, CT 06511

RE: Neil Scala

Dear Attorney Wynne:

You requested a medical opinion as to what might have triggered one of Mr. Scala's episodes of paroxysmal atrial fibrillation in the Spring of 2001.

In reviewing my office note on May 7, 2001 it indicates the likelihood that Mr. Scala had an episode of paroxysmal atrial fibrillation triggered by inadvertent ingestion of 2 jiggers of vodka which were served to him accidentally in cranberry juice while flying in an airline. Alcohol can certainly trigger an episode of paroxysmal atrial fibrillation particularly in an individual who is not used to consuming it as is the case with Mr. Scala who states that he is quite sensitive to alcohol use and avoids it. He noted that after having received the drink he turned "beet red" and then developed a rapid irregular heart rate. It would be my opinion that within medical probability the alcohol ingestion was the triggering event resulting in the development in paroxysmal atrial fibrillation and that similarly paroxysmal atrial fibrillation with a rapid ventricular response rate would, in all probability, be the trigger for the development of an anginal episode.

Sincerely,

John S. Zesk, M.D., F.A.C.C.

JSZ:jeh

**EXHIBIT 3**