UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 8, 2004

10:00 a.m.

*Held 3 hours*

CASE NO. **3:02cv755 (MRK)**     **Neil Scala v American Airlines**

Elizabeth M. Cristofaro
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810


Peter C. Knight
Morrison Mahoney & Miller
250 Summer St.
Boston, MA 02210-1181


Darren E. Sinofsky
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810


Tory A. Weigand
Morrison Mahoney & Miller
250 Summer St.
Boston, MA 02210-1181


John Fielding Wynne Jr.
Buckley & Wynne
685 State St.
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK