UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEIL SCALA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC., )<br>    Defendant. )<br>) | C.A. NO: 302cv:00755(MRK) |

### STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that said action be dismissed with prejudice, without costs and all rights of appeal waived.

Respectfully Submitted,
The Plaintiff,
NEIL SCALA,
By his attorneys,

By: _____
John R. Wynne, Jr.
Federal Bar No. CT17441
Buckley & Wynne
685 State Street
New Haven, CT 06511
(203) 776-2278

Respectfully Submitted,
The Defendant
AMERICAN AIRLINES, INC.
By their Attorneys,

By: _____
Darren Sinofsky, Federal Bar No. CT21118
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
(860) 616-4441

By: _____
Tory A. Weigand, Pro Hac Vice
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Dated: 2/3/04

920643v1